UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO. 1:20-cv-11456-IT

FREDERICK WEICHEL
        Plaintiff,

v.

TOWN OF BRAINTREE, BRAINTREE POLICE CHIEF JOHN VINCENT POLIO, BRAINTREE POLICE OFFICERS JAMES LEAHY, ESTATE OF ROBERT WILSON, ESTATE OF THEODORE BUKER, and UNKNOWN BRAINTREE POLICE OFFICERS, ESTATES OF BOSTON POLICE OFFICERS EDWARD WALSH and WALTER DERBY, CITY OF BOSTON, MASSACHUSETTS, and STATE POLICE OFFICERS JOHN R. SPRAGUE and EDWARD WHELAN

        Defendants.

CITY OF BOSTON'S MOTION TO DISMISS
PURSUANT TO FED. R. CIV. P. 12(B)(1) AND 12(B)(6)

Now comes the Defendant, City of Boston (the "City"), and hereby respectfully moves this Honorable Court, pursuant to Fed. R. Civ. P. 12(b)(1) and 12(b)(6), to dismiss Plaintiff's Complaint as to the City. As grounds, the City states that Plaintiff lacks standing to assert the claim for indemnification, which the City is not required to provide. In addition, Plaintiff's indemnification claim relates to the conduct of two former Boston Police Department officers, defendants Edward Walsh and Walter Darby, yet Plaintiff has not sufficiently pleaded a claim against either of them.

1

For the foregoing reasons, and for the reasons discussed the accompanying memorandum of law, the City of Boston respectfully requests that this Honorable Court dismiss the City from the action.

Date: September 22, 2020

Respectfully submitted,

CITY OF BOSTON,

By its attorneys:

Eugene F. O'Flaherty
Corporation Counsel

*/s/ Nieve Anjomi*
Nicole M. O'Connor (BBO#675535)
Nieve Anjomi (BBO#651212)
Senior Assistants Corporation Counsel
City of Boston Law Department
City Hall, Room 615
Boston, MA 02201
(617) 635-4034
nicole.oconnor@boston.gov
nieve.anjomi@boston.gov

**CERTIFICATION PURSUANT TO LOCAL RULE 7.1(A)(2)**

I, Nieve Anjomi, hereby certify that on September 17, 2020, I conferred with counsel for Plaintiff, Debra Loevy and Mark Loevy-Reyes in a good faith attempt to narrow the issues raised by this motion. The Parties were unable to narrow the issues raised herein.

Date: September 22, 2020

*/s/ Nieve Anjomi*
Nieve Anjomi

Certificate of Service

I, Nieve Anjomi, hereby certify that on September 22, 2020, a true copy of the above document will be served upon all parties of record via this court's electronic filing system and to those non-registered participants via first class mail.

*/s/ Nieve Anjomi*
Nieve Anjomi