IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| FREDERICK WEICHEL, | ) | Case No. 20-CV-11456-IT |
| | ) | |
| Plaintiff, | ) | Hon. Indira Talwani, |
| | ) | District Judge |
| v. | ) | |
| | ) | Hon. M. Page Kelley, |
| TOWN OF BRAINTREE, *et al.*, | ) | Magistrate Judge |
| | ) | |
| Defendants. | ) | **JURY TRIAL DEMANDED** |

## MOTION TO ALLOW CLAIMS AGAINST DECEASED DEFENDANTS

Plaintiff FREDERICK WEICHEL, by his attorneys, moves this Court to either (a) permit him to proceed against Deceased Defendants THEODORE BUKER, WALTER DERBY, EDWARD WALSH, and ROBERT WILSON, serving Defendant Town of Braintree (for Defendants Estates of Buker and Wilson) and Defendant City of Boston (for Defendants Estates of Derby and Walsh) with the required process; or, alternatively, (b) appoint personal representatives to defend this suit for the Deceased Defendants, and substitute those representatives as parties. In support, Plaintiff respectfully submits the accompanying Memorandum of Law in Support of Plaintiff's Motion to Allow Claims Against Deceased Defendants. Plaintiff has conferred with counsel for Defendants Town of Braintree and City of Boston (the two entities that Plaintiff asks be directed to receive summons on behalf of the Deceased Defendants), neither of whom consent to the relief requested herein.

WHEREFORE, Plaintiff respectfully requests that the Court enter an order to: (a) to permit him to proceed against Deceased Defendants THEODORE BUKER,

WALTER DERBY, EDWARD WALSH, and ROBERT WILSON, serving Defendant Town of Braintree (for Defendants Estates of Buker and Wilson) and Defendant City of Boston (for Defendants Estates of Derby and Walsh) with the required process; or, alternatively, (b) appoint personal representatives to defend this suit for the Deceased Defendants, and substitute those representatives as parties.

RESPECTFULLY SUBMITTED,

/s/ Mark Loevy-Reyes
*One of Plaintiff's Attorneys*

Jon Loevy\*
Debra Loevy, Bar No. 569212
Mark Loevy-Reyes\*
LOEVY & LOEVY
311 N. Aberdeen St., 3rd Floor
Chicago, Illinois 60607
(312) 243-5900
mark@loevy.com
\*Admitted *pro hac vice*

## **CERTIFICATE OF SERVICE**

I, Mark Loevy-Reyes, an attorney, hereby certify that on November 3, 2020, I filed the foregoing MOTION TO ALLOW CLAIMS AGAINST DECEASED DEFENDANTS using the Court's CM/ECF system, which effected service on all counsel of record.

/s/ Mark Loevy-Reyes
*One of Plaintiff's Attorneys*

Jon Loevy*
Debra Loevy, Bar No. 569212
Mark Loevy-Reyes*
LOEVY & LOEVY
311 N. Aberdeen St., 3rd Floor
Chicago, Illinois 60607
(312) 243-5900
mark@loevy.com
*Admitted *pro hac vice*