## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| FREDERICK WEICHEL, | ) | |
| | ) | Case No. 20-CV-11456-IT |
| Plaintiff, | ) | |
| | ) | Hon. Indira Talwani, |
| v. | ) | District Judge |
| | ) | |
| TOWN OF BRAINTREE, BRAINTREE | ) | Hon. M. Page Kelley, |
| POLICE CHIEF JOHN VINCENT | ) | Magistrate Judge |
| POLIO, BRAINTREE POLICE | ) | |
| OFFICERS JAMES LEAHY, ESTATE | ) | **JURY TRIAL DEMANDED** |
| OF ROBERT WILSON, ESTATE OF | ) | |
| THEODORE BUKER, and UNKNOWN | ) | |
| BRAINTREE POLICE OFFICERS, | ) | |
| ESTATES OF BOSTON POLICE | ) | |
| OFFICERS EDWARD WALSH and | ) | |
| WALTER DERBY, CITY OF BOSTON, | ) | |
| MASSACUSETTS, and STATE | ) | |
| POLICE OFFICERS JOHN R. | ) | |
| SPRAGUE and EDWARD WHELAN, | ) | |
| | | |
| Defendants. | | |

## DECLARATION OF MARK LOEVY-REYES

I, Mark Loevy-Reyes, declare under penalty of perjury, under the laws of the United States that the foregoing is true and correct:

1.      I am an attorney licensed to practice law in the State of Illinois and am admitted *pro hac vice* in the District of Massachusetts for the above matter. I represent Plaintiff in the above matter along with other members of my firm.

2.      Along with my colleague, Monica Fuentes, I have investigated the status of the deceased Defendants in this case in order to try to ascertain whether

any of these Defendants ever had an estate opened in probate related to their death.
I have learned the following:

     a.     Robert Wilson appears to have died on March 28, 2017.
Westlaw, which the undersigned understands collects its data from the Social
Security Administration, reports that he was a resident of Braintree,
Massachusetts at the time of his death. I am not including a printout of any
information obtained from Westlaw with this declaration because such
information for each Defendant contains significant personal information
about each Defendant that would be difficult to redact. I was able to locate a
closed informal probate case for Mr. Wilson. Plaintiff was also able to locate
his obituary, which is attached as Exhibit A to Ms. Fuentes' declaration.

     b.     Theodore Buker appears to have died on September 14, 1993.
Westlaw reports that he was a resident of Lynnfield, Massachusetts, but
resided in Weymouth, Massachusetts at the time of his death. Plaintiff was
unable to locate his obituary.

     c.     Edward Walsh appears to have died on September 27, 2020.
Westlaw reports that he resided in New Haven, Connecticut at the time of his
death. Plaintiff was able to locate his obituary, which is attached as Exhibit B
to Ms. Fuentes' declaration.

     d.     Walter Derby appears to have died on October 13, 2016.
Westlaw reports that he resided in Stoneham, Massachusetts at the time of

his death. Plaintiff was able to locate his obituary, attached as Exhibit C to Ms. Fuentes' declaration.

3.     My colleague, Monica Fuentes (who also is submitting a declaration), has  personally searched the online probate records for Norfolk, Middlesex, and New Haven counties for each of the above persons, and only found an inactive informal probate case for Defendant Wilson. Ms. Fuentes has been unable to find any mention of any probate case involving an estate for Defendants Buker, Walsh, or Derby in any of the above locations. Ms. Fuentes has  also reviewed "PeopleMap" reports from Westlaw for all of these Defendants, and these records do not reveal any information that would suggest there are any probate estates opened anywhere for any of these decedents in another location. Ms. Fuentes' researched the probate dockets for all counties in Massachusetts, and only found one estate—Mr. Wilson's, described above, which has had no docket entry since May 2017. Ms. Fuentes did not find estates, open or closed, for the remaining deceased Defendants.

4.     I am not aware of any other method of search to locate estates for any of these deceased Defendants.

5.     I have reviewed the declaration of Monica Fuentes, which is consistent with what I learned about the deaths of Robert Wilson, Theodore Buker, Edward Walsh, and Walter Derby

EXECUTED ON:   November 3, 2020

By:     /s/ Mark Loevy-Reyes
        Mark Loevy-Reyes