IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| FREDERICK WEICHEL,                             )<br>                                                )<br>         Plaintiff,                            )<br>                                                )<br>     v.                                         )<br>                                                )<br>TOWN OF BRAINTREE, BRAINTREE                   )<br>POLICE CHIEF JOHN VINCENT                      )<br>POLIO, BRAINTREE POLICE                        )<br>OFFICERS JAMES LEAHY, ESTATE                   )<br>OF ROBERT WILSON, ESTATE OF                    )<br>THEODORE BUKER, and UNKNOWN                    )<br>BRAINTREE POLICE OFFICERS,                     )<br>ESTATES OF BOSTON POLICE                       )<br>OFFICERS EDWARD WALSH and                      )<br>WALTER DERBY, CITY OF BOSTON,                  )<br>MASSACHUSETTS, and STATE                       )<br>POLICE OFFICERS JOHN R.                        )<br>SPRAGUE and EDWARD WHELAN,                     )<br>                                                )<br>         Defendants.                            | Case No. 20-CV-11456-IT<br><br>Hon. Indira Talwani,<br>District Judge<br><br>Hon. M. Page Kelley,<br>Magistrate Judge<br><br>**JURY TRIAL DEMANDED** |

## DECLARATION OF MONICA FUENTES

I, Monica Fuentes, declare under penalty of perjury, under the laws of the United States that the foregoing is true and correct:

1. I am a paralegal at Loevy & Loevy and work with Plaintiff's counsel on the above case.

2. I have investigated the status of the deceased Defendants in this case in order to try to ascertain whether any of these Defendants ever had an estate opened in probate related to their death. I have learned the following:

    a. Robert Wilson appears to have died on March 28, 2017. Westlaw, which the undersigned understands collects its data from the Social

Security Administration, reports that he was a resident of Braintree, Massachusetts at the time of his death. I am not including a printout of any information obtained from Westlaw with this declaration because such information for each Defendant contains significant personal information about each Defendant that would be difficult to redact. I was able to locate an inactive informal probate case for Mr. Wilson, which has had no activity since May 2017. Plaintiff was also able to locate his obituary, which is attached as Exhibit A to this declaration.

      b.     Theodore Buker appears to have died on September 14, 1993. Westlaw reports that he was a resident of Lynnfield, Massachusetts, but resided in Weymouth, Massachusetts at the time of his death. Plaintiff was unable to locate his obituary.

      c.     Edward Walsh appears to have died on September 27, 2020. Westlaw reports that he resided in New Haven, Connecticut at the time of his death. Plaintiff was able to locate his obituary, which is attached as Exhibit B to this declaration.

      d.     Walter Derby appears to have died on October 13, 2016. Westlaw reports that he resided in Stoneham, Massachusetts at the time of his death. Plaintiff was able to locate his obituary, attached as Exhibit C to this declaration.

3.     I have reviewed the declaration of Mark Loevy-Reyes, which is consistent with what I learned about the deaths of Robert Wilson, Theodore Buker,

Edward Walsh, and Walter Derby. I have also personally searched the probate dockets for all counties in Massachusetts, and only found one estate, for Defendant Estate of Wilson, which was an informal probate proceeding that has had no activity on its docket since May 2017. I did not find estates, open or closed for the remaining deceased Defendants.

4. I also contacted the New Haven, CT probate court on October 14, 2020 to inquire about any open or closed estate of Robert Walsh. I was informed that no estate has been opened for him.

