UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO.: 1:20-cv-11456-IT

FREDERICK WEICHEL,
    Plaintiff,

v.

TOWN OF BRAINTREE, BRAINTREE POLICE CHIEF JOHN VINCENT POLIO, BRAINTREE POLICE OFFICERS JAMES LEAHY, ROBERT WILSON, THEODORE BUKER, and UNKNOWN BRAINTREE POLICE OFFICERS, ESTATES OF BOSTON POLICE OFFICERS EDWARD WALSH, WALTER DERBY, MASSACHUSETTS, and STATE POLICE OFFICERS JOHN R. SPRAGUE and EDWARD WHELAN,
    Defendants.

**DEFENDANT TOWN OF BRAINTREE'S MOTION TO DISMISS ALL CLAIMS ASSERTED IN-NAME-ONLY AGAINST DECEASED INDIVIDUALS, ROBERT WILSON, VINCENT POLIO AND THEODORE BUKER PURSUANT TO FED. R. CIV. P. 12(B)(4)(5) and (6)**

NOW COMES the Defendant Town of Braintree and moves pursuant to Fed. R. Civ. P. 12(b)(4), (5) and (6) to dismiss all claims asserted against deceased Town of Braintree police officers, Robert Wilson, Vincent Polio and Theodore Buker ("Deceased Defendants") in Plaintiff Frederick Weichel's ("Plaintiff") Amended Complaint. Grounds for this motion are set forth within Defendant Town of Braintree's Memorandum of Law in Support of its Motion to Dismiss.

[signatures next page]

1

Respectfully submitted,

Defendant,
TOWN OF BRAINTREE,
By its attorneys,

*/s/ Evan C. Ouellette*
Evan C. Ouellette, BBO #655934
BRODY, HARDOON, PERKINS & KESTEN, LLP
699 Boylston Street
Boston, MA 02116
(617) 880-7100
eouellette@bhpklaw.com

Dated: June 10, 2021

### CERTIFICATE OF SERVICE

I hereby certify that this document was filed through the ECF system and will therefore be sent electronically to the registered participants as identified on the Notice of Electric Filing (NEF) and paper copies will be sent to those participants indicated as non-registered participants.

*/s/ Evan C. Ouellette*
Evan C. Ouellette, BBO #655934

Dated: June 10, 2021

### CERTIFICATION PURSUANT TO LOCAL RULE 7.1(A)(2)

I hereby certify that I have conferred with counsel for the Plaintiff in a good faith and we were not able to resolve or narrow the issues raised in this motion.

*/s/ Evan C. Ouellette*
Evan C. Ouellette, BBO #655934

Dated:   June 10, 2021