IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| FREDERICK WEICHEL,<br><br>Plaintiff,<br><br>v.<br><br>TOWN OF BRAINTREE, *et al.*<br><br>Defendants. | Case No. 20-CV-11456-IT |

**NON-PARTY CITY OF BOSTON'S MOTION TO DISMISS
AMENDED COMPLAINT PURSUANT TO
FED. R. CIV. P. 12(B)(1), 12(B)(5) AND 12(B)(6)**

Now comes the Defendant, City of Boston (the "City"), and hereby respectfully moves this Honorable Court, pursuant to Fed. R. Civ. P. 12(b)(1), (5) and (6), to dismiss the Amended Complaint (ECF No. 93) against the City. As grounds, the City states that: (1) Plaintiff's claims are time-barred; (2) the City has not issued a liability bond or insurance policy for the benefit of Walter Derby; and (3) the Plaintiff lacks standing to bring a claim as a putative fourth-party beneficiary to a collective bargaining agreement.

In support of this motion, the City submits the accompanying memorandum of law and exhibits.

For the reasons stated herein and in the accompanying memorandum, the City respectfully requests that this Honorable Court dismiss Officer Derby from the action as Plaintiff's claims are time barred or, in the alternative, determine that

Plaintiff has not served Officer Derby by leaving a copy of the Summons and Amended Complaint with the City Clerk as the City is not a liability bond or insurance policy pursuant to M.G.L. c. 190, § 3-803 and the City remains a non-party to the action.

Date:  July 9, 2021                                        Respectfully submitted,

CITY OF BOSTON,

By its attorneys:

HENRY C. LUTHIN
Corporation Counsel

/s/ Nieve Anjomi
Nicole M. O'Connor (BBO#675535)
Nieve Anjomi (BBO#651212)
Senior Assistants Corporation Counsel
City of Boston Law Department
City Hall, Room 615
Boston, MA  02201
(617) 635-4034
nicole.oconnor@boston.gov
nieve.anjomi@boston.gov

## LOCAL RULE 7.1 CERTIFICATION

I hereby certify that I conferred with counsel for the Mark Loevy-Reyes by telephone pursuant to Local Rule 7.1 in an effort to narrow the issue raised here.

/s/ Nieve Anjomi
Nieve Anjomi

## Certificate of Service

I, Nieve Anjomi, hereby certify that on July 9, 2021, a true copy of the above document will be served upon all parties of record via this court's electronic filing system and to those non-registered participants via first class mail.

/s/ Nieve Anjomi
Nieve Anjomi