# EXHIBIT A

AGREEMENT

between

CITY OF BOSTON

and

BOSTON POLICE PATROLMEN'S ASSOCIATION, INC.

1979 - 1981

i

## TABLE OF CONTENTS

| Article | | Page |
|---|---|---|
| I | PERSONS COVERED BY THIS AGREEMENT | 2 |
| II | NON-DISCRIMINATION | 2 |
| III | PAYROLL DEDUCTION OF ASSOCIATION DUES/AGENCY SERVICE FEE | 2 |
| IV | EMPLOYEE RIGHTS AND REPRESENTATION | 4 |
| V | MANAGEMENT RIGHTS | 8 |
| VI | GRIEVANCE PROCEDURE AND ARBITRATION | 8 |
| VII | NO-STRIKE CLAUSE | 12 |
| VIII | STABILITY OF AGREEMENT | 14 |
| IX | HOURS OF WORK AND OVERTIME | 14 |
| X | COURT TIME | 22 |
| XI | HOLIDAYS | 24 |
| XII | PAYING POLICE DETAILS | 26 |
| XIII | FITNESS TO RETURN TO WORK AFTER SERVICE-CONNECTED SICKNESS, INJURY OR DISABILITY | 29 |
| XIIIA | REDEMPTION OF SICK LEAVE | 30 |
| XIV | LABOR-MANAGEMENT COMMITTEE | 32 |
| XV | OTHER LEAVES OF ABSENCE | 34 |
| XVI | MISCELLANEOUS | 36 |
| XVII | COMPENSATION | 44 |
| XVIIA | EDUCATION INCENTIVE PLAN/TRANSITIONAL CAREER AWARDS PROGRAM | 50 |
| XVIII | DURATION OF AGREEMENT | 53 |

THIS AGREEMENT is entered into by the City of Boston, hereafter "City," and the Boston Police Patrolmen's Association, Incorporated, hereafter "Association," pursuant to the provisions of Chapter 1078 of the Acts of 1973, as amended (General Laws Chapter 150E), and in accordance with the results of collective bargaining between the City and the Association, reflected by the provisions of the collective bargaining agreement between the City and the Association effective January 3, 1963, as amended by the supplemental agreement effective January 1, 1970; by the Memorandum of Agreement effective March 3, 1971; by the Memorandum of Agreement effective July 1, 1973; by the final offer arbitration of May 21, 1975; by the final offer arbitration of September 2, 1976; by the final offer arbitration of March 10, 1978; by the Memorandum of Agreement effective July 1, 1977; by the Memorandum of Agreement effective July 1, 1978; by the Memorandum of Agreement effective July 1, 1979; and by the Supplemental Memorandum of Agreement effective July 1, 1979.

## W I T N E S S E T H :

WHEREAS the well-being of the employees covered by this Agreement and the efficient and economic operation of the Police Department require that an orderly and constructive relationship be maintained between the parties; and

WHEREAS the participation of employees in the collective bargaining process contributes to the effective conduct of the public business and police administration; and

-2-

WHEREAS the parties to this Agreement consider themselves mutually responsible to establish stable and meaningful relations based on this Agreement; and

WHEREAS the parties intend and hereby do carry forward and preserve the terms and conditions contained in the Agreement dated January 3, 1968, as modified and amended thereafter, in a single consolidated document without adding to, subtracting from, or changing such agreements in any way;

NOW, THEREFORE, in consideration of the mutual promises and agreements herein contained, the parties mutually agree as follows:

### ARTICLE I

#### PERSONS COVERED BY THIS AGREEMENT

The City recognizes the Association as the exclusive representative, for the purpose of collective bargaining relative to wages, hours, and other conditions of employment, of all patrolmen, including policewomen and patrolmen-detectives, in the service of the City.

### ARTICLE II

#### NON-DISCRIMINATION

The City and the Association agree not to discriminate in any way against employees covered by this Agreement on account of race, religion, creed, color, national origin, sex, age, or membership or non-membership in the Association.

### ARTICLE III

#### PAYROLL DEDUCTION OF ASSOCIATION DUES

Section 1.

In accordance with the provisions of Section 17A, Chapter 180 of the General Laws (Chapter 740 of the Acts of 1950), accepted

-3-

by the City Council of the City of Boston on January 15, 1951,
and approved by its Mayor on January 17, 1951, Association dues
shall be deducted by the City weekly from the salary of each em-
ployee who executes and remits to the City a form of authorization
for payroll deduction of Association dues.   Remittance of the ag-
gregate amount of dues deducted shall be made to the Association
Treasurer within twenty-five (25) working days after the month in
which dues are deducted.   For the purpose of this Article, "dues"
shall be deemed to include initiation fees and uniform assessments.

Section 2.   PAYROLL DEDUCTION OF AGENCY SERVICE FEE

(a)   Pursuant to Chapter 335 of the Acts of 1969, to assure
that employees covered by this Agreement shall be adequately
represented by the Association in bargaining collectively on
questions of wages, hours, and other conditions of employment,
the Collector-Treasurer of the City shall deduct from each payment
of salary made to each such employee during the life of this
collective bargaining agreement and pay over to the Association,
the exclusive bargaining agent of such employee, as an agency
service fee, the sum of two dollars ($2.00) per week, which amount
is proportionately commensurate with the cost of collective bar-
gaining and contract administration.   The Association certifies
that this collective bargaining agreement is formally executed
pursuant to a vote of a majority of all employees in the bargain-
ing unit.

- 4 -

(b)  The Association agrees to indemnify the City for damages which the City may be required to pay by an administrative agency or court of competent jurisdiction of last resort as a result of the City's compliance with paragraph (a) of this section, provided that any such sum of damages is limited to the amount deducted from and payable to the particular suitors (claimants) who are named party or parties plaintiff but to no other persons.

## ARTICLE IV

### EMPLOYEE RIGHTS AND REPRESENTATION

### Section 1.

Employees have, and shall be protected in the exercise of, the right, freely and without fear of penalty or reprisal, to join and assist the Association.  The freedom of employees to assist the Association shall be recognized as extending to participation in the management of the Association and acting for the Association in the capacity of an Association officer or representative, or otherwise, and including the right to present Association views and positions to the public, to officials of the City and the Department, to members of the City Council of the City of Boston and of the General Court, or to any other appropriate authority or official.

Without limiting the foregoing, the City agrees that it will not aid, promote, or finance any labor group or organization purporting to engage in collective bargaining or make any agreement

with any such group or organization which would violate any rights of the Association under this Agreement or the law.  Further, no representative, Department official, or agent of the City shall:

1.  Interfere with, restrain, or coerce employees in the exercise of their right to join or refrain from joining the Association;

2.  Interfere with the formation, existence, operations, or administration of the Association;

3.  Discriminate in regard to employment or conditions of employment in order to encourage or discourage membership in the Association;

4.  Discriminate against an employee because he has given testimony or taken part in any grievance procedures, or other hearings, negotiations or conferences for or in behalf of the Association; or

5.  Refuse to meet, negotiate, or confer on proper matters with officers or representatives of the Association as set forth in this Agreement.

Section 2.

The members of the Association Bargaining Committee, not to exceed five (5), shall be granted leave of absence without loss of pay or benefits for all meetings between the City and the Association for the purpose of negotiating the terms of a contract or supplements thereto.  Association officers, shift representatives, and Bargaining Committee members, not to exceed five (5)

-6-

in any instance, shall be granted leave of absence without loss
of pay or benefits for time required to discuss and process
grievances or incidents which could lead to grievances, with the
employee or others involved, and to attend all "standing commit-
tee" meetings with the City as provided in Article XIV, and may
enter any premises of the Department at any reasonable time for
such purposes provided they give notice of their presence imme-
diately upon arrival to the person in charge.  Such officers,
shift representatives, and Bargaining Committee members who work
with any night platoon shall have their hours and schedule of
work accordingly adjusted to effectuate the purposes of this
section.

