# EXHIBIT B

MEMORANDUM OF A[GREE]MENT

between

CITY OF BO[STON]

and

BOSTON POLICE PATROLMEN'S ASSOCIATION, INC.

The duly-authorized negotiating team for the City of Boston and the Boston Police Patrolmen's Association, Inc., with the approval of the Mayor of the City of Boston and The Police Commissioner of the City of Boston, and subject to the ratification of the membership of the Boston Police Patrolmen's Association, Inc., hereby agree to the following settlement of the terms and conditions of a collective bargaining Agreement to be effective as of July 1, 1982. Except as changed herein, the terms and conditions of the existing Agreement shall remain unchanged.

AMEND ARTICLE XII, BY DELETING (b)(3) AND SUBSTITUTING THE FOLLOWING:

"(3) effective upon the execution of this Agreement by the Mayor, the paid detail rate shall be $16.00 per hour, with a guarantee of four (4) hours' pay per detail for each employee so assigned."

-1-

AMEND ARTICLE XVII, 3, IN THE FOLLOWING MANNER:

    (a) Effective on, and retroactive to July 1, 1982, the regular weekly compensation for all members of the bargaining unit shall be increased by 6%."

    (b) Effective on, and retroactive to July 1, 1983, the regular weekly compensation for all members of the bargaining unit shall be increased by an additional 5%."

AMEND THE MEMORANDUM EFFECTIVE JULY 1, 1981, ITEM 12, BY DELETING ITEM 12 AND INSERTING THE FOLLOWING:

    "One (1) Association member designated by the Chairman and Vice Chairman of the Association, as 'Legislative Agent' shall be given time off with no loss of compensation or benefits whenever the Great General Court is in session. The provisions of this section shall expire June 30, 1984."

AMEND ARTICLE XVII, §2, BY DELETING §2 and INSERTING THE FOLLOWING:

    <u>Hazardous Duty Compensation.</u> Effective and retroactive to April 15, 1983, in addition to any other regular or premium compensation to

-2-

employees are entitled, all members of the bargaining unit shall receive hazardous duty compensation. Such hazardous duty compensation shall be considered as a part of regular weekly compensation for purposes of overtime and holiday pay and for purposes of sick, injured, vacation, and other authorized leave compensation computation and for pension contribution computation. The hazardous duty compensation shall be computed as .5% (one half of one percent) of the base. This section shall be without prejudice to the rights or interests of either party, and in the event the Association prevails, after final judicial review, in Suffolk Superior CA No. 60048, 60440, 63167, grievance #16-891, or any other grievance pertaining to the issues contained in these matters, the provisions of this section shall terminate.

AMEND ARTICLE XI:

Effective upon execution of this Agreement, Holiday Pay shall be computed as one-fourth (¼) of regular weekly compensation. Such Holiday Pay shall be considered part of regular weekly compensation for purposes of sick leave, injured leave, vacation and other authorized leave compensation and for pension contribution computation.

AMEND ARTICLE XII BY ADDING THE FOLLOWING SECTION (k):

"(k) The City of Boston and the department herein agree to create a Paid Detail Fund pursuant to the provisions of G.L. c. 44, section 53C.  Said Paid Detail Fund shall be created and in operation no later than October 1, 1984."

Employees performing a lawful paid detail shall be compensated for that paid detail out of the Paid Detail Fund no later than fourteen working days after the employee has performed the paid detail provided said employee has submitted a paid detail card to the Paid Detail Fund stating that the employee in fact performed the detail for which payment is requested.

-4-

For the City of Boston:

*Raymond L. Flynn*
Raymond L. Flynn
Mayor

*Joseph M. Jordan*
Joseph M. Jordan
Police Commission

*Raymond C. Dooley*
Raymond C. Dooley
Director, Administrative
Services Department

*James B. Cox*
James B. Cox
Acting Supervisor
Office of Labor Relations

For the Boston Police
Patrolmen's Association:

*Robert T. Guiney*
Robert T. Guiney
Chairman, Boston Police
Patrolmen's Association

*Donald L. Murray*
Donald L. Murray
Vice Chairman, Boston Police
Patrolmen's Association

_____
Paul Baker, Treasurer
Boston Police Patrolmen's
Association

*Richard Ingersoll*
Richard Ingersoll
Bargaining Committee

*Frank J. McGee*
Frank J. McGee
Legal Council, Boston Police
Patrolmen's Association

Approved as to Form:

*William Smith*
William Smith
Acting Corporation Counsel