# EXHIBIT C

MEMORANDUM OF AGREEMENT

This Memorandum of Agreement, entered into by and between the City of Boston, hereinafter called the "City," and The Boston Police Patrolmen's Association, Inc., hereinafter called the "Association," is the product of collective bargaining conducted pursuant to Chapter 150E of the Massachusetts General Laws for the purpose of reaching a successor collective bargaining agreement to the Contract as amended between the City and the Association. Except where specifically amended by the provisions of this Memorandum of Agreement, all terms and provisions and conditions of the Agreement, as amended, in effect on June 30, 1984, are to remain in full force and effect, are incorporated into this Memorandum of Agreement and are made a part of this Memorandum of Agreement. Upon execution by the parties and ratification by the bargaining unit represented by the Association, the provisions of this Memorandum of Agreement are effective July 1, 1984, unless specifically stated otherwise.

Amend ARTICLE X, Court Time, to provide that:

Effective January 1, 1987, court time shall be four (4) hours minimum at the overtime rate.

Amend ARTICLE XII, effective January 1, 1986 so that the paid detail rate shall be increased by one dollar per hour ($1.00/hour).

Amend ARTICLE XII, by adding the following new Section (L):

(L) Notwithstanding any other provision of this Agreement to the contrary, for Paid Detail purposes only, Division F shall be deemed to consist of (a) members of the bargaining unit assigned to Division F, (b) members of the bargaining unit assigned to Police Headquarters and (c) members of the bargaining unit assigned to Team Police.

All excess paid detail opportunities from other Areas or Divisions will be forwarded to Division F for distribution. In the event these paid detail opportunities are not filled by Division F, the opportunities will then be forwarded to the Paid Detail Service for distribution.

Amend ARTICLE XVI, by inserting new Section 11A to read as follows:

Section 11A. Effective July 1, 1986, one personal day used pursuant to Article XVI, Section 11, shall not be considered as a sick day used for the purpose of sick leave accumulation or for the purpose of Article XIIIA, §2, retirement redemption.

Amend ARTICLE XVI, by adding Section 18 as follows:

Section 18.    Legislative Agent

> "One (1) Association member designated by the President and Vice President of the Association, as 'Legislative Agent' shall be given time off without loss of compensation or benefits whenever the Great and General Court is in session."

Amend ARTICLE XVI by adding the following new section 19:

Section 19.  Members of the bargaining unit employed by the Boston Police Department subsequent to the execution of this Agreement shall abide by and be subject to the physical standards extablished by the Department of Personnel Administration in document 80-4, known as "Physical Standards for Public Safety Officers," as it may be amended.

- 3 -

Amend Article XVI by adding the following new section 20:

Section 20.  Members of the bargaining unit who have completed at least twenty-one years of active service to the City of Boston on January 1 shall be entitled to five (5) weeks of vacation in the calendar year January 1 to December 31, as determined by Special Order of the Police Commissioner.

Amend ARTICLE XVII by deleting Section 1 and inserting in place thereof the following:

## COMPENSATION

Section 1.

The pay schedule for police officers set forth in Rule 1 of the Police Department Compensation Plan dated January 6, 1965, as amended (hereinafter called "The 1965 Plan") shall be amended to provide the following salary schedules:

SALARY SCHEDULE
EFFECTIVE July 1, 1984 (5%)

|  | 1 | 2 | 3 |
|---|---|---|---|
| Patrolman* | 365.80 | 409.85 | 453.95 |

EFFECTIVE July 1, 1985 (4%)

|  | 1 | 2 | 3 |
|---|---|---|---|
| Patrolman* | 380.43 | 426.24 | 472.11 |

- 4 -

EFFECTIVE July 1, 1986 (5%)

Patrolman*            399.45            447.56            495.71

Amend ARTICLE XVII, Section 2, by inserting the following section 2(a) and designating "HAZARDOUS DUTY COMPENSATION" as section 2(b).

Section 2.

(a) Detective Rating

Upon completion of twelve (12) months of detective-investigative duty, a police officer automatically will be rated as a detective.

Amend ARTICLE XVII, Section 8, Weekend Differential, by deleting section 8, as amended, and inserting in place thereof the following:

Section 8.

In addition to any other regular or premium compensation to which police officers are entitled, all members of the bargaining unit shall receive the following weekend differential to be considered as part of regular weekly compensation and shall be included in base pay for the purposes of computing overtime, court time, sick pay, injured pay, holiday pay, vacation pay, paid lunch time, and night differential and shall be considered regular compensation for pension and retirement to the extent permitted by law.

- 5 -

Effective January 1, 1987, the weekend differential is computed as five and six one-hundredths percent (5.06%) of the base weekly compensation in effect on January 1, 1987, which shall be equivalent to the following weekly amounts:

| | |
|---|---|
| year 1 | 20.21 |
| year 2 | 22.65 |
| year 3 | 25.08 |

Amend ARTICLE XVIII, by deleting Section 1 and 2 and inserting in place thereof:

## DURATION OF AGREEMENT

Section 1.

This Agreement shall be effective as of and, unless otherwise expressly stated, fully retroactive to July 1, 1984, and shall continue in full force and effect until superceded by a new collective bargaining agreement.

Section 2.

Either party shall notify the other of its proposals for an Agreement to become effective on July 1 1987, and the parties shall proceed forthwith to negotiate with respect thereto. Notification by the City shall be accomplished by delivering three copies of its proposals to the President of the

Association. Notification by the Association shall be accomplished by delivery of three copies of its proposals to the City of Boston Office of Labor Relations.

| In the presence of: | CITY OF BOSTON |
|---|---|

*(signature)* Francis M. Roache, Commissioner

*(signature)* Raymond L. Flynn, MAYOR

Dated: 1-15-86

*(signature)* Raymond C. Dooley, Director Administrative Services

*(signature)* M. Kathleen Hennessy, Acting Supervisor of Labor Relations

THE BARGAINING COMMITTEE FOR THE BOSTON POLICE PATROLMEN'S ASSOCIATION, INC.

*(signature)* Robert T. Guiney, President

*(signature)* James B. Cox, Consultant Office of Labor Relations

*(signature)* Donald L. Murray, Vice Pres.

*(signature)* Richard S. Ingersoll, Secy.

Approved as to form:

*(signature)* Joseph J. Brady, Treasurer

*(signature)* Joseph I. Mulligan, Jr., Corporation Counsel

*(signature)* Stephen E. O'Malley, Member

*(signature)* Frank J. McGee, Esq. Legal Counsel, BPPA

- 7 -