IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| FREDERICK WEICHEL,<br><br>Plaintiff,<br><br>v.<br><br>TOWN OF BRAINTREE, *et al.*<br><br>Defendants. | Case No. 20-CV-11456-IT |

**ESTATE OF EDWARD WALSH'S MOTION TO DISMISS AMENDED COMPLAINT PURSUANT TO FED. R. CIV. P. 12(B)(6)**

Now comes the Defendant, the Estate of Edward Walsh (the "Estate"), and hereby respectfully moves this Honorable Court, pursuant to Fed. R. Civ. P. 12(b)(6) to dismiss the First Amended Complaint (ECF No. 93) against the Estate. As grounds, the Estate states that: (1) Plaintiff's claims are time-barred; (2) Plaintiff has failed to sufficiently plead a claim against Edward Walsh ("Officer Walsh"); and (3) two of Plaintiff's claims are barred by the doctrine of qualified immunity.

In further support of this Motion, the Estate respectfully refers the Court to its Memorandum of Law, filed herewith.

WHEREFORE, the Estate respectfully requests that Plaintiff's Complaint be dismissed with prejudice.

| | |
|---|---|
| Date: July 23, 2021 | Respectfully submitted, |
| | Estate of Edward Walsh, |
| | By its attorneys: |
| | HENRY C. LUTHIN<br>Corporation Counsel |
| | */s/ Nieve Anjomi*<br>Nicole M. O'Connor (BBO#675535)<br>Nieve Anjomi (BBO#651212)<br>Senior Assistant Corporation Counsel<br>City of Boston Law Department<br>City Hall, Room 615<br>Boston, MA  02201<br>(617) 635-4034<br>nicole.oconnor@boston.gov<br>nieve.anjomi@boston.gov |

## LOCAL RULE 7.1 CERTIFICATION

I hereby certify that I conferred with Mark Loevy-Reyes pursuant to Local Rule 7.1 in an effort to narrow the issue raised here.

| | |
|---|---|
| July 23, 2021 | */s/ Nieve Anjomi* |
| Date | Nieve Anjomi |

Certificate of Service

I, Nieve Anjomi, hereby certify that on July 23, 2021, a true copy of the above document will be served upon all parties of record via this court's electronic filing system and to those non-registered participants via first class mail.

*/s/ Nieve Anjomi*
Nieve Anjomi