# EXHIBIT A

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO. 20-cv-11456-IT

**FREDERICK WEICHEL**

                **Plaintiff**

v.

**TOWN OF BRAINTREE ET AL.**

                **Defendants.**

### ESTATE OF EDWARD WALSH'S FIRST SET OF INTERROGATORIES TO PLAINTIFF, FREDERICK WEICHEL

Pursuant to Fed. R. Civ. P. 26 and 33, Defendant, Estate of Edward Walsh ("Walsh"), hereby propounds the following interrogatories to Plaintiff Frederick Weichel ("you," "your," or "Plaintiff"). The answers must be based on all information available to the Plaintiff, his attorneys, agents, and representatives, and on all records in the possession, custody, and control of such persons. The Plaintiff is reminded that Fed. R. Civ. P. 26(e) requires him to file supplemental answers promptly upon receipt of information rendering any answers previously filed inaccurate or incomplete.

**Interrogatory No. 1:** Please state your:

a. Full legal name;
b. Your date and place of birth; and
c. Your current residential address.

**Interrogatory No. 2:** Please state the factual basis for your belief in Paragraph 120 of your Amended Complaint that Walsh "fabricated the false reports to Defendant Wilson." Please include in your answer whether you have first-hand knowledge of this information or whether you received this information from another person and/or entity. If the latter, please identify the person and/or entity who provided this information to you and when they provided this information to you.

**Interrogatory No. 3**: Please state the factual basis for your belief in Paragraph 122 of your Amended Complaint that "Defendants Walsh and Derby, suppressed any evidence relating to information from the purported informants." Please include in your answer whether you have first-hand knowledge of this information or whether you received this information from another person and/or entity. If the latter, please identify the person and/or entity who provided this information to you and when they provided this information to you.

**Interrogatory No. 4:** Please state the factual basis for your belief in Paragraphs 220-229 of your Amended Complaint that Walsh maliciously prosecuted you. Please specify in your answer what involvement, specifically, Walsh had in your prosecution. Please include in your answer whether you have first-hand knowledge of this information or whether you received this information from another person and/or entity. If the latter, please identify the person and/or entity who provided this information to you and when they provided this information to you.

**Interrogatory No. 5:** Please state the factual basis for your belief in Paragraphs 230-236 of your Amended Complaint that Walsh conspired to violate your rights. Please specify in your answer exactly what role Walsh had in the conspiracy, and who else was involved in the conspiracy. Please include in your answer whether you have first-hand knowledge of this information or whether you received this information from another person and/or entity. If the latter, please identify the person and/or entity who provided this information to you and when they provided this information to you.

**Interrogatory No. 6:** Please state the basis for your belief in Paragraphs 237-242 of your Amended Complaint that Walsh failed to intervene to prevent violations of your constitutional rights. Please specify in your answer what opportunities presented themselves, in your view, for Walsh to intervene. Please include in your answer whether you have first-hand knowledge of this information or whether you received this information from another person and/or entity. If the latter, please identify the person and/or entity who provided this information to you and when they provided this information to you.

**Interrogatory No. 7:** Please describe in full and complete detail any damages you claim, economic or otherwise, for the events described in your Amended Complaint, and the cause of these damages, and please also specify the dollar amount of any such damages.

**Interrogatory No. 8:** Please list and identify all persons whom you intend to call as an expert witness at trial, stating as to each such expert witness:

   a. the substance of the facts and opinions to which each expert is expected to testify; and
   b. a summary of the grounds for each opinion of each such expert.

**Interrogatory No. 9:** Please describe all schools and educational institutions you ever attended.

**Interrogatory No. 10:** Please provide the name, address, and telephone number of the confidential informant referred to in Paragraphs 120 and 122 of your Amended Complaint.

**Interrogatory No. 11:** If you are alleging that you suffered any physical or mental ailments, injuries, distress, or pains as a result of the allegations set forth in your Amended Complaint, please describe the same fully, stating their nature, extent, and location, and stating the date and time when you first became aware of such ailments, injuries or pains and if they have since resolved, the date when this occurred. Please include in your answer a description of any and all treatment received for physical or metal ailments, injuries, distress or pains resulting from the

allegations set forth in your Amended Complaint, including the names and addresses of any medical professionals or other individuals or entities that provided treatment.

**Interrogatory No. 12:**  Please describe in detail the "ongoing health effects" described in Paragraph 179 of your Complaint.

**Interrogatory No. 13:**  Please list names, home addresses, business addresses and relationship to Plaintiff for all witnesses and/or persons having knowledge of the alleged facts set forth in your Amended Complaint, including a summary of each witness's and/or person's involvement and/or knowledge of the facts alleged in the Amended Complaint.

**Interrogatory No. 14:**  Please indicate whether Plaintiff has ever been a plaintiff or defendant in any other civil lawsuits and, if so, indicate the state, county, case name, and docket number of any such other lawsuits.

**Interrogatory No. 15:**   Other than the criminal conviction described in your Amended Complaint, please state whether you have ever been arrested or convicted of a crime.  For each such arrest or conviction, identify:

a) the crime for which you were charged or convicted;
b) the state in which you were charged;
c) the court in which you were charged or convicted; and
d) the disposition of the charge, including without limitation whether you were sentenced, placed on probation, or fined.

**Interrogatory No. 16:**  Please describe your employment history since high school.  Please include in your answer the name, address, and telephone number of each employer.

Date:   November 2, 2021                                        Respectfully submitted:

**ESTATE OF EDWARD WALSH**

By its attorneys:

*/s/ Nicole M. O'Connor*
Nicole M. O'Connor (BBO#675535)
Nieve Anjomi (BBO#651212)
Senior Assistants Corporation Counsel
City of Boston Law Department
City Hall, Room 615
Boston, MA 02201
(617) 635-4039 (O'Connor)
(617) 635-4031 (Anjomi)
Nicole.OConnor@boston.gov
Nieve.Anjomi@boston.gov

## **CERTIFICATE OF SERVICE**

    I, Nicole M. O'Connor, hereby certify that I served a true copy of the above document all parties of record via email.

                                        */s/ Nicole M. O'Connor*
                                        Nicole M. O'Connor

Date:  November 2, 2021