**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

**CIVIL ACTION NO. 20-cv-11456-IT**

---

**FREDERICK WEICHEL**

**Plaintiff**

**v.**

**TOWN OF BRAINTREE ET AL.**

**Defendants**

---

**ESTATE OF EDWARD WALSH'S ANSWER, AFFIRMATIVE DEFENSES,**
**AND DEMAND FOR JURY TRIAL**

---

The Estate of Edward Walsh ("Estate of Walsh ") hereby answers the Amended Complaint (ECF No. 93) (the "Complaint") as follows:

## <u>INTRODUCTION</u>

1.   Estate of Walsh  is without knowledge or information sufficient to form a belief as to the truth of the allegations in this paragraph of the Complaint.

2.   Estate of Walsh  is without knowledge or information sufficient to form a belief as to the truth of the allegations in this paragraph of the Complaint.

3.   Estate of Walsh  is without knowledge or information sufficient to form a belief as to the truth of the allegations in this paragraph of the Complaint.

4.   Estate of Walsh  is without knowledge or information sufficient to form a belief as to the truth of the allegations in this paragraph of the Complaint.

5.   Estate of Walsh  is without knowledge or information sufficient to form a belief as to the truth of the allegations in this paragraph of the Complaint.

6.   Estate of Walsh  is without knowledge or information sufficient to form a belief as to the truth of the allegations in this paragraph of the Complaint.

7.    Estate of Walsh  is without knowledge or information sufficient to form a belief as to the truth of the allegations in this paragraph of the Complaint.

8.    Denied as the Estate of Walsh.  Estate of Walsh  is without knowledge or information sufficient to form a belief as to the truth of the remaining allegations in this paragraph of the Complaint.

9.    Estate of Walsh  is without knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph nine of the Complaint.

10.    Denied as the Estate of Walsh.  Estate of Walsh  is without knowledge or information sufficient to form a belief as to the truth of the remaining allegations in the paragraph of the Complaint.

11.    Denied as the Estate of Walsh.  Estate of Walsh  is without knowledge or information sufficient to form a belief as to the truth of the remaining allegations in this paragraph of the Complaint.

12.    Estate of Walsh  is without knowledge or information sufficient to form a belief as to the truth of the allegations in this paragraph of the Complaint.

13.    Estate of Walsh  is without knowledge or information sufficient to form a belief as to the truth of the allegations in this paragraph of the Complaint.

14.    Denied as the Estate of Walsh.  Estate of Walsh  is without knowledge or information sufficient to form a belief as to the truth of the remaining allegations in this paragraph of the Complaint.

15.    Denied as the Estate of Walsh.  Estate of Walsh  is without knowledge or information sufficient to form a belief as to the truth of the remaining allegations in this paragraph of the Complaint.

16.    Estate of Walsh  is without knowledge or information sufficient to form a belief as to the truth of the allegations in this paragraph of the Complaint.

17.    Estate of Walsh  is without knowledge or information sufficient to form a belief as to the truth of the allegations in this paragraph of the Complaint.

18.    Denied as the Estate of Walsh.  Estate of Walsh  is without knowledge or information sufficient to form a belief as to the truth of the remaining allegations in this paragraph of the Complaint.

19.    Denied as the Estate of Walsh.  Estate of Walsh  is without knowledge or information sufficient to form a belief as to the truth of the remaining allegations in this paragraph of the Complaint.

20.    Denied as the Estate of Walsh.  Estate of Walsh  is without knowledge or information sufficient to form a belief as to the truth of the remaining allegations in this paragraph of the Complaint.

21.    Estate of Walsh  is without knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph twenty-one of the Complaint.

22.    Denied as the Estate of Walsh.  Estate of Walsh  is without knowledge or information sufficient to form a belief as to the truth of the remaining allegations in this paragraph of the Complaint.

23.    Denied as the Estate of Walsh.  Estate of Walsh  is without knowledge or information sufficient to form a belief as to the truth of the remaining allegations in this paragraph of the Complaint.

24.    Estate of Walsh  is without knowledge or information sufficient to form a belief as to the truth of the allegations in this paragraph of the Complaint.

25.    Estate of Walsh  is without knowledge or information sufficient to form a belief as to the truth of the allegations in this paragraph of the Complaint.

26.    Estate of Walsh  is without knowledge or information sufficient to form a belief as to the truth of the allegations in this paragraph of the Complaint.

27.    Estate of Walsh  is without knowledge or information sufficient to form a belief as to the truth of the allegations in this paragraph of the Complaint.

28.    Denied as the Estate of Walsh.  Estate of Walsh  is without knowledge or information sufficient to form a belief as to the truth of the remaining allegations in this paragraph of the Complaint.

## <u>JURISDICTION</u>

29.    This paragraph consists of conclusions of law to which no response is required. To the extent a response is required, Estate of Walsh  is without knowledge or information sufficient to form a belief as to the truth of the remaining allegations in the paragraph of the Complaint.

30.    This paragraph consists of conclusions of law to which no response is required. To the extent a response is required, Estate of Walsh  is without knowledge or

information sufficient to form a belief as to the truth of the remaining allegations in this paragraph of the Complaint.