5. I am not aware of any other method of search to locate estates for any of these deceased Defendants.

EXECUTED ON:   November 3, 2020

By:   /s/ Monica Fuentes
      Monica Fuentes

# EXHIBIT A

Robert Wilson Obituary

# Robert Wilson (1926 - 2017)

legacy.com/obituaries/wickedlocal-braintree/obituary.aspx



Share Robert's life story with friends and family                                                                                           Share

Robert G. Wilson, Quincy Police Department, Retired, age 90, a longtime Braintree resident, formerly of Milford, died peacefully, March 28, 2017. Bob was born in Milford on June 1, 1926 to the late William and Mary (McGuire) Wilson. He was raised and educated in Milford. He later received an associate degree in criminal justice from Quincy College. He had lived in Braintree for fifty-six years. He was appointed to the Quincy Police Department on September 17, 1957 and retired on July 5, 1988 after thirty-one years of service. Bob was the last of the old-time motorcycle officers. Bob was a proud veteran of both World War II and the Korean War. During World War II, he served in the U.S. Navy as Specialist Fire Fighter 3/c aboard the U.S.S. Sampson and received the Asiatic Pacific Theatre Medal. He re-enlisted in the U.S. Air Force in 1947 and served as a Corporal during the Korean War. He participated in the Berlin Air Lift and received the Berlin Air Lift Device and the Occupation Medal, with Clasp (Germany). He was a member of the Mass Police Association and the Braintree VFW Post #1702. Bob enjoyed fishing and woodworking. He was well-known for making colorful windmill wooden garden decorations. He was dedicated to his family and especially to his grandchildren and great-grandchildren, supporting all their activities and accomplishments. Beloved husband of the late Jean B. (Luciano) Wilson. Devoted father of Jane M. Lucas and her husband Paul of China, Maine, Joan P. Wilson and her husband James Burke of Bridgeton, Maine, William G. Wilson and his wife Eileen of Brockton, Robin L. Wilson and her husband Brian of Holbrook and the late Michael A. Wilson and his wife Debra of Braintree. Loving grandfather of Jamie and Michael, Julie, Jeffrey and Jenna, Robert and Katherine and Ashley, Adam and Alec. Loving great-grandfather of Jayden and Max. Dear brother of Arlene Adams of Mendon, Peggy Gambino of Braintree and the late Joan Hurley. Bob is also survived by many nieces and nephews. Funeral from the Sweeney Brothers Home for Funerals, 1 Independence Avenue, Quincy, Friday, March 31, at 9 a.m. Funeral Mass in Saint Thomas More Church, 7 Hawthorn Road, Braintree at 10 oclock. Visiting hours at the funeral home on Thursday, March 30, from 4 - 8 p.m. Interment with Military Honors at Pine Hill Cemetery in West Quincy. In lieu of flowers, donations in Bobs memory may be made to the Dana Farber Cancer Institute, Memorial Donations, P.O. Box 849168, Boston, MA 02284-9168. You are invited to visit www.thesweeneybrothers.com or call 617-472-6344.

To Plant Memorial Trees in memory, please visit our Sympathy Store.
Published in Braintree Forum from Mar. 29 to Apr. 13, 2017.



Memories & Condolences

Guest Book sponsored by Sweeney Brothers Home For Funerals Inc

## Uploading...

This may take a moment.



## Loading...

This may take a moment.