Section 3.

Association officers and shift representatives shall be
permitted to discuss official Association business with employees
prior to on-duty roll call or following off-duty roll call.

Section 4.

The Association shall provide the Department and keep
updated a list of its officers and Bargaining Committee members,
and of all of its shift representatives.

Section 5.

Association officers, shift representatives, and Bargaining
Committee members, up to a maximum total of five (5) in any one
instance, shall be granted leave of absence, without pay but with

no loss of benefits, if they so request, to attend meetings of the City Council of the City of Boston, the General Court or other public body.

Section 6.

Association officers, representatives and committee members shall not be transferred out of their unit, district, division or bureau, nor be reassigned nor detailed permanently from one platoon to another except upon their own request or in normal 42-day rotation of night men or except for purposes other than the purpose of discriminating against any such Association officer, shift representative or committee member for the exercise of the rights specified in Section 1 of this Article or of interfering with the structure of institutional life of the Association. Specific reasons, in writing, for any such transfer, detail or reassignment shall be given by the Police Commissioner or his delegate to an employee on request within three (3) days of such request.  Any dispute hereunder shall be subject to the grievance and arbitration procedure.

Section 6A.  Stability of Association Representatives

Notwithstanding any contrary provision of this Agreement, and in addition to the restrictions contained in Section 6, Association officers and shift representatives who, during the life of this Agreement, become ex-officers or ex-shift representatives, shall not be involuntarily transferred for one (1) year

-8-

after leaving office except for malfeasance or misconduct as
charged by the Police Commissioner.

Section 7.

The City agrees to recognize shift representatives of the
Association of not more than one for each shift at each unit,
district, division or bureau, except as follows:

| | | |
|---|---|---|
| TRAFFIC DIVISION | – | two (2) on days, one (1) on nights |
| TACTICAL PATROL FORCE | – | three (3) |
| HEADQUARTERS | – | three (3) |

## ARTICLE V

## MANAGEMENT RIGHTS

Subject to this Agreement and applicable law, the City (and
its Mayor and Police Commissioner) reserves and retains the regu-
lar and customary rights and prerogatives of municipal management.

## ARTICLE VI

## GRIEVANCE PROCEDURE AND ARBITRATION

Section 1.   Definition

The term "grievance" shall mean any dispute concerning the
interpretation, application, or enforcement of this Agreement.

Section 2.

Grievances shall be processed as follows:

Step #1.   The employee and/or the Association, with or
without the presence of the aggrieved employee, shall present the

-9-

grievance orally to the employee's immediate superior outside of the bargaining unit or to the officer in charge, if other than such superior, who shall attempt to adjust the grievance informally.

This first step may be omitted by mutual agreement.

Step #2. If the grievance is not settled at Step #1 within forty-eight (48) hours, it shall be presented orally to the commanding officer of the employee's unit, district, division, or bureau, who shall attempt to adjust the grievance informally.

Step #3. If the grievance is not resolved at Step #2 within six (6) calendar days, the grievance shall be submitted in writing to the Police Commissioner. A meeting between the Commissioner and/or his designated representative(s) and the Grievance Committee of the Association, composed of not more than five (5) persons, shall be held within five (5) calendar days after referral to the Commissioner. If the grievance is not satisfactorily adjusted at this meeting, the Commissioner shall give his written explanatory answer within five (5) calendar days of the meeting.

Any grievance of a general nature affecting a large group of employees may, at the option of the Association, be filed at Step #3 of the grievance procedure.

Step #4. If the grievance is not resolved at Step #3 within ten (10) calendar days, the grievance shall be submitted in writing to the City's Grievance Committee which may consist of (without limitation) the following officials: the Supervisor of Personnel, the Mayor's Labor Relations Representative, and/or a

-10-

representative of the Corporation Counsel.  A meeting between the
City's Grievance Committee and the Association's Grievance Com-
mittee as aforesaid shall be held within five (5) calendar days
after referral to the City's Grievance Committee.  If the grievance
is not satisfactorily adjusted at this meeting, the City's Griev-
ance Committee shall give its answer or reason within five (5)
calendar days of the meeting.

Step #5.  If the grievance is not resolved at Step #4 within
ten (10) calendar days, the Association, and only the Association,
may in any instance submit the grievance to arbitration.  Such
submission must be made within thirty (30) calendar days after the
expiration of the ten (10) calendar days referred to herein.
Within the said 30 calendar days written notice of said submission
shall be given to the City by delivery in hand or by mail, postage
prepaid, addressed to the attention of its Corporation Counsel.
The arbitrator shall be selected by the mutual agreement of the
parties.

If the parties mutually agree to a three-man Board of
Arbitrators, they may each select one arbitrator and two arbi-
trators so selected shall designate an impartial chairman.  If,
in any instance, the parties fail to agree to use a three-man
Board of Arbitrators, or if the two arbitrators fail to agree on
an impartial chairman, or if the parties fail to agree on the
selection of a single arbitrator, either party may request the
American Arbitration Association or the Federal Mediation and

-11-

Conciliation Service to provide a panel of arbitrators from which a selection of a single arbitrator shall be made in accordance with the rules of the American Arbitration Association or, in the case of the Federal Mediation and Conciliation Service, in accordance with its procedure.  Expenses for the arbitrator's services shall be shared equally by the parties.

Any matter which is subject to the jurisdiction of the Civil Service Commission (as, for example, discharge or suspension) or any Retirement Board established by law, and any incident which occurred or failed to occur prior to the effective date of this Agreement shall not be the subject of any grievance or arbitration hereunder.

Section 3.

Written submissions of grievances at Step #3 and Step #4 shall be in not less than triplicate, on forms to be agreed upon jointly, and shall be signed by the representative of the Association filing the grievances.  If a grievance is adjusted at Step #3 or Step #4 of the grievance procedure, the adjustment shall be noted on the grievance form and shall be signed by the respective City representative(s), as the case may be, and the Association representatives reaching the adjustment.  If the City exceeds any time limit prescribed at any step in the grievance procedure, the aggrieved employee and/or the Association may invoke the next step of the procedure.  The Association shall have

-12-

the right to have a representative present at any grievance hearing and shall be given adequate notice of all grievance hearings.

## Section 4.

Grievances shall be filed at Step #1 within thirty (30) calendar days after knowledge or reason to know of the occurrence or failure of occurrence of the incident upon which the grievance is based.  Grievances not appealed to any next step within fifteen (15) calendar days after presentation at each step, or to arbitration within forty (40) calendar days after presentation at Step #4, shall be deemed settled.  All time limits may be shortened or extended by mutual agreement.

## Section 5.

The decision of the arbitrator shall be final and binding upon the parties, except that the arbitrator shall make no decision which alters, amends, adds to, or detracts from this Agreement, or which recommends a right or relief for any period of time prior to the effective date of this Agreement, or which modifies or abridges the rights and prerogatives of municipal management under Article V of this Agreement.

## ARTICLE VII

## NO-STRIKE CLAUSE

## Section 1.

No employee covered by this Agreement shall engage in, induce, or encourage any strike, work stoppage, slowdown, or

-13-

withholding of services.  The Association agrees that neither it
nor any of its officers or agents will call, institute, authorize,
participate in, sanction or ratify any such strike, work stop-
pages, slowdown, or withholding of services.