31.   This paragraph consists of conclusions of law to which no response is required. To the extent a response is required, Estate of Walsh  is without knowledge or information sufficient to form a belief as to the truth of the remaining allegations in this paragraph of the Complaint.

## PARTIES

32.   Estate of Walsh  is without knowledge or information sufficient to form a belief as to the truth of the allegations in this paragraph of the Complaint.

33.   Denied as the Estate of Walsh  was a Boston Police Department police officer at the time of the events giving rise to this matter.  Estate of Walsh  adds that it is the estate of Edward Walsh.  Estate of Walsh  admits that Mr. Walsh was a Boston police pfficer for some of the time period referenced in the Complaint. Estate of Walsh  is without knowledge or information sufficient to form a belief as to the truth of the remaining allegations in this paragraph of the Complaint.

34.   Estate of Walsh  is without knowledge or information sufficient to form a belief as to the truth of the allegations in this paragraph of the Complaint.

35.   Estate of Walsh  is without knowledge or information sufficient to form a belief as to the truth of the allegations in this paragraph of the Complaint.

36.   Estate of Walsh  is without knowledge or information sufficient to form a belief as to the truth of the allegations in this paragraph of the Complaint.

37.   Estate of Walsh  is without knowledge or information sufficient to form a belief as to the truth of the allegations in this paragraph of the Complaint.

## FACTS

38.   Estate of Walsh  is without knowledge or information sufficient to form a belief as to the truth of the allegations in this paragraph of the Complaint.

39.   Estate of Walsh  is without knowledge or information sufficient to form a belief as to the truth of the allegations in this paragraph of the Complaint.

40.   Estate of Walsh  is without knowledge or information sufficient to form a belief as to the truth of the allegations in this paragraph of the Complaint.

41.    Estate of Walsh  is without knowledge or information sufficient to form a belief as to the truth of the allegations in this paragraph of the Complaint.

42.    Estate of Walsh  is without knowledge or information sufficient to form a belief as to the truth of the allegations in this paragraph of the Complaint.

43.    Estate of Walsh  is without knowledge or information sufficient to form a belief as to the truth of the allegations in this paragraph of the Complaint.

44.    Estate of Walsh  is without knowledge or information sufficient to form a belief as to the truth of the allegations in this paragraph of the Complaint.

45.    Estate of Walsh  is without knowledge or information sufficient to form a belief as to the truth of the allegations in this paragraph of the Complaint.

46.    Estate of Walsh  is without knowledge or information sufficient to form a belief as to the truth of the allegations in this paragraph of the Complaint.

47.    Admitted that the Estate of Walsh did not identify a witness.  Estate of Walsh is without knowledge or information sufficient to form a belief as to the truth of the remaining allegations in this paragraph of the Complaint.

48.    Estate of Walsh  is without knowledge or information sufficient to form a belief as to the truth of the allegations in this paragraph of the Complaint.

49.    Estate of Walsh  is without knowledge or information sufficient to form a belief as to the truth of the allegations in this paragraph of the Complaint.

50.    Estate of Walsh  is without knowledge or information sufficient to form a belief as to the truth of the allegations in this paragraph of the Complaint.

51.    Estate of Walsh  is without knowledge or information sufficient to form a belief as to the truth of the allegations in this paragraph of the Complaint.

52.    Estate of Walsh  is without knowledge or information sufficient to form a belief as to the truth of the allegations in this paragraph of the Complaint.

53.    Estate of Walsh  is without knowledge or information sufficient to form a belief as to the truth of the allegations in this paragraph of the Complaint.

54. Estate of Walsh  is without knowledge or information sufficient to form a belief as to the truth of the allegations in this paragraph of the Complaint.

55. Estate of Walsh  is without knowledge or information sufficient to form a belief as to the truth of the allegations in this paragraph of the Complaint.

56. Estate of Walsh  is without knowledge or information sufficient to form a belief as to the truth of the allegations in this paragraph of the Complaint.

57. Estate of Walsh  is without knowledge or information sufficient to form a belief as to the truth of the allegations in this paragraph of the Complaint.

58. Estate of Walsh  is without knowledge or information sufficient to form a belief as to the truth of the allegations in this paragraph of the Complaint.

59. Estate of Walsh  is without knowledge or information sufficient to form a belief as to the truth of the allegations in this paragraph of the Complaint.

60. Estate of Walsh  is without knowledge or information sufficient to form a belief as to the truth of the allegations in this paragraph of the Complaint.

61. Estate of Walsh  is without knowledge or information sufficient to form a belief as to the truth of the allegations in this paragraph of the Complaint.

62. Estate of Walsh  is without knowledge or information sufficient to form a belief as to the truth of the allegations in this paragraph of the Complaint.

63. Estate of Walsh  is without knowledge or information sufficient to form a belief as to the truth of the allegations in this paragraph of the Complaint.

64. Estate of Walsh  is without knowledge or information sufficient to form a belief as to the truth of the allegations in this paragraph of the Complaint.

65. Estate of Walsh  is without knowledge or information sufficient to form a belief as to the truth of the allegations in this paragraph of the Complaint.