Posting Guidelines  FAQ

5 entries

# EXHIBIT B

Edward Walsh Obituary

# EDWARD WALSH (1922 - 2020)

 legacy.com/obituaries/bostonglobe/obituary.aspx



EDWARD J. WALSH

1922 - 2020

Or Copy this URL to Share

WALSH, Edward J. Retired Deputy Superintendent of the Boston Police Department Edward J. Walsh, died peacefully at age 98 in his daughter's home in New Haven, Connecticut on September 27, 2020. Born in South Boston in 1922, Eddie starred at football at South Boston High School, and then, in World War II, served in the U.S. Navy in the South Pacific on the USS Bataan for 4 years. He returned to South Boston in 1945 to marry his beloved Dorothy Kinsella, who lived 47 steps from his house on 2nd St. In 1955, Eddie joined the Boston Police Department and found his true calling. Awarded 2 gold medals in 18 months, he was soon promoted to detective. Blessed with a photographic memory and a small army of contacts, he joined the Organized Crime Squad and was ultimately promoted to Deputy Superintendent. He received multiple commendations from the State Police and FBI. On his retirement, the Boston Globe, in a front- page story, characterized him as the "quintessential street cop". John Henning of WCVB TV called him a "legend on the streets", and Boston Police Commissioner Francis Roache labeled him as "one of the most talented and dedicated police officers in the history of the Boston Police Department". The true legend of Eddie Walsh, however, was as a husband, father, grandfather, and great-grandfather. He was always there to help someone in need. In retirement, he kept his grandchildren busy selling baseball cards at Fenway Park and at Shamrock Baseball Cards in Harwichport. His grandchildren could also count on boat rides at the Cape, a card and check on birthdays, and a deposit in the "big bank" for helping out with the cards. When his adored Dot developed cancer, he gave her

remarkable care and devotion for 10 years. Eddie spent his last 9 years with his daughter Kathleen and her family in New Haven, Connecticut. He became a fixture on the front porch, a faithful participant in Memorial Day and Veterans' Day events, an avid communicant at the St. Thomas More Chapel at Yale, and a regular volunteer in the Chapel's Soup Kitchen. Ed was predeceased by his wife Dorothy and son James. He leaves his children Edward (Mary) Walsh, Kathleen (Leo) Cooney, Dorothy (William) Brown, Michael (Kate) Walsh, Kelly (Carmen) Tammaro, Kerry Callahan, and Brian (Kathy) Walsh, along with 21 grandchildren and 24 great-grandchildren. Due to the ongoing health crisis, a private Funeral Mass will be held in St. Brendan's Church. Contributions may be made in Eddie's memory to the Father Robert Beloin Fund, St. Thomas More Chapel, 268 Park St., New Haven, Connecticut 06511. For expressions of sympathy, [www.oconnorandson.com](www.oconnorandson.com).

To Plant Memorial Trees in memory, please visit our Sympathy Store.
Published in Boston Globe from Sep. 28 to Sep. 30, 2020.

MEMORIAL EVENTS

No memorial events are currently scheduled. To offer your sympathy during this difficult time, you can now have memorial trees planted in a National Forest in memory of your loved one.

Funeral services provided by

John J. O'Connor & Son Funeral Home
740 Adams Street
Dorchester, MA 02122
(617) 282-5564
Plant Memorial Trees

# EXHIBIT C

Walter Derby Obituary

# Mr. Walter R. "Red" Derby Obituary

**hosting-6775.tributes.com**/obituary/show/Walter-R.-Red-Derby-104044066



482 Main Street
Stoneham, MA 02180
Get Directions

Profile of Barile Funeral Home

View Phone Number
Receive Obituary Notifications by Email
Send Flowers

Walter R. "Red" Derby of Stoneham, passed away on Thursday, October 13, 2016 at Winchester Hospital. He was 84 years of age.

Red was the husband of the late Elisa "Lisa" Derby. He was the father of Lou Derby and his wife Maria and Lynn Derby Collins and her husband Bob. The papa of Chris Derby and his wife Mariah, Louie Derby Jr. and his wife Amanda, Richie Derby and Bobby Collins, Red was the brother of Ray Derby and the late Dave Derby and Arthur Derby. He was the son of the late Ethel (Greer) Derby.

Red was a retired Boston Police Officer, serving from 1964-1990.

A Funeral Mass Celebrating Red's Eternal Life will be held in St. Patrick Church, 71 Central St. Stoneham, Friday, October 21st at 10am. Family and friends are cordially invited to gather and share memories with the Family prior to the Mass, beginning at 8am in the Barile Family Funeral Home, 482 Main St. (RT 28) STONEHAM. Parking attendants and elevator are available. Interment Holy Cross Cemetery, Malden.

Please honor Red by making donations in his memory to St. Jude Children's Research Hospital, 501 St. Jude Place, Memphis, TN 38105.

For more information, www.facebook.com/BarileFamilyFuneralHome.