## Section 2.

Should any employee or group of employees covered by this
Agreement engage in any strike, work stoppage, slowdown, or with-
holding of services, the Association shall forthwith disavow any
such strike, work stoppage, slowdown, or withholding of services
and shall refuse to recognize any picket line established in con-
nection therewith.  Furthermore, at the request of the City, the
Association shall take all reasonable means to induce such em-
ployee or group of employees to terminate the strike, work stop-
page, slowdown, or withholding of services and to return to work
forthwith.

## Section 3.

In consideration of the performance by the Association of
its obligations under Sections 1 and 2 of this Article, there
shall be no liability on the part of the Association nor of its
officers or agents for any monetary damages resulting from the
unauthorized breach of the agreements contained in this Article
by individual members of the Association.  Any employee who
breaches the agreements contained in this Article shall be sub-
ject to disciplinary proceedings under Civil Service law and rules.

-14-

## ARTICLE VIII

### STABILITY OF AGREEMENT

Section 1.

No amendment, alteration or variation of the terms or provisions of this Agreement shall bind the parties hereto unless made and executed in writing by the parties hereto.

Section 2.

The failure of the City or the Association to insist, in any one or more situations, upon performance of any of the terms or provisions of this Agreement shall not be considered as a waiver or relinquishment of the right of the City or of the Association to future performance of any such term or provision, and the obligations of the Association and the City to such future performance shall continue in full force and effect.

## ARTICLE IX

### HOURS OF WORK AND OVERTIME

Section 1.  Scheduled Tours of Duty or Work Shifts

Employees shall be scheduled to work on regular work shifts or tours of duty and each work shift or tour of duty shall have a regular starting time and quitting time.  Work schedules shall be posted on all Department bulletin boards at all times and copies shall be given to the Association.

-15-

The tours of duty (work shifts) and hours of work of the day and the two night platoons are as follows:

Tours of duty (work shifts) are numbered 1, 2, and 3.

The hours of tour of duty #1 are from 12:15 A.M. to 8:00 A.M. (Morning Watch).

The hours of tour of duty #2 are from 8:00 A.M. to 4:30 P.M. (Day Platoon).

The hours of tour of duty #3 are from 4:30 P.M. to 12:15 A.M. (First Half).

Platoons are lettered A, B, and C.

Platoon A is a night platoon.

Platoon B is the day platoon and works tour of duty #2.

Platoon C is a night platoon.

Platoons A and C alternate on tours of duty #1 and #3.

In addition to the above basic tours of duty or work shifts, there are the following additional tours of duty or work shifts:

| | |
|---|---|
| NIGHT SHIFT OR TOUR | 6:30 P.M. to 2:00 A.M. |
| DAY SHIFT OR TOUR | 9:00 A.M. to 5:30 P.M. |
| TACTICAL PATROL FORCE | |
| Day shift or tour | 8:00 A.M. to 4:30 P.M. |
| Night shift or tour | 6:30 P.M. to 2:00 A.M. |

Employees assigned to the day Tactical Patrol Force shift shall work the same squad schedule as do employees assigned to the night Tactical Patrol Force shift.

-16-

CANINE UNIT

|  |  |
|---|---|
| Day shift or tour (Day Platoon) | 11:00 A.M. to 6:00 P.M. |
| Night shifts or tours (Night Platoon) | 6:00 P.M. to 12 midnight 12 midnight to 6:00 A.M. |

TRAFFIC DIVISION

|  |  |
|---|---|
| Day shifts or tours (Day Platoon) | 8:00 A.M. to 4:00 P.M. 10:00 A.M. to 6:00 P.M. |
| Night shift or tour (Night Platoon) | 4:00 P.M. to 12 midnight |

The 8:00 A.M. to 4:00 P.M. and the 10:00 A.M. to 6:00 P.M. work shifts or tours of duty of the Day Platoon in the Traffic Division shall be alternated, on a monthly basis or on such more frequent basis as may be mutually agreed to by the Police Commissioner and the Association by those employees in said Division who perform street traffic duty or motorcycle patrol.

The City agrees to bargain collectively with the Association concerning any proposed change in any tour of duty or shift speci-fied or referred to by this Section.  In equal right, the Associa-tion agrees to bargain collectively with the City concerning any proposed change in any tour of duty or shift specified or referred to by this Section.

### Staggered Tours

The City shall have the right to implement the following tours:

|  |  |
|---|---|
| Tour of duty #1: | 11:45 P.M. -  7:30 A.M. 12:45 A.M. -  8:30 A.M. |
| Tour of duty #2: | 7:30 A.M. -  4:00 P.M. 8:30 A.M. -  5:00 P.M. |

-17-

|              |                        |
| ------------ | ---------------------- |
| Tour of duty #3: | 4:00 P.M. – 11:45 P.M. |
|              | 5:00 P.M. – 12:45 A.M. |
| Night shift or tour: | 5:30 P.M. –  1:00 A.M. |
|              | 7:30 P.M. –  3:00 A.M. |

The City shall have the right to vary the starting and quitting times of all other shifts by one-half hour before and after the starting and quitting times listed for such shifts for the purpose of establishing staggered tours.

The City agrees to give the Association two (2) weeks' notice before it implements the provision of this Section.

Section 1a.  Day-Off or Squad Schedules and Lunch Hours

(i)  All current day-off or squad schedules in force and effect for employees as of March 3, 1971, as established under Special Order dated September 10, 1970 (4 and 2 work schedule), shall continue in force and effect during the term of this Agreement, provided, that day-off or squad schedules may be changed from time to time by mutual agreement between the Police Commissioner and the Association.

(ii)  All day shifts or tours shall include a half-hour paid lunch period for all bargaining unit employees.  During their paid lunch period, officers will remain on call in accordance with the existing "Code 10" directive dated September 18, 1979.

Compensation for each half-hour lunch period shall be calculated at a straight time rate [(regular weekly compensation ÷ 40) x .5] except when a lunch period occurs during an overtime shift or tour in which case the overtime rate will apply.

-18-

Such compensation shall be included in the employee's regular weekly pay for the purposes of computing sick pay, injured pay, holiday pay, and vacation pay and shall be considered regular compensation for pension and retirement purposes to the extent permitted by law.

Section 2.   Scheduling of Overtime

In emergencies or as the needs of the service require, employees may be required to perform overtime work, provided that employees regularly scheduled for a day off or a vacation day will be the last to be called for mandatory overtime on scheduled events.  Employees shall be given as much advance notice as possible of overtime work.  Scheduled overtime shall be posted and distributed to all employees on an equitable and fair basis, in the same manner as set forth in Article XII hereof.  Employees, other than those required to work beyond their normal tour of duty due to the exigencies of their workday (such as a late ambulance run, etc.) shall have the option of declining offered overtime; but in the event that sufficient personnel do not accept such offered overtime on a voluntary basis, or in the event of emergency situations where time is of the essence in executing the overtime job, such additional personnel as are deemed necessary by the City may be required to work overtime on an assigned basis. All employees shall be afforded the opportunity to accept overtime service, but there shall be no discrimination against any employee

-19-

who declines to work overtime on a voluntary basis. The Department will seek to avoid assigning overtime (as contrasted with voluntary overtime) to employees working a "short day," so called, on days off, or working with night platoons who are required to attend court, etc. (see Article X), between their tours of duty or on days off, so that such employees may be afforded every opportunity for required rest or to attend to their personal business before and after working hours or on a day off.