66. Estate of Walsh  is without knowledge or information sufficient to form a belief as to the truth of the allegations in this paragraph of the Complaint.

67. Denied as to Estate of Walsh.  Estate of Walsh  is without knowledge or information sufficient to form a belief as to the truth of the remaining allegations in this paragraph of the Complaint.

68. Estate of Walsh is without knowledge or information sufficient to form a belief as to the truth of the allegations in this paragraph of the Complaint.

69. Estate of Walsh is without knowledge or information sufficient to form a belief as to the truth of the allegations in this paragraph of the Complaint.

70. Estate of Walsh is without knowledge or information sufficient to form a belief as to the truth of the allegations in this paragraph of the Complaint.

71. Estate of Walsh is without knowledge or information sufficient to form a belief as to the truth of the allegations in this paragraph of the Complaint.

72. Estate of Walsh is without knowledge or information sufficient to form a belief as to the truth of the allegations in this paragraph of the Complaint.

73. Estate of Walsh is without knowledge or information sufficient to form a belief as to the truth of the allegations in this paragraph of the Complaint.

74. Estate of Walsh is without knowledge or information sufficient to form a belief as to the truth of the allegations in this paragraph of the Complaint.

75. Estate of Walsh is without knowledge or information sufficient to form a belief as to the truth of the allegations in this paragraph of the Complaint.

76. Denied as to Estate of Walsh. Estate of Walsh is without knowledge or information sufficient to form a belief as to the truth of the remaining allegations in this paragraph of the Complaint.

77. Estate of Walsh is without knowledge or information sufficient to form a belief as to the truth of the allegations in this paragraph of the Complaint.

78. Estate of Walsh is without knowledge or information sufficient to form a belief as to the truth of the allegations in this paragraph of the Complaint.

79. Estate of Walsh is without knowledge or information sufficient to form a belief as to the truth of the allegations in this paragraph of the Complaint.

80. Estate of Walsh is without knowledge or information sufficient to form a belief as to the truth of the allegations in this paragraph of the Complaint.

81.    Denied as to Estate of Walsh.  Estate of Walsh  is without knowledge or information sufficient to form a belief as to the truth of the remaining allegations in this paragraph of the Complaint.

82.    Estate of Walsh  is without knowledge or information sufficient to form a belief as to the truth of the allegations in this paragraph of the Complaint.

83.    Denied as to Estate of Walsh.  Estate of Walsh  is without knowledge or information sufficient to form a belief as to the truth of the remaining allegations in this paragraph of the Complaint.

84.    Estate of Walsh  is without knowledge or information sufficient to form a belief as to the truth of the allegations in this paragraph of the Complaint.

85.    Estate of Walsh  is without knowledge or information sufficient to form a belief as to the truth of the allegations in this paragraph of the Complaint.

86.    Estate of Walsh  is without knowledge or information sufficient to form a belief as to the truth of the allegations in this paragraph of the Complaint.

87.    Estate of Walsh  is without knowledge or information sufficient to form a belief as to the truth of the allegations in this paragraph of the Complaint.

88.    Denied as to Estate of Walsh.  Estate of Walsh  is without knowledge or information sufficient to form a belief as to the truth of the remaining allegations in this paragraph of the Complaint.

89.    Denied as to Estate of Walsh.  Estate of Walsh  is without knowledge or information sufficient to form a belief as to the truth of the remaining allegations in this paragraph of the Complaint.

90.    Denied as to Estate of Walsh.  Estate of Walsh  is without knowledge or information sufficient to form a belief as to the truth of the remaining allegations in this paragraph of the Complaint.

91.    Denied as to Estate of Walsh.  Estate of Walsh  is without knowledge or information sufficient to form a belief as to the truth of the remaining allegations in this paragraph of the Complaint.

92.    Estate of Walsh  is without knowledge or information sufficient to form a belief as to the truth of the allegations in this paragraph of the Complaint.

93. Admitted that Estate of Walsh does not have any photo array.  Estate of Walsh is without knowledge or information sufficient to form a belief as to the truth of the remaining allegations in this paragraph of the Complaint.

94. Estate of Walsh  is without knowledge or information sufficient to form a belief as to the truth of the allegations in this paragraph of the Complaint.

95. Estate of Walsh  is without knowledge or information sufficient to form a belief as to the truth of the allegations in this paragraph of the Complaint.

96. Estate of Walsh  is without knowledge or information sufficient to form a belief as to the truth of the allegations in this paragraph of the Complaint.

97. Estate of Walsh  is without knowledge or information sufficient to form a belief as to the truth of the allegations in this paragraph of the Complaint.

98. Estate of Walsh  is without knowledge or information sufficient to form a belief as to the truth of the allegations in this paragraph of the Complaint.

99. Denied as to Estate of Walsh.  Estate of Walsh  is without knowledge or information sufficient to form a belief as to the truth of the remaining allegations in this paragraph of the Complaint.

100. Denied as to Estate of Walsh.  Estate of Walsh  is without knowledge or information sufficient to form a belief as to the truth of the remaining allegations in this paragraph of the Complaint.

101. Denied as to Estate of Walsh.  Estate of Walsh  is without knowledge or information sufficient to form a belief as to the truth of the remaining allegations in this paragraph of the Complaint.