## Section 3. Overtime Service

All assigned, authorized or approved service outside or out of turn of an employee's regular scheduled tour of duty (other than paying police details), including service on an employee's scheduled day off, or during his vacation, and service performed prior to the scheduled starting time for his regular tour of duty, and service performed subsequent to the scheduled time for conclusion of his regular tour of duty, including the assigned, authorized or approved service of patrolmen-detectives or plain-clothesmen, and including court time as set forth in Article X, shall be deemed overtime service subject to the following rules:

A.  If duty requires an employee to work beyond the normal quitting time of his scheduled tour of duty:

(1)  The first fifteen (15) minutes of such service shall not be deemed overtime service. The City agrees that this provision will not be used as a basis of discrimination against or punishment of individual employees.

-20-

(2)  If an employee works more than fifteen (15) minutes but thirty (30) minutes or less of such service, he shall be deemed to have performed one-half hour of overtime service.

(3)  If an employee works more than thirty (30) minutes of such service, such overtime service shall be rounded off (and paid for) to the next quarter hour.

B.  If an employee who has left his place of employment or last duty assignment after having completed work on his regular tour of duty is recalled to his unit, district, division, or bureau, or to any other place, and he reports thereat, or if an employee is so recalled on a scheduled day off or during his vacation, he shall be paid on an overtime basis for all such time and shall be guaranteed a minimum of four (4) hours of overtime recall pay.  It is understood that the four-hour guaranty does not apply when an employee is called in early to work prior to the normal starting time of his scheduled tour of duty and works continuously from the time he reports into his normal scheduled tour of duty, in which event such employee shall receive overtime pay only for the actual time worked prior to the commencement of such tour.

C.  Overtime service shall not include:

(1)  An out-of-turn tour of duty which is substituted for a regularly scheduled tour of duty by mutual agreement between the Department and the employee;

(2)  Swapped tours of duty between individual employees by their mutual agreement (subject to District approval);

(3)   A change in the schedule of an employee who is
shifted from one platoon to another platoon or from one shift
(tour) to another shift (tour) for a period of fourteen (14) or
more consecutive calendar days, or a change in the schedule of an
employee who is shifted from one platoon to another platoon or
from one shift (tour) to another shift (tour) for a period of less
than fourteen (14) consecutive calendar days if for the purpose
of (a) in-service training or courses, (b) bringing prisoners back
into the City's jurisdiction, or (c) appearance at hearing(s) be-
fore Police Commissioner as a defendant on charges pursuant to
Chapter 31, Section 43 of the General Laws;

(4)   An out-of-turn tour of duty which is substituted
for a regularly scheduled tour of duty for the purpose of appear-
ance at hearing(s) before the Police Commissioner as a defendant
on charges pursuant to Chapter 31, Section 43 of the General Laws.

D.   The scheduled tours of duty of individual employees or
groups of employees will not be changed or altered for the purpose
of avoiding the overtime provisions of this Article.

## Section 4.   Method of Compensation for Overtime Service

A.   An employee who performs overtime service in accordance
with the provisions of this Agreement shall receive, in addition
to his regular weekly compensation, time-and-one-half his straight-
time hourly rate for each hour of overtime service.  The straight-
time hourly rate shall be computed as one fortieth of an employee's
regular weekly compensation.

-22-

B. Employees shall not be required to accept compensatory time off in lieu of monetary compensation for overtime service.

C. Pay for overtime service shall be in addition to and not in lieu of holiday pay or vacation pay, and shall be remitted to employees as soon as practicable after the week in which such overtime service is performed.

D. An employee who is not scheduled to work on a holiday but who is called in to work on such holiday shall receive double his straight-time hourly rate for each hour of such service in lieu of the time-and-one-half rate specified in Paragraph A of this Section (but not in lieu of holiday pay).  An employee who is called in for overtime service during his vacation shall receive, in addition to the overtime compensation otherwise provided under Paragraph A of this Section, a compensatory day off for each such day of vacation on which he performs overtime service.

Section 5.

In the event that, during a situation of an emergency nature, two 12-hour tours of duty are put into effect, all service in excess of eight hours on any such tour shall be deemed overtime service.

ARTICLE X

COURT TIME

Section 1.

An employee on duty at night or on vacation, furlough, or on a day off, who attends as a witness or in other capacity in

-23-

the performance of his duty for or in behalf of the Commonwealth
or the City in a criminal or other case pending in any district
court, including the municipal court of the City of Boston, any
juvenile court, or any superior court, or before any grand jury
proceedings, or in conference with a District Attorney or Assis-
tant District Attorney, or at any pretrial conference or any other
related hearing or proceeding, or who is required or requested by
any city, county, town, state, or the federal government or sub-
division or agency of any of the foregoing to attend or appear
before any department, agency, board, commission, division or
authority, or official, of the state or federal government, or
subdivision or agency of any of the foregoing, or who attends as
a witness or in other capacity in the performance of his duty for
the government of the United States, the Commonwealth or the City
in a criminal or other case pending in a federal district court,
or before a grand jury proceeding, or a United States Commis-
sioner, or in conference with a United States Attorney or Assis-
tant United States Attorney, or at any pre-trial conference or
any other related hearing or proceeding, shall be entitled to
overtime compensation for every hour or fraction thereof during
which he was in such attendance or appearance, but in no event
less than three (3) hours such pay on an overtime service basis;
provided, however, that if he so attends or appears, during any
one day, on more than one such occasion, he shall be entitled to
such additional pay from the time of first such attendance on

-24-

such day to the time of last such attendance on such day; provided, further, that if any such occasion occurs on a holiday which falls on an employee's day off or during his vacation, the employee shall receive the additional pay due him under the holiday and vacation provisions of this Agreement.

## Section 2.

An employee performing court-time duty after completing a last-half tour and scheduled to report for his next regular tour of duty at 4:30 P.M. on the same day may at his option report for work at 6:30 P.M. and work until the end of his scheduled tour of duty, provided he has notified his district, division, unit, or bureau to such effect prior to 2:00 P.M. on such day.

## Section 3.

An employee who is scheduled to be off duty and who is required by the Department to make a delivery of drugs to, or a pick-up of drugs from the Food and Drug Administration for use in court as evidence, shall receive two (2) hours' pay on an overtime service basis for each such delivery or pick-up, in addition to pay for court time otherwise provided under this Article.

ARTICLE XI

HOLIDAYS

## Section 1.

The following days shall be considered holidays for the purposes enumerated below:

page 28 of 55

| | |
|---|---|
| New Year's Day | Independence Day |
| Martin Luther King, Jr. Day | Labor Day |
| Washington's Birthday | Columbus Day |
| Evacuation Day | Veterans' Day |
| Patriots' Day | Thanksgiving Day |
| Memorial Day | Christmas Day |
| Bunker Hill Day | |

or the following Monday if any day aforesaid falls on Sunday.

For the purposes of this Article, the "holiday" is the twenty-four (24) hour period commencing at 8:00 A.M. of each day listed in this Section.

## Section 2.

When any of the aforementioned holidays falls on an employee's scheduled workday or on an employee's scheduled day off or during his vacation or during any period of an employee's paid injured leave not exceeding twenty-four (24) consecutive months, he shall receive, for each such holiday, in addition to his regular weekly compensation, an additional day's pay, computed as one fifth of his regular weekly compensation.