102. Estate of Walsh  is without knowledge or information sufficient to form a belief as to the truth of the allegations in this paragraph of the Complaint.

103. Estate of Walsh  is without knowledge or information sufficient to form a belief as to the truth of the allegations in this paragraph of the Complaint.

104. Estate of Walsh  is without knowledge or information sufficient to form a belief as to the truth of the allegations in this paragraph of the Complaint.

105. Denied as to Estate of Walsh.  Estate of Walsh  is without knowledge or information sufficient to form a belief as to the truth of the remaining allegations in this paragraph of the Complaint.

106.    Estate of Walsh  is without knowledge or information sufficient to form a belief as to the truth of the allegations in this paragraph of the Complaint.

107.    Estate of Walsh  is without knowledge or information sufficient to form a belief as to the truth of the allegations in this paragraph of the Complaint.

108.    Denied as to Estate of Walsh.  Estate of Walsh  is without knowledge or information sufficient to form a belief as to the truth of the remaining allegations in this paragraph of the Complaint.

109.    Estate of Walsh  is without knowledge or information sufficient to form a belief as to the truth of the allegations in this paragraph of the Complaint.

110.    Estate of Walsh  is without knowledge or information sufficient to form a belief as to the truth of the allegations in this paragraph of the Complaint.

111.    Estate of Walsh  is without knowledge or information sufficient to form a belief as to the truth of the allegations in this paragraph of the Complaint.

112.    Denied as to Estate of Walsh.  Estate of Walsh  is without knowledge or information sufficient to form a belief as to the truth of the remaining allegations in this paragraph of the Complaint.

113.    Estate of Walsh  is without knowledge or information sufficient to form a belief as to the truth of the allegations in this paragraph of the Complaint.

114.    Denied as to Estate of Walsh.  Estate of Walsh  is without knowledge or information sufficient to form a belief as to the truth of the remaining allegations in this paragraph of the Complaint.

115.    Denied as to Estate of Walsh.  Estate of Walsh  is without knowledge or information sufficient to form a belief as to the truth of the remaining allegations in this paragraph of the Complaint.

116.    Denied as to Estate of Walsh.  Estate of Walsh  is without knowledge or information sufficient to form a belief as to the truth of the remaining allegations in this paragraph of the Complaint.

117.    Denied as to Estate of Walsh.  Estate of Walsh  is without knowledge or information sufficient to form a belief as to the truth of the remaining allegations in this paragraph of the Complaint.

118.   Denied as to Estate of Walsh.  Estate of Walsh  is without knowledge or information sufficient to form a belief as to the truth of the remaining allegations in this paragraph of the Complaint.

119.   Denied as to Estate of Walsh.  Estate of Walsh  is without knowledge or information sufficient to form a belief as to the truth of the remaining allegations in this paragraph of the Complaint.

120.   Denied as to Estate of Walsh.  Estate of Walsh  is without knowledge or information sufficient to form a belief as to the truth of the remaining allegations in this paragraph of the Complaint.

121.   Denied as to Estate of Walsh.  Estate of Walsh  is without knowledge or information sufficient to form a belief as to the truth of the remaining allegations in this paragraph of the Complaint.

122.   Denied as to Estate of Walsh.  Estate of Walsh  is without knowledge or information sufficient to form a belief as to the truth of the remaining allegations in this paragraph of the Complaint.

123.   Denied as to Estate of Walsh.  Estate of Walsh  is without knowledge or information sufficient to form a belief as to the truth of the remaining allegations in this paragraph of the Complaint.

124.   Denied as to Estate of Walsh.  Estate of Walsh  is without knowledge or information sufficient to form a belief as to the truth of the remaining allegations in this paragraph of the Complaint.

125.   Denied as to Estate of Walsh.  Estate of Walsh  is without knowledge or information sufficient to form a belief as to the truth of the remaining allegations in this paragraph of the Complaint.

126.   Denied as to Estate of Walsh.  Estate of Walsh  is without knowledge or information sufficient to form a belief as to the truth of the remaining allegations in this paragraph of the Complaint.

127.   Denied as to Estate of Walsh.  Estate of Walsh  is without knowledge or information sufficient to form a belief as to the truth of the remaining allegations in this paragraph of the Complaint.

128.   Denied as to Estate of Walsh.  Estate of Walsh  is without knowledge or information sufficient to form a belief as to the truth of the remaining allegations in this paragraph of the Complaint.

129.   Denied as to Estate of Walsh.  Estate of Walsh  is without knowledge or information sufficient to form a belief as to the truth of the remaining allegations in this paragraph of the Complaint.

130.   Estate of Walsh  is without knowledge or information sufficient to form a belief as to the truth of the allegations in this paragraph of the Complaint.

131.   Denied as to Estate of Walsh.  Estate of Walsh  is without knowledge or information sufficient to form a belief as to the truth of the remaining allegations in this paragraph of the Complaint.

132.   Estate of Walsh  is without knowledge or information sufficient to form a belief as to the truth of the allegations in this paragraph of the Complaint.

133.   Denied as to Estate of Walsh.  Estate of Walsh  is without knowledge or information sufficient to form a belief as to the truth of the remaining allegations in this paragraph of the Complaint.