## Section 3.

Notwithstanding anything in the preceding Section to the contrary, if an employee is absent on account of illness (other than paid injured leave) on a holiday which is his scheduled workday, or if an employee is absent on account of illness both on his scheduled tour of duty immediately prior to and on his scheduled tour of duty immediately subsequent to a holiday which falls on a scheduled day off, or if an employee is granted permission

to take an unscheduled day off on a holiday which is his scheduled workday, such employee shall receive his regular weekly compensation for the week in which such holiday falls but shall not receive additional compensation for such holiday.

## ARTICLE XII

### PAYING POLICE DETAILS

#### Definition

A paid detail is a police service performed by a full-time sworn Boston Police Officer during his off-duty time which is paid for by the person or persons making the request for such service and which is related in any way to the performance of police duties such as, but not limited to, security or traffic control, whether performed in uniform or in plainclothes.

The following procedure will be adhered to in the assignment and recording of all paying police details:

(a)  All employees will signify in writing from time to time their desire to accept or not to accept paying police details and a current file on this subject will be maintained in each unit, district, division, and bureau.  The exchanging of paying details or the use of substitutes between employees is permitted if the officer of rank assigning details as hereinafter mentioned shall make reassignment accordingly.

(b)  All assignments to paying police details shall be made by an officer of rank (a superior officer) designated by and responsible to the commanding officer for the equitable and fair distribution of such details.  All paying police details will be

-27-

distributed to employees fairly and equitably as to number of
details and compensation therefor, and averaged on a monthly
basis for the purposes of this subparagraph unless otherwise
agreed upon by the parties.  Employees shall be given the maximum
possible advance notice of paying detail assignments.  Any employee
who refuses a paying detail shall not be removed from the detail
list, but any such refusal shall be recorded for purposes of de-
tail assignment as a detail actually worked under the heading
"detail refusal" (DR) with the detail hours thereof noted, in de-
termining the equitable and fair distribution of details to such
employee.

(c)  Such officer of rank shall record all assigned paying
details and shall post such assignments on the bulletin board
daily for the attention of all employees.  Details shall be
posted on detail distribution forms acceptable to the parties
hereto, which forms shall set forth the employee's name, details
worked, name of person, firm, corporation or entity served, number
of hours worked, and compensation received per detail, detail re-
fusals, and applicable dates.

(d)  Any employee who performs a paying detail not officially
assigned by such superior officer and recorded and reported as re-
quired by this Agreement will not be protected by the provisions
of G.L. (Ter. Ed.) chapter 41, section 100, as amended.

(e)  Any employee who knowingly performs a paying detail not
officially fully recorded and reported on such forms within

-28-

twenty-four (24) hours after performance may be subject to De-
partment disciplinary action.  The assignment of such a detail by
a superior officer may, at the Association's option, constitute a
grievance under this Agreement.

(f)  An employee's claim that he has not received his fair
share of details pursuant to the provisions of this Article shall
constitute a grievance under this Agreement.  The Association's
claim that paying details are not being distributed fairly and
equitably shall similarly constitute a grievance under this
Agreement.

(g)  Detail distribution forms shall be official records of
the Department and shall be made available to the Association for
its inspection and use upon its request when and if removed from
the bulletin board or other place of posting.

(h)  No paying detail assignments shall be made until the
person, firm, corporation, or entity requesting or required to
have such details has agreed to pay the following rates of pay
per employee therefor, namely:

1.  Effective upon the execution of this Agreement, the
paid detail rate shall be $10.00 per hour, with a guarantee of a
minimum of four (4) hours' pay per detail for each employee so
assigned.

2.  Effective July 1, 1980, the paid detail rate shall
be $11.00 per hour, with a guarantee of a minimum of four (4)
hours' pay per detail for each employee so assigned.

The Association and the Police Commissioner hereto may, by mutual agreement, from time to time revise upward said hourly rate and the minimum number of guaranteed hours per detail aforementioned, and establish premium rates of pay for certain details.

(i)  Police cadets and reserve police officers shall not be entitled to receive extra paying details.

(j)  Upon the execution of this Agreement, the City agrees to enforce any existing City ordinances with respect to the use of Boston police officers on paid details.  Failure of a vendor to comply with the aforementioned ordinances either at the licensing stage or compliance stage will not result in liability to the City if it has made a good faith effort to require such compliance.

### ARTICLE XIII

### FITNESS TO RETURN TO WORK AFTER
### SERVICE-CONNECTED SICKNESS, INJURY OR DISABILITY

An employee absent from duty on account of sickness, injury or disability incurred in the performance of his duty shall be entitled to examination and treatment by a physician of his own choice.  His physician shall be afforded full opportunity to consult with the City's Police Department physician prior to any determination by such City physician as to the employee's fitness to resume police duty.  If the employee's physician and such City physician disagree as to such "fitness," they shall thereupon jointly designate a physician agreeable to both who, at the City's

-30-

expense, shall examine the employee and render an advisory written medical opinion as to the employee's fitness to return to duty, copies of which shall be transmitted by him to both the City's physician and the employee's physician.  In the event of their inability to agree upon a third physician, a physician shall be jointly selected by them from a list or panel of physicians established or suggested by the Commissioner of Public Health for the Commonwealth of Massachusetts in cooperation with the parties hereto, upon which event such physician, at the City's expense, shall so examine the employee and render his opinion as aforesaid.  Pending receipt of such advisory opinion and action of the City physician thereupon, the City shall not require the employee to return to duty and shall continue to fully compensate him on paid injured leave for lost time due to any such absence.

It is understood that "sickness" as used herein means sickness incurred in the line of duty resulting in paid injured leave and does not include sickness not incurred in the line of duty which may result in sick leave.

## ARTICLE XIIIA

### REDEMPTION OF SICK LEAVE

## Section 1.  Annual Redemption

An employee who has used fewer than five (5) sick days in the twelve-month period ending June 30th of any year may elect

-31-

to redeem sick days in a lump sum cash payment in accordance with
the following schedule:

| Annual Sick Days | Sick Days Used | Redemption |
|---|---|---|
| 15 | 0 | 5 |
| 14 | 1 | 4 |
| 13 | 2 | 3 |
| 12 | 3 | 2 |
| 11 | 4 | 1 |
| 10 | 5 | 0 |

The per diem rate will be the patrolman's rate on June 30th
but will not exceed the per diem rate for the rank of patrolman
as specified in Column 3 of the Salary Schedule in force on June
30th.

During July, the City will notify each qualifying employee
of his redemption options.  An employee may elect to redeem all
or part of his entitlement in full days.  Unredeemed sick days
will be accumulated in the normal manner.

Section 2.  Retirement Redemption

Effective July 1, 1979, upon retiring from service in a
classification covered by this Agreement, an employee shall be
paid for 10 percent of the accumulated, unused sick days credited
to such employee at the time of retirement up to a maximum of 200
days, at the daily rate in effect as of the employee's retirement
date.

-32-

## ARTICLE XIV

### LABOR-MANAGEMENT COMMITTEE

Section 1.

The City and the Association shall jointly maintain and support a Labor-Management Committee.  The Committee shall consist of not more than ten (10) members who shall serve for the term of this Agreement.  The Association shall designate five (5) members and the Police Commissioner shall designate five (5) members, at least one of whom shall be at the rank of Deputy Superintendent or above.  Vacancies for designated members shall be filled respectively by the Association and the Police Commissioner for the balance of the term to be served.  Each party may designate alternates.  At each meeting, the Committee shall select a chairman from among its members.  The selection shall be made alternately from the group of members designated by the Police Commissioner and the group of members designated by the Association.  A quorum shall consist of a majority of the total membership of the Committee.  The Committee shall meet monthly on the second Wednesday of each month or on any other day mutually agreeable.  Each party shall provide to the other party, at least one week in advance of the meeting, a written agenda of matters to be discussed.