134.   Estate of Walsh  is without knowledge or information sufficient to form a belief as to the truth of the allegations in this paragraph of the Complaint.

135.   Estate of Walsh  is without knowledge or information sufficient to form a belief as to the truth of the allegations in this paragraph of the Complaint.

136.   Estate of Walsh  is without knowledge or information sufficient to form a belief as to the truth of the allegations in this paragraph of the Complaint.

137.   Estate of Walsh  is without knowledge or information sufficient to form a belief as to the truth of the allegations in this paragraph of the Complaint.

138.   Estate of Walsh  is without knowledge or information sufficient to form a belief as to the truth of the allegations in this paragraph of the Complaint.

139.   Denied as to Estate of Walsh.  Estate of Walsh  is without knowledge or information sufficient to form a belief as to the truth of the remaining allegations in this paragraph of the Complaint.

140.   Denied as to Estate of Walsh.  Estate of Walsh  is without knowledge or information sufficient to form a belief as to the truth of the remaining allegations in this paragraph of the Complaint.

141.   Estate of Walsh  is without knowledge or information sufficient to form a belief as to the truth of the allegations in this paragraph of the Complaint.

142.   Estate of Walsh  is without knowledge or information sufficient to form a belief as to the truth of the allegations in this paragraph of the Complaint.

143.   Estate of Walsh  is without knowledge or information sufficient to form a belief as to the truth of the allegations in this paragraph of the Complaint.

144.   Estate of Walsh  is without knowledge or information sufficient to form a belief as to the truth of the allegations in this paragraph of the Complaint.

145.   Estate of Walsh  is without knowledge or information sufficient to form a belief as to the truth of the allegations in this paragraph of the Complaint.

146.   Estate of Walsh  is without knowledge or information sufficient to form a belief as to the truth of the allegations in this paragraph of the Complaint.

147.   Estate of Walsh  is without knowledge or information sufficient to form a belief as to the truth of the allegations in this paragraph of the Complaint.

148.   Estate of Walsh  is without knowledge or information sufficient to form a belief as to the truth of the allegations in this paragraph of the Complaint.

149.   Estate of Walsh  is without knowledge or information sufficient to form a belief as to the truth of the allegations in this paragraph of the Complaint.

150.   Estate of Walsh  is without knowledge or information sufficient to form a belief as to the truth of the allegations in this paragraph of the Complaint.

151.   Estate of Walsh  is without knowledge or information sufficient to form a belief as to the truth of the allegations in this paragraph of the Complaint.

152.   Estate of Walsh  is without knowledge or information sufficient to form a belief as to the truth of the allegations in this paragraph of the Complaint.

153.   Estate of Walsh  is without knowledge or information sufficient to form a belief as to the truth of the allegations in this paragraph of the Complaint.

154.   Denied as to Estate of Walsh.  Estate of Walsh  is without knowledge or information sufficient to form a belief as to the truth of the remaining allegations in this paragraph of the Complaint.

155.   Denied as to Estate of Walsh.  Estate of Walsh  is without knowledge or information sufficient to form a belief as to the truth of the remaining allegations in this paragraph of the Complaint.

156.   Denied as to Estate of Walsh.  Estate of Walsh  is without knowledge or information sufficient to form a belief as to the truth of the remaining allegations in this paragraph of the Complaint.

157.   Denied as to Estate of Walsh.  Estate of Walsh  is without knowledge or information sufficient to form a belief as to the truth of the remaining allegations in this paragraph of the Complaint.

158.   Denied as to Estate of Walsh.  Estate of Walsh  is without knowledge or information sufficient to form a belief as to the truth of the remaining allegations in this paragraph of the Complaint.

159.   Estate of Walsh  is without knowledge or information sufficient to form a belief as to the truth of the allegations in this paragraph of the Complaint.

160.   Denied as to Estate of Walsh.  Estate of Walsh  is without knowledge or information sufficient to form a belief as to the truth of the remaining allegations in this paragraph of the Complaint.

161.   Estate of Walsh  is without knowledge or information sufficient to form a belief as to the truth of the allegations in this paragraph of the Complaint.

162.   Estate of Walsh  is without knowledge or information sufficient to form a belief as to the truth of the allegations in this paragraph of the Complaint.

163.   Estate of Walsh  is without knowledge or information sufficient to form a belief as to the truth of the allegations in this paragraph of the Complaint.

164.   Estate of Walsh  is without knowledge or information sufficient to form a belief as to the truth of the allegations in this paragraph of the Complaint.

165.   Estate of Walsh  is without knowledge or information sufficient to form a belief as to the truth of the allegations in this paragraph of the Complaint.

166.   Estate of Walsh  is without knowledge or information sufficient to form a belief as to the truth of the allegations in this paragraph of the Complaint.

167. Denied as to Estate of Walsh.  Estate of Walsh  is without knowledge or information sufficient to form a belief as to the truth of the remaining allegations in this paragraph of the Complaint.

168. Denied as to Estate of Walsh.  Estate of Walsh  is without knowledge or information sufficient to form a belief as to the truth of the remaining allegations in this paragraph of the Complaint.