Section 2.

The Committee shall make its recommendations to the Police Commissioner in writing and the members designated by each party

shall state their position(s) in writing.  The Police Commissioner shall give his answers to the recommendation and/or statement of position of the Committee or its members in writing.  If such recommendation and/or statement of position is received by the Police Commissioner on or before the tenth calendar day following any such meeting, his written answer shall be given at the next scheduled meeting.  In the event that any such recommendation and/or statement of position is received by the Commissioner after the tenth calendar day following any such meeting, his written answer shall be given on or before the second next scheduled meeting following his receipt of such recommendation and/or statement of position.

Section 3.

The function and role of the Labor-Management Committee shall extend to the following:

A.  Matters concerning the administration or interpretation of this Agreement or any supplement or amendment thereto;

B.  Department projects, programs, personnel policies and practices which may affect or bear upon wages, hours, or conditions of employment of employees covered by this Agreement, including matters not subject to the grievance and arbitration procedure.

The parties shall freely exchange information to facilitate the function and role of the Labor-Management Committee.

-34-

## Section 4.

The provisions of this Article shall not preclude the establishment of other committees by mutual agreement, nor in any way or manner limit or derogate from the function and purpose of the Association's Grievance Committee established pursuant to Article VI of this Agreement.

## Section 5.

The Chairman of the Association and the Police Commissioner shall meet once a month to discuss matters of mutual interest.

ARTICLE XV

OTHER LEAVES OF ABSENCE

## Section 1.

Subject to the operating needs of each unit, district, division, or bureau, determined by the superior officer in charge, leave of absence without loss of pay will be permitted for the following reasons:

(a)  Attendance by an employee who is a veteran as defined in Section 21, Chapter 31, of the General Laws as a pallbearer, escort, bugler, or member of a firing squad or color detail, at the funeral or memorial services of a veteran, as so defined, or of any person who dies under other than dishonorable circumstances while serving in the armed services of the United States in time of war or insurrection;

(b)  Attendance by an employee who is a veteran as defined in Section 21, Chapter 31, of the General Laws, as a delegate or alternate to state or national conventions of certain veterans' organizations as designated from time to time, during the life of this Agreement, by the Mayor;

(c)  Inoculation required by the City;

(d)  Red Cross blood donations authorized by the Department;

(e)  Promotional examinations conducted under Civil Service law and rules for promotion to any position in the service of the Department;

(f)  Medical examinations for retirement purposes;

(g)  Attendance at educational programs required or authorized by the City.

Section 2.  Military Leave

Every employee covered by this Agreement who is a member of a reserve component of the armed forces of the United States shall be granted, in accordance with Section 59 of Chapter 33 of the General Laws, leave of absence with pay, during the time of his annual tour of duty as a member of such reserve component; provided, however, that such leave shall not exceed seventeen (17) calendar days.

Section 3.  Death In The Immediate Family

(a)  Effective upon the execution of this Agreement, three days' leave of absence, with pay, will be allowed an employee in the case of the death of his spouse, or anybody in either of the following relationships to the employee or the employee's spouse: father, mother, brother, sister, child, grandchild, daughter-in-law, son-in-law, or grandparents.  These leaves shall begin at the morning roll call following receipt of notice of death, and employees affected shall be excused from tours of duty intervening

between receipt of notice of death and the morning roll call.
Sufficient time to attend the funeral of other near relatives may
be allowed without loss of pay, with an extension of such time in
any particular case at the discretion of the Police Commissioner.

If an employee entitled to leave without loss of pay
under this Section requires additional leave for such purposes,
leave for such purpose shall be deducted from sick leave.

(b)  Effective July 1, 1980, the three-day period set forth
in Section 3(a) above shall be increased to five days.

## Section 4.  Pregnancy-Maternity Leave

Whenever a female employee shall become pregnant, she shall
furnish the Police Commissioner with a certificate from her physi-
cian stating the expected date of her delivery.  She may continue
to work so long as her physician certifies that she is able to do
so provided that the Commissioner does not find her work perfor-
mance is impaired.  Maternity leave without pay shall be granted
commencing with cessation of actual work under the preceding
sentence, for a period not to exceed one (1) year after date of
delivery.

## ARTICLE XVI

### MISCELLANEOUS

## Section 1.

Space will be provided in units, districts, divisions, and
bureaus at places of assembly of the employees for Association

bulletin boards of reasonable size, to be supplied by the Association, for the posting of announcements relating to Association business.

## Section 2.

Copies of general orders, special orders, and personnel orders shall be supplied to the Association upon request and copies of such orders issued subsequent to the effective date of this Agreement shall be supplied to the Association at time of issuance.

## Section 3.

Should any provision of this Agreement or any supplement thereto be held invalid by any court or tribunal of competent jurisdiction, or if compliance with or enforcement of any such provision should be restrained by any court, all other provisions of this Agreement and any supplement thereto shall remain in force, and the parties shall negotiate immediately for a satisfactory replacement for any such provision.

## Section 4.

Except as improved herein, all benefits specified in the published rules and regulations, general and special orders in force on the effective date of this Agreement shall be continued in force for the duration of this Agreement.  No employee shall suffer a reduction in such benefits as a consequence of the execution of this Agreement.  "Benefits" hereunder shall be deemed

-38-

to include by way of example and not by way of limitation, sick
leave, vacation leave, and paid injured leave.

Section 5.

The provisions of this Agreement supersede any conflicting
or inconsistent rule, regulation, or order promulgated by the
Police Commissioner.  In the event any statute(s) relating to
members of the Police Department provides or sets forth benefits
or terms in excess of or more advantageous than the benefits or
terms of this Agreement, the provisions of such statute(s), to
the extent not forbidden by law, shall prevail.  In the event
this Agreement provides or sets forth benefits or terms in excess
of or more advantageous than those provided or set forth in any
such statute(s), provisions of this Agreement shall prevail.

Section 6.  Safety and Health

Both parties to this Agreement shall cooperate in the
enforcement of safety rules and regulations.  Complaints with
respect to unsafe or unhealthy working conditions shall be brought
immediately to the attention of an employee's superior officer and
shall be a subject of grievance hereunder.

The City and the Association shall establish a joint safety
committee consisting of not more than five (5) representatives of
each party for the purpose of promoting sound safety practices
and rules.

-39-

## Section 7.

The City's Group Insurance Plan (health and life insurance) in force on the effective date of this Agreement shall remain in force for the duration of this Agreement, unless changed by mutual agreement, and the City further agrees to maintain its contribution thereto, including 75 percent of the total premium for Master Medical.

## Section 7a.   Accidental Death Insurance

. Pursuant to the provisions of General Laws Chapter 32B, Section 11D, the City shall pay 99 percent of the premium cost for service-connected group accidental death insurance of twice the maximum amount to which each eligible employee would be entitled if insured for the maximum amount of group accidental death and dismemberment insurance provided under General Laws Chapter 32B, Section 11A.

Such insurance coverage shall be provided as soon as insurance can be obtained from a carrier in accordance with public contract bidding laws and the terms of said insurance have been approved by the Massachusetts Group Insurance Commission as required by General Laws Chapter 32B, Section 11D.

It is understood that the City may decide to be a self-insurer, in which case coverage shall be effective as of July 1, 1972. In the absence of an effective insurance policy, the City shall be deemed a self-insurer hereunder. If not already accepted, the City agrees to submit Chapter 383 of the Acts of 1967 to the City Council for acceptance.