169. Estate of Walsh  is without knowledge or information sufficient to form a belief as to the truth of the allegations in this paragraph of the Complaint.

170. Estate of Walsh  is without knowledge or information sufficient to form a belief as to the truth of the allegations in this paragraph of the Complaint.

171. Estate of Walsh  is without knowledge or information sufficient to form a belief as to the truth of the allegations in this paragraph of the Complaint.

172. Estate of Walsh  is without knowledge or information sufficient to form a belief as to the truth of the allegations in this paragraph of the Complaint.

173. Denied as to Estate of Walsh.  Estate of Walsh  is without knowledge or information sufficient to form a belief as to the truth of the remaining allegations in this paragraph of the Complaint.

174. Estate of Walsh  is without knowledge or information sufficient to form a belief as to the truth of the allegations in this paragraph of the Complaint.

175. Estate of Walsh  is without knowledge or information sufficient to form a belief as to the truth of the allegations in this paragraph of the Complaint.

176. Estate of Walsh  is without knowledge or information sufficient to form a belief as to the truth of the allegations in this paragraph of the Complaint.

177. Estate of Walsh  is without knowledge or information sufficient to form a belief as to the truth of the allegations in this paragraph of the Complaint.

178. Estate of Walsh  is without knowledge or information sufficient to form a belief as to the truth of the allegations in this paragraph of the Complaint.

179. Denied as to Estate of Walsh.  Estate of Walsh  is without knowledge or information sufficient to form a belief as to the truth of the remaining allegations in this paragraph of the Complaint.

180. Estate of Walsh  is without knowledge or information sufficient to form a belief as to the truth of the allegations in this paragraph of the Complaint.

181. Estate of Walsh  is without knowledge or information sufficient to form a belief as to the truth of the allegations in this paragraph of the Complaint.

182. Estate of Walsh  is without knowledge or information sufficient to form a belief as to the truth of the allegations in this paragraph of the Complaint.

183. Estate of Walsh  is without knowledge or information sufficient to form a belief as to the truth of the allegations in this paragraph of the Complaint.

184. Estate of Walsh incorporates each paragraph of this Answer as if fully stated here.

185. Denied as to Estate of Walsh.  Estate of Walsh  is without knowledge or information sufficient to form a belief as to the truth of the remaining allegations in this paragraph of the Complaint.

186. Denied as to Estate of Walsh.  Estate of Walsh  is without knowledge or information sufficient to form a belief as to the truth of the remaining allegations in this paragraph of the Complaint.

187. Denied as to Estate of Walsh.  Estate of Walsh  is without knowledge or information sufficient to form a belief as to the truth of the remaining allegations in this paragraph of the Complaint.

188. Denied as to Estate of Walsh.  Estate of Walsh  is without knowledge or information sufficient to form a belief as to the truth of the remaining allegations in this paragraph of the Complaint.

189. Denied as to Estate of Walsh.  Estate of Walsh  is without knowledge or information sufficient to form a belief as to the truth of the remaining allegations in this paragraph of the Complaint.

190. Denied as to Estate of Walsh.  Estate of Walsh  is without knowledge or information sufficient to form a belief as to the truth of the remaining allegations in this paragraph of the Complaint.

191.   Denied as to Estate of Walsh.  Estate of Walsh  is without knowledge or information sufficient to form a belief as to the truth of the remaining allegations in this paragraph of the Complaint.

192.   Denied as to Estate of Walsh.  Estate of Walsh  is without knowledge or information sufficient to form a belief as to the truth of the remaining allegations in this paragraph of the Complaint.

193.   Estate of Walsh  is without knowledge or information sufficient to form a belief as to the truth of the allegations in this paragraph of the Complaint.

194.   Denied as to Estate of Walsh.  Estate of Walsh  is without knowledge or information sufficient to form a belief as to the truth of the remaining allegations in this paragraph of the Complaint.

195.   Estate of Walsh  is without knowledge or information sufficient to form a belief as to the truth of the allegations in this paragraph of the Complaint.

196.   Estate of Walsh  is without knowledge or information sufficient to form a belief as to the truth of the allegations in this paragraph of the Complaint.

197.   Estate of Walsh  is without knowledge or information sufficient to form a belief as to the truth of the allegations in this paragraph of the Complaint.

198.   Estate of Walsh  is without knowledge or information sufficient to form a belief as to the truth of the allegations in this paragraph of the Complaint.

199.   Denied as to Estate of Walsh.  Estate of Walsh  is without knowledge or information sufficient to form a belief as to the truth of the remaining allegations in this paragraph of the Complaint.

200.   Estate of Walsh  is without knowledge or information sufficient to form a belief as to the truth of the allegations in this paragraph of the Complaint.

201.   Estate of Walsh  is without knowledge or information sufficient to form a belief as to the truth of the allegations in this paragraph of the Complaint.

202.   Estate of Walsh  is without knowledge or information sufficient to form a belief as to the truth of the allegations in this paragraph of the Complaint.

203.   Estate of Walsh  is without knowledge or information sufficient to form a belief as to the truth of the allegations in this paragraph of the Complaint.