Section 8.

In requesting funding for this Agreement, the Mayor shall request funds for the creation of the position of Police Department Chaplain, with the appointment to said position to be made by the Police Commissioner.

Section 9.   Access to Personnel Files

(a)  No material originating from the City derogatory to an employee's conduct, service, character, or personality shall be placed in the personnel files unless the employee has had an opportunity to read the material.  The employee shall acknowledge that he has read such material by affixing his signature on the actual copy to be filed.  Such signature does not necessarily indicate agreement with its contents, but merely signifies that the employee has read the material to be filed.

(b)  The employee shall have the right to answer any material filed and his answer shall be attached to the file copy.

(c)  No material which contains an allegation of misconduct against an employee shall be included in his/her personnel file until the charges have been verified by affidavit and a hearing held.  If a determination is made that the allegation is without substance, then the allegation shall not be included in the employee's personnel file.

(d)  Any employee shall have the right, on request at reasonable times, and on his own time, to examine all material in his personnel file which is neither confidential or privileged

under law, in the presence of an official in the Personnel Office.
A copy of any such material shall be furnished the employee at
his request.

## Section 10.

The parties agree that matters agreed upon by negotiations
upon expiration of the current contract shall be made effective
retroactively as of said expiration date.

## Section 11.   Personal Leave

All employees covered by this Agreement may take up to three
(3) of their fifteen annual sick days as personal days, provided
that the employee shall schedule any such personal days in advance
with the approval of his commanding officer.  Such approval will
not be unreasonably withheld.  Personal days used under this
Section shall be deducted from sick leave but shall not count as
sick days used by an employee for the purpose of Article XIIIA,
Section 1, or in any way affect an employee's right to annual
sick leave redemption under that provision.

## Section 12.   Physician's Certificate

Notwithstanding any departmental rule or regulation or
practice to the contrary, if a physician's certificate is re-
quired by the Commissioner as evidence of an employee's absence
from work due to illness, for five (5) consecutive days or more
than ten (10) days in a calendar year, the Department must afford
such employee an opportunity to obtain such certificate from a

physician in the Department or a physician at Boston City Hospital.
The Department will assume the full cost charged by such physi-
cian(s) or by Boston City Hospital in connection with the certi-
ficate.  At any time after the first year of this Agreement, upon
a written request by the Association, the parties agree to meet
for the purpose of reviewing the experience under this provision
and negotiating such changes, if any, that are deemed appropriate
in the manner and time that the certificate is to be obtained.
If an employee so chooses, he may obtain a certificate from a
physician other than a physician described above, in which case
he will assume the cost thereof.

## Section 13.  Reimbursement of Legal Fees

In the event that any employee is charged with committing a
criminal offense in the course of his work performance and is
subsequently found not guilty of such accusations in a court of
law or if such accusations against him are dismissed by a court
of law or by an authorized clerk of such court, the City will re-
imburse such employee for reasonable attorneys' fees and related
court costs including but not necessarily limited to stenographic
fees and witness fees incurred by him in defending himself against
those charges.  Such payment will be made after review by the
Corporation Counsel of the City of Boston.  Prevailing rates (as
determined by the Massachusetts Bar Association) shall apply.

## Section 14.  Hospital Liaison Notification

The hospital liaison officers will notify the BPPA Grievance
Committee Chairman in writing when a bargaining unit employee is
absent from duty due to injuries or illness requiring admission to
hospital.  The BPPA Grievance Committee member shall be granted
leave of absence with pay and with no loss of benefits for time

required to discuss and process grievances on an incident which could lead to grievances with the sick or injured employee or others involved.

### Section 15.  Vacation Starting Time

Effective July 1, 1979, vacations for employees under this Agreement will start at 8 A.M. on Monday and shall run to 8 A.M. on the following Monday or a subsequent Monday, depending upon the length of the vacation.

### ARTICLE XVII

### COMPENSATION

### Section 1.

The pay schedule for patrolmen set forth in Rule 1 of the Police Department Compensation Plan dated January 6, 1965, as amended (hereafter called "the 1965 Plan") shall be amended to provide the following salary schedules:

SALARY SCHEDULE
Effective July 1, 1979

|  | 1 | 2 | 3 |
|---|---|---|---|
| Patrolman* | $270.86 | $303.48 | $336.14 |

Effective July 1, 1980

|  | 1 | 2 | 3 |
|---|---|---|---|
| Patrolman* | $289.82 | $324.72 | $359.67 |

*In addition to this salary, as noted supra, all day employees will regularly receive an additional one-half hour's pay each day as a paid lunch period.

### Section 2.  Detective Differential

(a)  Upon completion of twelve (12) months of detective-investigative duty, a patrolman will be automatically rated as a

-44-

detective and shall receive a weekly differential of $8.   Upon completion of twelve (12) months of service as a rated detective, such weekly differential shall be $12.

(b)   A patrolman will be paid a detective differential only so long as he continues to perform detective-investigative duty or duty for which he was being paid as a rated detective immediately prior to January 28, 1970.

## Section 3.   Assignment Differential

A patrolman, so long, but only so long, as assigned to one of the following assignments, upon completion of six (6) months of such assigned duty, shall receive weekly, in addition to the salary to which he would otherwise be entitled under this Rule, the sum set against such assignment in the following table:

| | |
|---|---:|
| Patrolman-Radio Operator | $ 6.00 |
| Patrolman-Intelligence Agent | 6.00 |
| Patrolman-Internal Affairs Investigator | 6.00 |
| Patrolman-Staff Inspection Investigator | 6.00 |
| Patrolman-Mounted Patrol Officer | 6.00 |
| Patrolman-Canine Officer | 6.00 |
| Patrolman-Organized Crime Investigator | 6.00 |
| Patrolman-Academy Instructor | 8.00 |
| Patrolman-Harbor Patrol Boat Operator | 8.00 |
| Patrolman-Teletype Operator | 8.00 |
| Patrolman-Aide to Commissioner | 8.00 |
| Patrolman-Community Service Officer | 8.00 |
| Patrolman-Hackney Carriage Investigator | 8.00 |
| Patrolman-Bomb Disposal Squad | 8.00 |
| Patrolman-Emergency Service Unit | 10.00 |
| Patrolman-In charge of Police Methods Section | 10.00 |
| Patrolman-Draftsman | 10.00 |
| Patrolman-Law Librarian | 10.00 |
| Patrolman-In charge of Canine Section | 10.00 |
| Patrolman-Automobile Investigator | 10.00 |
| Patrolman-Juvenile Officer | 10.00 |
| Patrolman-Criminal Laboratory Evidence Technician | |

| | |
|---|---|
| Patrolman-Ballistician | 10.00 |
| Patrolman-Fingerprint Evidence Technician | 10.00 |
| Patrolman-Hospital Liaison Officer | 10.00 |
| Patrolman-Photographer Evidence Technician | 10.00 |
| Patrolman-Police Planner | 10.00 |
| Patrolman-Headquarters Dispatcher | 13.50 |
| Patrolman-Radio Technician | 13.50 |
| Patrolman-Computer Programmer | 13.50 |
| Patrolman-Breathalyzer Technician | 13.50 |
| Patrolman-Liaison Officer, Traffic and Parking Department | 13.50 |
| Patrolman-In charge of Correspondence Section | 19.50 |
| Patrolman-In charge of Police Listing Section | 19.50 |
| *Patrolman-In charge of Ballistics Unit | 19.50 |
| *Patrolman-In charge of Police Investigation Section, District Attorney's Office | 19.50 |
| *Patrolman-In charge of Police Reports Review Section | 19.50 |

## Section 4.

An employee who is rated a detective and who is assigned to one of the assignments listed in the preceding Section shall receive either his detective differential or his assignment pay, whichever is higher, but not both, except that both shall be paid to persons currently performing the assignments specified with an asterisk in Section 3 of this Article; provided, however, that a person receiving the assignment pay shall not lose his rating as a detective.