204.   Estate of Walsh  is without knowledge or information sufficient to form a belief as to the truth of the allegations in this paragraph of the Complaint.

205.   Estate of Walsh  is without knowledge or information sufficient to form a belief as to the truth of the allegations in this paragraph of the Complaint.

206.   Estate of Walsh  is without knowledge or information sufficient to form a belief as to the truth of the allegations in this paragraph of the Complaint.

207.   Estate of Walsh  is without knowledge or information sufficient to form a belief as to the truth of the allegations in this paragraph of the Complaint.

208.   Estate of Walsh  is without knowledge or information sufficient to form a belief as to the truth of the allegations in this paragraph of the Complaint.

209.   Estate of Walsh  is without knowledge or information sufficient to form a belief as to the truth of the allegations in this paragraph of the Complaint.

210.   Estate of Walsh  is without knowledge or information sufficient to form a belief as to the truth of the allegations in this paragraph of the Complaint.

211.   Estate of Walsh  is without knowledge or information sufficient to form a belief as to the truth of the allegations in this paragraph of the Complaint.

212.   Estate of Walsh  is without knowledge or information sufficient to form a belief as to the truth of the allegations in this paragraph of the Complaint.

213.   Estate of Walsh  is without knowledge or information sufficient to form a belief as to the truth of the allegations in this paragraph of the Complaint.

214.   Estate of Walsh  is without knowledge or information sufficient to form a belief as to the truth of the allegations in this paragraph of the Complaint.

215.   Estate of Walsh  is without knowledge or information sufficient to form a belief as to the truth of the allegations in this paragraph of the Complaint.

216.   Estate of Walsh  is without knowledge or information sufficient to form a belief as to the truth of the allegations in this paragraph of the Complaint.

217.   Estate of Walsh  is without knowledge or information sufficient to form a belief as to the truth of the allegations in this paragraph of the Complaint.

218.   Estate of Walsh  is without knowledge or information sufficient to form a belief as to the truth of the allegations in this paragraph of the Complaint.

219. Denied as to Estate of Walsh.  Estate of Walsh  is without knowledge or information sufficient to form a belief as to the truth of the remaining allegations in this paragraph of the Complaint.

220. The Estate of Walsh incorporates each paragraph of this Answer as if fully stated here.

221. Denied as to Estate of Walsh.  Estate of Walsh  is without knowledge or information sufficient to form a belief as to the truth of the remaining allegations in this paragraph of the Complaint.

222. Denied as to Estate of Walsh.  Estate of Walsh  is without knowledge or information sufficient to form a belief as to the truth of the remaining allegations in this paragraph of the Complaint.

223. Estate of Walsh  is without knowledge or information sufficient to form a belief as to the truth of the allegations in this paragraph of the Complaint.

224. Denied as to Estate of Walsh.  Estate of Walsh  is without knowledge or information sufficient to form a belief as to the truth of the remaining allegations in this paragraph of the Complaint.

225. Denied as to Estate of Walsh.  Estate of Walsh  is without knowledge or information sufficient to form a belief as to the truth of the remaining allegations in this paragraph of the Complaint.

226. Estate of Walsh  is without knowledge or information sufficient to form a belief as to the truth of the allegations in this paragraph of the Complaint.

227. Denied as to Estate of Walsh.  Estate of Walsh  is without knowledge or information sufficient to form a belief as to the truth of the remaining allegations in this paragraph of the Complaint.

228. Estate of Walsh  is without knowledge or information sufficient to form a belief as to the truth of the allegations in this paragraph of the Complaint.

229. Denied as to Estate of Walsh.  Estate of Walsh  is without knowledge or information sufficient to form a belief as to the truth of the remaining allegations in this paragraph of the Complaint.

230. Estate of Walsh incorporates each paragraph of this Answer as if fully restated here.

231. Denied as to Estate of Walsh.  Estate of Walsh  is without knowledge or information sufficient to form a belief as to the truth of the remaining allegations in this paragraph of the Complaint.

232. Denied as to Estate of Walsh.  Estate of Walsh  is without knowledge or information sufficient to form a belief as to the truth of the remaining allegations in this paragraph of the Complaint.

233.  Denied as to Estate of Walsh.  Estate of Walsh  is without knowledge or information sufficient to form a belief as to the truth of the remaining allegations in this paragraph of the Complaint.

234. Estate of Walsh  is without knowledge or information sufficient to form a belief as to the truth of the allegations in this paragraph of the Complaint.

235. Denied as to Estate of Walsh.  Estate of Walsh  is without knowledge or information sufficient to form a belief as to the truth of the remaining allegations in this paragraph of the Complaint.

236. Denied as to Estate of Walsh.  Estate of Walsh  is without knowledge or information sufficient to form a belief as to the truth of the remaining allegations in this paragraph of the Complaint.

237. Estate of Walsh incorporates each paragraph of this Answer as if fully restated here.

238. This count as dismissed as to Estate of Walsh and therefore, no answer is required.  To the extent a response is required, this paragraph is denied as to Estate of Walsh.  Estate of Walsh  is without knowledge or information sufficient to form a belief as to the truth of the remaining allegations in this paragraph of the Complaint.