## Section 5.  Uniform Allowance

Effective July 1, 1979, the annual uniform and clothing allowance, which is payable in January 1980, shall be three hundred ninety dollars ($390.00).

Effective July 1, 1980, the annual uniform and clothing allowance, which is payable in January 1981, shall be four hundred forty dollars ($440.00).

-46-

1)  An employee shall retain a record of his expenditures and complete a clothing inventory form supplied by the City.

2)  Employees hired at any time during the calendar year shall be advanced the allowance payable for such calendar year at time of appointment.

3)  Uniforms so purchased must conform to Department specifications.

4)  Upon termination of an employee due to retirement or death, the allowance payable for that calendar year will be prorated and paid to him or, in case of his death, his estate, in the manner provided by law for the payment of vacation pay on death or retirement.

## Section 6.  Night Shift Differential

An employee who is regularly scheduled to work on a night shift (any shift or tour commencing at or after 4 P.M. and prior to 7:30 A.M.) shall receive, in addition to his regular weekly salary, a weekly night shift differential in the amount equal to nine percent (9%) of his base pay plus weekend differential. Night shift differential shall not be included in base pay for the purposes of computing overtime but shall be so included for the purpose of determining holiday pay, vacation pay, sick and injured leave pay, and pay for inservice training, and shall be considered as regular compensation for retirement and pension purposes to the extent permitted by law.

-47-

The following schedule reflects the computation of the weekly dollar amount of the night differential at nine percent (9%):

### Effective July 1, 1979

|            | 1       | 2       | 3       |
|------------|---------|---------|---------|
| Patrolman  | $25.42  | $28.48  | $31.54  |

### Effective July 1, 1980

|            | 1       | 2       | 3       |
|------------|---------|---------|---------|
| Patrolman  | $27.27  | $30.56  | $33.85  |

## Section 7.  Annual Honorarium

Those patrolmen who have received or who will receive the Department Medal of Honor for performing extraordinary police service shall receive a $50 annual honorarium each December so long as they remain active members of the Department.

## Section 8.  Weekend Differential

In addition to any other regular or premium compensation to which patrolmen are entitled, all patrolmen shall receive the following weekend differential to be considered as part of regular weekly compensation and shall be included in base pay for the

-48-

purpose of computing overtime, court time, sick pay, injured pay, holiday pay, vacation pay, paid lunch time, and night differential and shall be considered regular compensation for pension and retirement to the extent permitted by law.

The weekend differential is computed, effective July 1, 1979, as four point two six percent (4.26%) of the base, weekly compensation in effect as of July 1, 1979, and as four point five six percent (4.56%) of the base, weekly compensation in effect as of July 1, 1980, which reflect the following weekly dollar amounts:

### Effective July 1, 1979

| | 1 | 2 | 3 |
|---|---|---|---|
| Patrolman | $11.54 | $12.93 | $14.32 |

### Effective July 1, 1980

| | 1 | 2 | 3 |
|---|---|---|---|
| Patrolman | $13.22 | $14.81 | $16.40 |

(Note:  Patrolmen not regularly scheduled to work weekend shifts receive the equivalent of the foregoing weekend differential in combined recognition of their comparatively singular work schedule and their availability to work such weekend shifts.)

-49-

## ARTICLE XVIIA

The City, the Police Commissioner, and the Association agree that better to assure orderly economic growth of business and industry in our community and the security of life and property of all our people, it becomes necessary to establish career incentive programs to advance the entry, production and retention within the Police Department of qualified and professionalized police officers.

## Section 1.   Education Incentive Plan

Patrolmen who have earned, or who after July 1, 1974 shall have earned, education points in accordance with the following schedule shall receive an annual payment according to the following schedule:

| Education Points Earned | Annual Payment |
| --- | --- |
| 60 points for an Associate Degree or toward a Baccalaureate Degree........................ | $   950 |
| 120 points for a Baccalaureate Degree................ | $1,300 |
| 150 points for a degree of Master or a degree in Law..................................... | $1,900 |

Points and degrees must be earned and credited in the manner specified by Chapter 835 of the Acts of 1970.  The Police Commissioner shall administer this Section.

## Section 2.   Transitional Career Awards Program

A transitional career awards program is hereby established as follows:

-50-

Patrolmen with the following requisite years of service shall receive an annual payment in accordance with the following schedule:

```
Commencing with the  5th year..........$  350
Commencing with the 10th year..........$  700
Commencing with the 15th year..........$  900
Commencing with the 20th year..........$1,000
Commencing with the 25th year..........$1,200
```

Patrolmen who attain the required years of service set forth above during the life of this Agreement shall be entitled to such higher pay under the schedule set forth above in Section 2.

## Section 3.

All payments under the Plan or the Program are annual payments, but they shall be prorated based on the number of weeks a patrolman is on the payroll in a particular year.

## Section 4.

Payments under the Program shall be made weekly, shall be included in base pay for the purpose of computing overtime, court time, sick pay, injured pay, holiday pay, vacation pay, lunch pay, and shall be considered regular compensation for pension and retirement purposes to the extent permitted by law.

Payments under the Plan shall be made weekly and shall be included in base pay for the purpose of computing overtime, court time, sick pay, injured pay, holiday pay, vacation pay, lunch pay, and shall be considered regular compensation for pension and

-51-

retirement purposes to the same extent that payments under

Chapter 835 of the Acts of 1970 could be so included under the

law.

Section 5.

Those patrolmen who qualify for payment under both the Plan

and the Program shall receive the higher payment to which they

are entitled, but not both.

Section 5A.

In the event that Chapter 835 of the Acts of 1970 shall be

accepted by the City of Boston, said Chapter 835, so accepted,

shall supersede Section 1 of this Article (Education Incentive

Plan).

Section 6.

Patrolmen shall retain their rights under the Plan or the

Program so long as, but only so long as, they retain the rank of

patrolman.

Section 7.

The Police Commissioner and the Association's Board of

Officers (Chairman, Vice Chairman, Secretary, and Treasurer) shall

select a committee of outstanding citizens to work with them in

the further development of police career incentive programs.

-52-

## ARTICLE XVIII

## DURATION OF AGREEMENT

Section 1.

This Agreement shall be effective as of and, unless otherwise expressly stated, retroactive to July 1, 1979 and shall continue in full force and effect until superseded by a new collective bargaining agreement.

Section 2.

On or after March 1, 1981, either party may submit its proposals for a new Agreement to be effective on the termination of this Agreement, and the parties shall proceed forthwith to bargain collectively with respect thereto.

Agreed to this _____ day of _____ 1980.

FOR THE CITY:

_____
Kevin H. White, Mayor

_____
Joseph M. Jordan
Police Commissioner

_____
Dennis Austin, Supervisor
Department of Labor Relations

APPROVED AS TO FORM:

_____
Corporation Counsel

FOR THE ASSOCIATION:  By its
Bargaining Committee

_____
Chester J. Broderick, Chairman

_____
John F. Bilodeau, Vice Chairman

_____
William O. Ash, Secretary

_____
Paul Baker, Treasurer

_____
Of Counsel, Alan J. McDonald