239. This count as dismissed as to Estate of Walsh and therefore, no answer is required.  To the extent a response is required, this paragraph is denied as to Estate of Walsh.  Estate of Walsh  is without knowledge or information sufficient to form a belief as to the truth of the remaining allegations in this paragraph of the Complaint.

240. This count as dismissed as to Estate of Walsh and therefore, no answer is required.  To the extent a response is required, this paragraph is denied as to Estate of Walsh.  Estate of Walsh  is without knowledge or information sufficient to form a belief as to the truth of the remaining allegations in this paragraph of the Complaint.

241. This count as dismissed as to Estate of Walsh and therefore, no answer is required.  To the extent a response is required, this paragraph is denied as to Estate of Walsh.  Estate of Walsh  is without knowledge or information sufficient to form a belief as to the truth of the remaining allegations in this paragraph of the Complaint.

242. This count as dismissed as to Estate of Walsh and therefore, no answer is required.  To the extent a response is required, this paragraph is denied as to Estate of Walsh.  Estate of Walsh  is without knowledge or information sufficient to form a belief as to the truth of the remaining allegations in this paragraph of the Complaint.

243. Estate of Walsh incorporates each paragraph of this Answer is if fully restated here.

244. Denied as to Estate of Walsh.  Estate of Walsh  is without knowledge or information sufficient to form a belief as to the truth of the remaining allegations in this paragraph of the Complaint.

245. Denied as to Estate of Walsh.  Estate of Walsh  is without knowledge or information sufficient to form a belief as to the truth of the remaining allegations in this paragraph of the Complaint.

246.  Denied as to Estate of Walsh.  Estate of Walsh  is without knowledge or information sufficient to form a belief as to the truth of the remaining allegations in this paragraph of the Complaint.

247. Estate of Walsh  is without knowledge or information sufficient to form a belief as to the truth of the allegations in this paragraph of the Complaint.

248. Denied as to Estate of Walsh.  Estate of Walsh  is without knowledge or information sufficient to form a belief as to the truth of the remaining allegations in this paragraph of the Complaint.

249. Denied as to Estate of Walsh.  Estate of Walsh  is without knowledge or information sufficient to form a belief as to the truth of the remaining allegations in this paragraph of the Complaint.

## <u>AFFIRMATIVE DEFENSES</u>

<u>FIRST AFFIRMATIVE DEFENSE</u>

The Complaint fails to state any claims upon which relief may be granted.

<u>SECOND AFFIRMATIVE DEFENSE</u>

Estate of Walsh  is immune from liability by the doctrine of qualified immunity.

<u>THIRD AFFIRMATIVE DEFENSE</u>

The Complaint fails to allege an injury in fact as to any Plaintiff.

<u>FOURTH AFFIRMATIVE DEFENSE</u>

The Complaint fails to allege causation by the Estate of Walsh  as to any of Plaintiffs' alleged injuries.

<u>FIFTH AFFIRMATIVE DEFENSE</u>

Estate of Walsh 's acts and conduct were performed according to, and protected by, law and/or legal process, and therefore, the Plaintiffs cannot recover.

<u>SIXTH AFFIRMATIVE DEFENSE</u>

Estate of Walsh  at all times acted in good faith upon reasonable belief that his actions were in accordance with the Constitution and laws of the United States and the Commonwealth of Massachusetts.

<u>SEVENTH AFFIRMATIVE DEFENSE</u>

Estate of Walsh   is immune from liability by the doctrine of common law immunity.

EIGHTH AFFIRMATIVE DEFENSE

Plaintiffs have not been deprived of any rights secured by either the Constitution or the laws of the United States or of the Commonwealth of Massachusetts.

NINTH AFFIRMATIVE DEFENSE

To the extent Plaintiff suffered damages, thy were the caused by an intervening superseding event for which the Estate of Walsh is not responsible.

TENTH AFFIRMATIVE DEFENSE

Plaintiff's claims are barred by the statute of limitations.

ELEVENTH AFFIRMATIVE DEFENSE

Estate of Walsh  reserves the right to raise additional affirmative defenses as the factual basis for the Plaintiff's Complaint becomes known.

**DEMAND FOR JURY TRIAL**

Estate of Walsh hereby demands a trial by jury on all issues so triable.

**WHEREFORE**, Estate of Walsh requests judgment granting the following relief:

I.      Dismissing the Complaint against it with prejudice;

II.     Awarding it the costs of defending this action, including attorneys' fees, costs, and disbursements; and

III.    Granting it such other and further relief as this Court may deem just and necessary.

Dated: February 21, 2022

Respectfully submitted,

Estate of Edward Walsh

By its attorneys,

Adam Cederbaum
Corporation Counsel

*/s/ Nieve Anjomi*
Nieve Anjomi, BBO#651212
Senior Assistant Corporation Counsel
City of Boston Law Department
City Hall, Room 615
Boston, MA 02201
617-635-4098
Nieve.Anjomi@boston.gov

## **CERTIFICATE OF SERVICE**

I hereby certify that this document filed through the CM/ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing and electronic copies will be sent to those indicated as non-registered participants on February 21, 2022.

February 21, 2022
Date

*/s/ Nieve Anjomi*
Nieve Anjomi