UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO.: 1:20-cv-11456

FREDERICK WEICHEL,

     Plaintiff,

v.

TOWN OF BRAINTREE, BRAINTREE
POLICE CHIEF JOHN VINCENT POLIO,
BRAINTREE POLICE OFFICERS JAMES
LEAHY, ROBERT WILSON, THEODORE
BUKER, and UNKNOWN BRAINTREE
POLICE OFFICERS, ESTATE OF BOSTON
POLICE OFFICER EDWARD WALSH.
BOSTON POLICE OFFICER WALTER
DERBY, MASSACHUSETTS, and STATE
POLICE OFFICERS JOHN R. SPRAGUE and
EDWARD WHELAN,

     Defendants.

## DEFENDANT JAMES LEAHY'S ANSWER TO PLAINTIFF'S COMPLAINT AND JURY DEMAND

The Defendant, James Leahy (hereinafter "Defendant"), hereby responds to each numbered paragraph of the Plaintiff's Complaint and Jury Demand as follows:

## INTRODUCTION

1. To the extent this paragraph contains allegations pertaining to the Defendant, he denies those allegations contained in this paragraph. The Defendant is without sufficient knowledge and information to form a belief as to the truth of the remaining allegations contained in this paragraph.

2. The Defendant is without sufficient knowledge and information to form a belief as to the truth of the allegations contained in this paragraph.

3. The Defendant denies the allegations contained in this paragraph.

4. To the extent this paragraph contains allegations pertaining to the Defendant, he denies those allegations contained in this paragraph. The Defendant is without sufficient knowledge and information to form a belief as to the truth of the remaining allegations contained in this paragraph.

5. To the extent this paragraph contains allegations pertaining to the Defendant, he denies those allegations contained in this paragraph. The Defendant is without sufficient knowledge and information to form a belief as to the truth of the remaining allegations contained in this paragraph.

6. To the extent this paragraph contains allegations pertaining to the Defendant, he denies those allegations contained in this paragraph. The Defendant is without sufficient knowledge and information to form a belief as to the truth of the remaining allegations contained in this paragraph.

7. The Defendant is without sufficient knowledge and information to form a belief as to the truth of the allegations contained in this paragraph.

8. To the extent this paragraph contains allegations pertaining to the Defendant, he denies those allegations contained in this paragraph. The Defendant is without sufficient knowledge and information to form a belief as to the truth of the remaining allegations contained in this paragraph.

9. To the extent this paragraph contains allegations pertaining to the Defendant, he denies those allegations contained in this paragraph. The Defendant is without sufficient knowledge and information to form a belief as to the truth of the remaining allegations contained in this paragraph.

10. To the extent this paragraph contains allegations pertaining to the Defendant, he denies those allegations contained in this paragraph. The Defendant is without sufficient knowledge and information to form a belief as to the truth of the remaining allegations contained in this paragraph.

11. To the extent this paragraph contains allegations pertaining to the Defendant, he denies those allegations contained in this paragraph. The Defendant is without sufficient knowledge and information to form a belief as to the truth of the remaining allegations contained in this paragraph.

12. The Defendant is without sufficient knowledge and information to form a belief as to the truth of the allegations contained in this paragraph.

13. The Defendant is without sufficient knowledge and information to form a belief as to the truth of the allegations contained in this paragraph.

14. The Defendant denies the allegations contained in this paragraph.

15. To the extent this paragraph contains allegations pertaining to the Defendant, he denies those allegations contained in this paragraph. The Defendant is without sufficient knowledge and information to form a belief as to the truth of the remaining allegations contained in this paragraph.

16. To the extent this paragraph contains allegations pertaining to the Defendant, he denies those allegations contained in this paragraph. The Defendant is without sufficient knowledge and information to form a belief as to the truth of the remaining allegations contained in this paragraph.

17. The Defendant denies the allegations contained in this paragraph.

18. To the extent this paragraph contains allegations pertaining to the Defendant, he denies those allegations contained in this paragraph. The Defendant is without sufficient knowledge and information to form a belief as to the truth of the remaining allegations contained in this paragraph.

19. To the extent this paragraph contains allegations pertaining to the Defendant, he denies those allegations contained in this paragraph. The Defendant is without sufficient knowledge and information to form a belief as to the truth of the remaining allegations contained in this paragraph.

20. To the extent this paragraph contains allegations pertaining to the Defendant, he denies those allegations contained in this paragraph. The Defendant is without sufficient knowledge and information to form a belief as to the truth of the remaining allegations contained in this paragraph.

21. To the extent this paragraph contains allegations pertaining to the Defendant, he denies those allegations contained in this paragraph. The Defendant is without sufficient knowledge and information to form a belief as to the truth of the remaining allegations contained in this paragraph.

22. To the extent this paragraph contains allegations pertaining to the Defendant, he denies those allegations contained in this paragraph. The Defendant is without sufficient knowledge and information to form a belief as to the truth of the remaining allegations contained in this paragraph.

23. The Defendant is without sufficient knowledge and information to form a belief as to the truth of the allegations contained in this paragraph.

24. The Defendant is without sufficient knowledge and information to form a belief as to the truth of the allegations contained in this paragraph.

25. To the extent this paragraph contains allegations pertaining to the Defendant, he denies those allegations contained in this paragraph. The Defendant is without sufficient knowledge and information to form a belief as to the truth of the remaining allegations contained in this paragraph.

26. The Defendant is without sufficient knowledge and information to form a belief as to the truth of the allegations contained in this paragraph.

27. The Defendant is without sufficient knowledge and information to form a belief as to the truth of the allegations contained in this paragraph.

28. To the extent this paragraph contains allegations pertaining to the Defendant, he denies those allegations contained in this paragraph. The Defendant is without sufficient knowledge and information to form a belief as to the truth of the remaining allegations contained in this paragraph.

## JURISDICTION AND VENUE

29. The Defendant is without sufficient knowledge and information to form a belief as to the truth of the allegations contained in this paragraph.

30. The Defendant is without sufficient knowledge and information to form a belief as to the truth of the allegations contained in this paragraph.

31. The Defendant is without sufficient knowledge and information to form a belief as to the truth of the allegations contained in this paragraph.

## THE PARTIES

32. The Defendant is without sufficient knowledge and information to form a belief as to the truth of the allegations contained in this paragraph.

33. To the extent that the last sentence of this paragraph contains allegations pertaining to the Defendant, he denies those allegations. The Defendant is without sufficient knowledge and information to form a belief as to the truth of the remaining allegations contained in this paragraph.

34. The Defendant is without sufficient knowledge and information to form a belief as to the truth of the allegations contained in this paragraph.

35. The Defendant is without sufficient knowledge and information to form a belief as to the truth of the allegations contained in this paragraph.

36. The Defendant is without sufficient knowledge and information to form a belief as to the truth of the allegations contained in this paragraph.

37. The Defendant is without sufficient knowledge and information to form a belief as to the truth of the allegations contained in this paragraph.

## FACTS

### The LaMonica Murder

38. The Defendant is without sufficient knowledge and information to form a belief as to the truth of the allegations contained in this paragraph.

39. The Defendant is without sufficient knowledge and information to form a belief as to the truth of the allegations contained in this paragraph.

40. The Defendant is without sufficient knowledge and information to form a belief as to the truth of the allegations contained in this paragraph.

41. The Defendant is without sufficient knowledge and information to form a belief as to the truth of the allegations contained in this paragraph.

42. The Defendant is without sufficient knowledge and information to form a belief as to the truth of the allegations contained in this paragraph.

43. The Defendant is without sufficient knowledge and information to form a belief as to the truth of the allegations contained in this paragraph.

44. The Defendant is without sufficient knowledge and information to form a belief as to the truth of the allegations contained in this paragraph.

45. The Defendant is without sufficient knowledge and information to form a belief as to the truth of the allegations contained in this paragraph.

46. The Defendant is without sufficient knowledge and information to form a belief as to the truth of the allegations contained in this paragraph.

**Three Eyewitnesses Gave Physical Descriptions of a Man They Saw
at a Distance – None of these Matched Plaintiff**

47. The Defendant is without sufficient knowledge and information to form a belief as to the truth of the allegations contained in this paragraph.

48. The Defendant is without sufficient knowledge and information to form a belief as to the truth of the allegations contained in this paragraph.

49. To the extent this paragraph contains allegations pertaining to the Defendant, he denies those allegations contained in this paragraph. The Defendant is without sufficient knowledge and information to form a belief as to the truth of the remaining allegations contained in this paragraph.

50. The Defendant is without sufficient knowledge and information to form a belief as to the truth of the allegations contained in this paragraph.

51. The Defendant is without sufficient knowledge and information to form a belief as to the truth of the allegations contained in this paragraph.

52. The Defendant is without sufficient knowledge and information to form a belief as to the truth of the allegations contained in this paragraph.

53. The Defendant is without sufficient knowledge and information to form a belief as to the truth of the allegations contained in this paragraph.

54. The Defendant is without sufficient knowledge and information to form a belief as to the truth of the allegations contained in this paragraph.

55. The Defendant is without sufficient knowledge and information to form a belief as to the truth of the allegations contained in this paragraph.

56. The Defendant is without sufficient knowledge and information to form a belief as to the truth of the allegations contained in this paragraph.

57. The Defendant is without sufficient knowledge and information to form a belief as to the truth of the allegations contained in this paragraph.

58. The Defendant is without sufficient knowledge and information to form a belief as to the truth of the allegations contained in this paragraph.

59. The Defendant is without sufficient knowledge and information to form a belief as to the truth of the allegations contained in this paragraph.

60. The Defendant is without sufficient knowledge and information to form a belief as to the truth of the allegations contained in this paragraph.

61. The Defendant is without sufficient knowledge and information to form a belief as to the truth of the allegations contained in this paragraph.

62. The Defendant is without sufficient knowledge and information to form a belief as to the truth of the allegations contained in this paragraph.

63. To the extent this paragraph contains allegations pertaining to the Defendant, he denies those allegations contained in this paragraph. The Defendant is without sufficient knowledge and information to form a belief as to the truth of the remaining allegations contained in this paragraph.

64. The Defendant is without sufficient knowledge and information to form a belief as to the truth of the allegations contained in this paragraph.

65. The Defendant is without sufficient knowledge and information to form a belief as to the truth of the allegations contained in this paragraph.

66. To the extent that the last sentence of this paragraph contains allegations pertaining to the Defendant, he denies those allegations. The Defendant is without sufficient knowledge and information to form a belief as to the truth of the remaining allegations contained in this paragraph.

67. To the extent this paragraph contains allegations pertaining to the Defendant, he denies those allegations contained in this paragraph. The Defendant is without sufficient knowledge and information to form a belief as to the truth of the remaining allegations contained in this paragraph.

**Eleven People Identify Balliro as the Man in the Composite**

68. The Defendant is without sufficient knowledge and information to form a belief as to the truth of the allegations contained in this paragraph.

69. The Defendant is without sufficient knowledge and information to form a belief as to the truth of the allegations contained in this paragraph.

70. The Defendant is without sufficient knowledge and information to form a belief as to the truth of the allegations contained in this paragraph.

71. The Defendant is without sufficient knowledge and information to form a belief as to the truth of the allegations contained in this paragraph.

72. The Defendant is without sufficient knowledge and information to form a belief as to the truth of the allegations contained in this paragraph.

73. The Defendant is without sufficient knowledge and information to form a belief as to the truth of the allegations contained in this paragraph.

74. The Defendant is without sufficient knowledge and information to form a belief as to the truth of the allegations contained in this paragraph.

75. The Defendant is without sufficient knowledge and information to form a belief as to the truth of the allegations contained in this paragraph.

76. To the extent this paragraph contains allegations pertaining to the Defendant, he denies those allegations contained in this paragraph. The Defendant is without sufficient knowledge and information to form a belief as to the truth of the remaining allegations contained in this paragraph.

77. The Defendant is without sufficient knowledge and information to form a belief as to the truth of the allegations contained in this paragraph.

78. The Defendant is without sufficient knowledge and information to form a belief as to the truth of the allegations contained in this paragraph.

79. The Defendant is without sufficient knowledge and information to form a belief as to the truth of the allegations contained in this paragraph.

80. The Defendant is without sufficient knowledge and information to form a belief as to the truth of the allegations contained in this paragraph.

81. To the extent that the last sentence of this paragraph contains allegations pertaining to the Defendant, he denies those allegations. The Defendant is without sufficient knowledge and information to form a belief as to the truth of the remaining allegations contained in this paragraph.

82. The Defendant is without sufficient knowledge and information to form a belief as to the truth of the allegations contained in this paragraph.

**Defendants Conducted Suggestive Identification Procedures and Fabricated the Results**

83. The Defendant is without sufficient knowledge and information to form a belief as to the truth of the allegations contained in this paragraph.

84. The Defendant is without sufficient knowledge and information to form a belief as to the truth of the allegations contained in this paragraph.

85. The Defendant is without sufficient knowledge and information to form a belief as to the truth of the allegations contained in this paragraph.

86. The Defendant is without sufficient knowledge and information to form a belief as to the truth of the allegations contained in this paragraph.

87. The Defendant is without sufficient knowledge and information to form a belief as to the truth of the allegations contained in this paragraph.

88. The Defendant is without sufficient knowledge and information to form a belief as to the truth of the allegations contained in this paragraph.

89. The Defendant is without sufficient knowledge and information to form a belief as to the truth of the allegations contained in this paragraph.

90. To the extent that the last sentence of this paragraph contains allegations pertaining to the Defendant, he denies those allegations. The Defendant is without sufficient knowledge and information to form a belief as to the truth of the remaining allegations contained in this paragraph.

91. To the extent this paragraph contains allegations pertaining to the Defendant, he denies those allegations contained in this paragraph. The Defendant is without sufficient knowledge and information to form a belief as to the truth of the remaining allegations contained in this paragraph.

92. The Defendant is without sufficient knowledge and information to form a belief as to the truth of the allegations contained in this paragraph.

93. The Defendant is without sufficient knowledge and information to form a belief as to the truth of the allegations contained in this paragraph.

94. To the extent this paragraph contains allegations pertaining to the Defendant, he denies those allegations contained in this paragraph. The Defendant is without sufficient knowledge and information to form a belief as to the truth of the remaining allegations contained in this paragraph.

95. The Defendant is without sufficient knowledge and information to form a belief as to the truth of the allegations contained in this paragraph.

96. The Defendant is without sufficient knowledge and information to form a belief as to the truth of the allegations contained in this paragraph.

97. The Defendant is without sufficient knowledge and information to form a belief as to the truth of the allegations contained in this paragraph.

98. The Defendant is without sufficient knowledge and information to form a belief as to the truth of the allegations contained in this paragraph.

99. To the extent this paragraph contains allegations pertaining to the Defendant, he denies those allegations contained in this paragraph. The Defendant is without sufficient knowledge and information to form a belief as to the truth of the remaining allegations contained in this paragraph.

100.    To the extent this paragraph contains allegations pertaining to the Defendant, he denies those allegations contained in this paragraph. The Defendant is without sufficient knowledge and information to form a belief as to the truth of the remaining allegations contained in this paragraph.

101.    To the extent this paragraph contains allegations pertaining to the Defendant, he denies those allegations contained in this paragraph. The Defendant is without sufficient knowledge and information to form a belief as to the truth of the remaining allegations contained in this paragraph.

102.    To the extent this paragraph contains allegations pertaining to the Defendant, he denies those allegations contained in this paragraph. The Defendant is without sufficient knowledge and information to form a belief as to the truth of the remaining allegations contained in this paragraph.

103.    The Defendant is without sufficient knowledge and information to form a belief as to the truth of the allegations contained in this paragraph.

104.    The Defendant is without sufficient knowledge and information to form a belief as to the truth of the allegations contained in this paragraph.

105.     To the extent this paragraph contains allegations pertaining to the Defendant, he denies those allegations contained in this paragraph. The Defendant is without sufficient knowledge and information to form a belief as to the truth of the remaining allegations contained in this paragraph.

106.     To the extent this paragraph contains allegations pertaining to the Defendant, he denies those allegations contained in this paragraph. The Defendant is without sufficient knowledge and information to form a belief as to the truth of the remaining allegations contained in this paragraph.

107.     The Defendant is without sufficient knowledge and information to form a belief as to the truth of the allegations contained in this paragraph.

108.     To the extent this paragraph contains allegations pertaining to the Defendant, he denies those allegations contained in this paragraph. The Defendant is without sufficient knowledge and information to form a belief as to the truth of the remaining allegations contained in this paragraph.

109.     The Defendant is without sufficient knowledge and information to form a belief as to the truth of the allegations contained in this paragraph.

110.     The Defendant is without sufficient knowledge and information to form a belief as to the truth of the allegations contained in this paragraph.

111.     The Defendant is without sufficient knowledge and information to form a belief as to the truth of the allegations contained in this paragraph.

112.     To the extent this paragraph contains allegations pertaining to the Defendant, he denies those allegations contained in this paragraph. The Defendant is without sufficient

knowledge and information to form a belief as to the truth of the remaining allegations contained in this paragraph.

113.     The Defendant is without sufficient knowledge and information to form a belief as to the truth of the allegations contained in this paragraph.

114.     To the extent this paragraph contains allegations pertaining to the Defendant, he denies those allegations contained in this paragraph. The Defendant is without sufficient knowledge and information to form a belief as to the truth of the remaining allegations contained in this paragraph.

**Defendants Fabricated and Suppresses Additional Evidence**

115.     To the extent this paragraph contains allegations pertaining to the Defendant, he denies those allegations contained in this paragraph. The Defendant is without sufficient knowledge and information to form a belief as to the truth of the remaining allegations contained in this paragraph.

116.     To the extent this paragraph contains allegations pertaining to the Defendant, he denies those allegations contained in this paragraph. The Defendant is without sufficient knowledge and information to form a belief as to the truth of the remaining allegations contained in this paragraph.

117.     To the extent this paragraph contains allegations pertaining to the Defendant, he denies those allegations contained in this paragraph. The Defendant is without sufficient knowledge and information to form a belief as to the truth of the remaining allegations contained in this paragraph.

118.     To the extent this paragraph contains allegations pertaining to the Defendant, he denies those allegations contained in this paragraph. The Defendant is without sufficient

knowledge and information to form a belief as to the truth of the remaining allegations contained in this paragraph.

119.      The Defendant is without sufficient knowledge and information to form a belief as to the truth of the allegations contained in this paragraph.

120.      To the extent this paragraph contains allegations pertaining to the Defendant, he denies those allegations contained in this paragraph. The Defendant is without sufficient knowledge and information to form a belief as to the truth of the remaining allegations contained in this paragraph.

121.      The Defendant is without sufficient knowledge and information to form a belief as to the truth of the allegations contained in this paragraph.

122.      To the extent this paragraph contains allegations pertaining to the Defendant, he denies those allegations contained in this paragraph. The Defendant is without sufficient knowledge and information to form a belief as to the truth of the remaining allegations contained in this paragraph.

123.      To the extent this paragraph contains allegations pertaining to the Defendant, he denies those allegations contained in this paragraph. The Defendant is without sufficient knowledge and information to form a belief as to the truth of the remaining allegations contained in this paragraph.

124.      To the extent this paragraph contains allegations pertaining to the Defendant, he denies those allegations contained in this paragraph. The Defendant is without sufficient knowledge and information to form a belief as to the truth of the remaining allegations contained in this paragraph.

125.     To the extent this paragraph contains allegations pertaining to the Defendant, he denies those allegations contained in this paragraph. The Defendant is without sufficient knowledge and information to form a belief as to the truth of the remaining allegations contained in this paragraph.

126.     To the extent this paragraph contains allegations pertaining to the Defendant, he denies those allegations contained in this paragraph. The Defendant is without sufficient knowledge and information to form a belief as to the truth of the remaining allegations contained in this paragraph.

127.     To the extent this paragraph contains allegations pertaining to the Defendant, he denies those allegations contained in this paragraph. The Defendant is without sufficient knowledge and information to form a belief as to the truth of the remaining allegations contained in this paragraph.

128.     To the extent this paragraph contains allegations pertaining to the Defendant, he denies those allegations contained in this paragraph. The Defendant is without sufficient knowledge and information to form a belief as to the truth of the remaining allegations contained in this paragraph.

129.     To the extent this paragraph contains allegations pertaining to the Defendant, he denies those allegations contained in this paragraph. The Defendant is without sufficient knowledge and information to form a belief as to the truth of the remaining allegations contained in this paragraph.

130.     To the extent this paragraph contains allegations pertaining to the Defendant, he denies those allegations contained in this paragraph. The Defendant is without sufficient

knowledge and information to form a belief as to the truth of the remaining allegations contained in this paragraph.

131.     To the extent this paragraph contains allegations pertaining to the Defendant, he denies those allegations contained in this paragraph. The Defendant is without sufficient knowledge and information to form a belief as to the truth of the remaining allegations contained in this paragraph.

132.     To the extent this paragraph contains allegations pertaining to the Defendant, he denies those allegations contained in this paragraph. The Defendant is without sufficient knowledge and information to form a belief as to the truth of the remaining allegations contained in this paragraph.

**For Over Three Decades, Defendants Hid
Exculpatory Evidence from Plaintiff**

133.     To the extent this paragraph contains allegations pertaining to the Defendant, he denies those allegations contained in this paragraph. The Defendant is without sufficient knowledge and information to form a belief as to the truth of the remaining allegations contained in this paragraph.

134.     To the extent this paragraph contains allegations pertaining to the Defendant, he denies those allegations contained in this paragraph. The Defendant is without sufficient knowledge and information to form a belief as to the truth of the remaining allegations contained in this paragraph.

135.     To the extent this paragraph contains allegations pertaining to the Defendant, he denies those allegations contained in this paragraph. The Defendant is without sufficient knowledge and information to form a belief as to the truth of the remaining allegations contained in this paragraph.

136.     To the extent this paragraph contains allegations pertaining to the Defendant, he denies those allegations contained in this paragraph. The Defendant is without sufficient knowledge and information to form a belief as to the truth of the remaining allegations contained in this paragraph.

137.     To the extent this paragraph contains allegations pertaining to the Defendant, he denies those allegations contained in this paragraph. The Defendant is without sufficient knowledge and information to form a belief as to the truth of the remaining allegations contained in this paragraph.

138.     To the extent this paragraph contains allegations pertaining to the Defendant, he denies those allegations contained in this paragraph. The Defendant is without sufficient knowledge and information to form a belief as to the truth of the remaining allegations contained in this paragraph.

139.     To the extent this paragraph contains allegations pertaining to the Defendant, he denies those allegations contained in this paragraph. The Defendant is without sufficient knowledge and information to form a belief as to the truth of the remaining allegations contained in this paragraph.

140.     To the extent this paragraph contains allegations pertaining to the Defendant, he denies those allegations contained in this paragraph. The Defendant is without sufficient knowledge and information to form a belief as to the truth of the remaining allegations contained in this paragraph.

**In 2010, a Public Records Request
Results in the First Disclosure of the Balliro Evidence**

141.     To the extent this paragraph contains allegations pertaining to the Defendant, he denies those allegations contained in this paragraph. The Defendant is without sufficient

knowledge and information to form a belief as to the truth of the remaining allegations contained in this paragraph.

142.     To the extent this paragraph contains allegations pertaining to the Defendant, he denies those allegations contained in this paragraph. The Defendant is without sufficient knowledge and information to form a belief as to the truth of the remaining allegations contained in this paragraph.

143.     The Defendant is without sufficient knowledge and information to form a belief as to the truth of the allegations contained in this paragraph.

144.     To the extent this paragraph contains allegations pertaining to the Defendant, he denies those allegations contained in this paragraph. The Defendant is without sufficient knowledge and information to form a belief as to the truth of the remaining allegations contained in this paragraph.

145.     To the extent this paragraph contains allegations pertaining to the Defendant, he denies those allegations contained in this paragraph. The Defendant is without sufficient knowledge and information to form a belief as to the truth of the remaining allegations contained in this paragraph.

146.     To the extent this paragraph contains allegations pertaining to the Defendant, he denies those allegations contained in this paragraph. The Defendant is without sufficient knowledge and information to form a belief as to the truth of the remaining allegations contained in this paragraph.

147.     The Defendant is without sufficient knowledge and information to form a belief as to the truth of the allegations contained in this paragraph.

148.     The Defendant is without sufficient knowledge and information to form a belief as to the truth of the allegations contained in this paragraph.

149.     The Defendant is without sufficient knowledge and information to form a belief as to the truth of the allegations contained in this paragraph.

150.     The Defendant is without sufficient knowledge and information to form a belief as to the truth of the allegations contained in this paragraph.

151.     The Defendant is without sufficient knowledge and information to form a belief as to the truth of the allegations contained in this paragraph.

**There Has Never Been any Credible Evidence
Tying Plaintiff to the Murder**

152.     The Defendant is without sufficient knowledge and information to form a belief as to the truth of the allegations contained in this paragraph.

153.     The Defendant is without sufficient knowledge and information to form a belief as to the truth of the allegations contained in this paragraph.

154.     The Defendant is without sufficient knowledge and information to form a belief as to the truth of the allegations contained in this paragraph.

155.     The Defendant is without sufficient knowledge and information to form a belief as to the truth of the allegations contained in this paragraph.

**Plaintiff's Arrest, Wrongful Conviction and Imprisonment**

156.     To the extent this paragraph contains allegations pertaining to the Defendant, he denies those allegations contained in this paragraph. The Defendant is without sufficient knowledge and information to form a belief as to the truth of the remaining allegations contained in this paragraph.

157.     To the extent this paragraph contains allegations pertaining to the Defendant, he denies those allegations contained in this paragraph. The Defendant is without sufficient knowledge and information to form a belief as to the truth of the remaining allegations contained in this paragraph.

158.     To the extent this paragraph contains allegations pertaining to the Defendant, he denies those allegations contained in this paragraph. The Defendant is without sufficient knowledge and information to form a belief as to the truth of the remaining allegations contained in this paragraph.

159.     The Defendant is without sufficient knowledge and information to form a belief as to the truth of the allegations contained in this paragraph.

160.     The Defendant is without sufficient knowledge and information to form a belief as to the truth of the allegations contained in this paragraph.

161.     To the extent this paragraph contains allegations pertaining to the Defendant, he denies those allegations contained in this paragraph. The Defendant is without sufficient knowledge and information to form a belief as to the truth of the remaining allegations contained in this paragraph.

162.     To the extent this paragraph contains allegations pertaining to the Defendant, he denies those allegations contained in this paragraph. The Defendant is without sufficient knowledge and information to form a belief as to the truth of the remaining allegations contained in this paragraph.

163.     To the extent this paragraph contains allegations pertaining to the Defendant, he denies those allegations contained in this paragraph. The Defendant is without sufficient

knowledge and information to form a belief as to the truth of the remaining allegations contained in this paragraph.

164.     To the extent this paragraph contains allegations pertaining to the Defendant, he denies those allegations contained in this paragraph. The Defendant is without sufficient knowledge and information to form a belief as to the truth of the remaining allegations contained in this paragraph.

165.     The Defendant is without sufficient knowledge and information to form a belief as to the truth of the allegations contained in this paragraph.

166.     The Defendant is without sufficient knowledge and information to form a belief as to the truth of the allegations contained in this paragraph.

167.     To the extent this paragraph contains allegations pertaining to the Defendant, he denies those allegations contained in this paragraph. The Defendant is without sufficient knowledge and information to form a belief as to the truth of the remaining allegations contained in this paragraph.

168.     To the extent this paragraph contains allegations pertaining to the Defendant, he denies those allegations contained in this paragraph. The Defendant is without sufficient knowledge and information to form a belief as to the truth of the remaining allegations contained in this paragraph.

## Plaintiff's Damages

169.     The Defendant is without sufficient knowledge and information to form a belief as to the truth of the allegations contained in this paragraph.

170.     The Defendant is without sufficient knowledge and information to form a belief as to the truth of the allegations contained in this paragraph.

171.     The Defendant is without sufficient knowledge and information to form a belief as to the truth of the allegations contained in this paragraph.

172.     The Defendant is without sufficient knowledge and information to form a belief as to the truth of the allegations contained in this paragraph.

173.     To the extent this paragraph contains allegations pertaining to the Defendant, he denies those allegations contained in this paragraph. The Defendant is without sufficient knowledge and information to form a belief as to the truth of the remaining allegations contained in this paragraph.

174.     To the extent this paragraph contains allegations pertaining to the Defendant, he denies those allegations contained in this paragraph. The Defendant is without sufficient knowledge and information to form a belief as to the truth of the remaining allegations contained in this paragraph.

175.     The Defendant is without sufficient knowledge and information to form a belief as to the truth of the allegations contained in this paragraph.

176.     The Defendant is without sufficient knowledge and information to form a belief as to the truth of the allegations contained in this paragraph.

177.     The Defendant is without sufficient knowledge and information to form a belief as to the truth of the allegations contained in this paragraph.

178.     To the extent this paragraph contains allegations pertaining to the Defendant, he denies those allegations contained in this paragraph. The Defendant is without sufficient knowledge and information to form a belief as to the truth of the remaining allegations contained in this paragraph.

179.     To the extent this paragraph contains allegations pertaining to the Defendant, he denies those allegations contained in this paragraph. The Defendant is without sufficient knowledge and information to form a belief as to the truth of the remaining allegations contained in this paragraph.

**Plaintiff's Exoneration**

180.     The Defendant is without sufficient knowledge and information to form a belief as to the truth of the allegations contained in this paragraph.

181.     The Defendant is without sufficient knowledge and information to form a belief as to the truth of the allegations contained in this paragraph.

182.     The Defendant is without sufficient knowledge and information to form a belief as to the truth of the allegations contained in this paragraph.

183.     The Defendant is without sufficient knowledge and information to form a belief as to the truth of the allegations contained in this paragraph.

**COUNT I**
**42 U.S.C. § 1983 – Due Process**

184.     The Defendant repeats and realleges his answers to Paragraphs 1 through 183 above.

185.     To the extent this paragraph contains allegations pertaining to the Defendant, he denies those allegations contained in this paragraph. The Defendant is without sufficient knowledge and information to form a belief as to the truth of the remaining allegations contained in this paragraph.

186.     To the extent this paragraph contains allegations pertaining to the Defendant, he denies those allegations contained in this paragraph. The Defendant is without sufficient

knowledge and information to form a belief as to the truth of the remaining allegations contained in this paragraph.

187.     To the extent this paragraph contains allegations pertaining to the Defendant, he denies those allegations contained in this paragraph. The Defendant is without sufficient knowledge and information to form a belief as to the truth of the remaining allegations contained in this paragraph.

188.     To the extent this paragraph contains allegations pertaining to the Defendant, he denies those allegations contained in this paragraph. The Defendant is without sufficient knowledge and information to form a belief as to the truth of the remaining allegations contained in this paragraph.

189.     To the extent this paragraph contains allegations pertaining to the Defendant, he denies those allegations contained in this paragraph. The Defendant is without sufficient knowledge and information to form a belief as to the truth of the remaining allegations contained in this paragraph.

190.     To the extent this paragraph contains allegations pertaining to the Defendant, he denies those allegations contained in this paragraph. The Defendant is without sufficient knowledge and information to form a belief as to the truth of the remaining allegations contained in this paragraph.

191.     To the extent this paragraph contains allegations pertaining to the Defendant, he denies those allegations contained in this paragraph. The Defendant is without sufficient knowledge and information to form a belief as to the truth of the remaining allegations contained in this paragraph.

192.     To the extent this paragraph contains allegations pertaining to the Defendant, he denies those allegations contained in this paragraph. The Defendant is without sufficient knowledge and information to form a belief as to the truth of the remaining allegations contained in this paragraph.

193.     To the extent this paragraph contains allegations pertaining to the Defendant, he denies those allegations contained in this paragraph. The Defendant is without sufficient knowledge and information to form a belief as to the truth of the remaining allegations contained in this paragraph.

194.     To the extent this paragraph contains allegations pertaining to the Defendant, he denies those allegations contained in this paragraph. The Defendant is without sufficient knowledge and information to form a belief as to the truth of the remaining allegations contained in this paragraph.

195.     To the extent this paragraph contains allegations pertaining to the Defendant, he denies those allegations contained in this paragraph. The Defendant is without sufficient knowledge and information to form a belief as to the truth of the remaining allegations contained in this paragraph.

196.     To the extent this paragraph contains allegations pertaining to the Defendant, he denies those allegations contained in this paragraph. The Defendant is without sufficient knowledge and information to form a belief as to the truth of the remaining allegations contained in this paragraph.

197.     To the extent this paragraph contains allegations pertaining to the Defendant, he denies those allegations contained in this paragraph. The Defendant is without sufficient

knowledge and information to form a belief as to the truth of the remaining allegations contained in this paragraph.

198.     To the extent this paragraph contains allegations pertaining to the Defendant, he denies those allegations contained in this paragraph. The Defendant is without sufficient knowledge and information to form a belief as to the truth of the remaining allegations contained in this paragraph.

199.     To the extent this paragraph contains allegations pertaining to the Defendant, he denies those allegations contained in this paragraph. The Defendant is without sufficient knowledge and information to form a belief as to the truth of the remaining allegations contained in this paragraph.

200.     To the extent this paragraph contains allegations pertaining to the Defendant, he denies those allegations contained in this paragraph. The Defendant is without sufficient knowledge and information to form a belief as to the truth of the remaining allegations contained in this paragraph.

201.     To the extent this paragraph contains allegations pertaining to the Defendant, he denies those allegations contained in this paragraph. The Defendant is without sufficient knowledge and information to form a belief as to the truth of the remaining allegations contained in this paragraph.

202.     To the extent this paragraph contains allegations pertaining to the Defendant, he denies those allegations contained in this paragraph. The Defendant is without sufficient knowledge and information to form a belief as to the truth of the remaining allegations contained in this paragraph.

203.     To the extent this paragraph contains allegations pertaining to the Defendant, he denies those allegations contained in this paragraph. The Defendant is without sufficient knowledge and information to form a belief as to the truth of the remaining allegations contained in this paragraph.

204.     The Defendant is without sufficient knowledge and information to form a belief as to the truth of the allegations contained in this paragraph.

205.     The Defendant is without sufficient knowledge and information to form a belief as to the truth of the allegations contained in this paragraph.

206.     The Defendant is without sufficient knowledge and information to form a belief as to the truth of the allegations contained in this paragraph.

207.     The Defendant is without sufficient knowledge and information to form a belief as to the truth of the allegations contained in this paragraph.

208.     The Defendant is without sufficient knowledge and information to form a belief as to the truth of the allegations contained in this paragraph.

209.     The Defendant is without sufficient knowledge and information to form a belief as to the truth of the allegations contained in this paragraph.

210.     The Defendant is without sufficient knowledge and information to form a belief as to the truth of the allegations contained in this paragraph.

211.     The Defendant is without sufficient knowledge and information to form a belief as to the truth of the allegations contained in this paragraph.

212.     The Defendant is without sufficient knowledge and information to form a belief as to the truth of the allegations contained in this paragraph.

213.     The Defendant is without sufficient knowledge and information to form a belief as to the truth of the allegations contained in this paragraph.

214.     The Defendant is without sufficient knowledge and information to form a belief as to the truth of the allegations contained in this paragraph.

215.     To the extent this paragraph contains allegations pertaining to the Defendant, he denies those allegations contained in this paragraph. The Defendant is without sufficient knowledge and information to form a belief as to the truth of the remaining allegations contained in this paragraph.

216.     The Defendant is without sufficient knowledge and information to form a belief as to the truth of the allegations contained in this paragraph.

217.     To the extent this paragraph contains allegations pertaining to the Defendant, he denies those allegations contained in this paragraph. The Defendant is without sufficient knowledge and information to form a belief as to the truth of the remaining allegations contained in this paragraph.

218.     To the extent this paragraph contains allegations pertaining to the Defendant, he denies those allegations contained in this paragraph. The Defendant is without sufficient knowledge and information to form a belief as to the truth of the remaining allegations contained in this paragraph.

219.     To the extent this paragraph contains allegations pertaining to the Defendant, he denies those allegations contained in this paragraph. The Defendant is without sufficient knowledge and information to form a belief as to the truth of the remaining allegations contained in this paragraph.

**WHEREFORE,** the Defendant demands that judgment be entered in his favor with interest, fees and costs awarded to him.

## COUNT II
### 42 U.S.C. § 1983 – Federal Malicious Prosecution

220.     The Defendant repeats and realleges his answers to Paragraphs 1 through 219 above.

221.     To the extent this paragraph contains allegations pertaining to the Defendant, he denies those allegations contained in this paragraph. The Defendant is without sufficient knowledge and information to form a belief as to the truth of the remaining allegations contained in this paragraph.

222.     To the extent this paragraph contains allegations pertaining to the Defendant, he denies those allegations contained in this paragraph. The Defendant is without sufficient knowledge and information to form a belief as to the truth of the remaining allegations contained in this paragraph.

223.     To the extent this paragraph contains allegations pertaining to the Defendant, he denies those allegations contained in this paragraph. The Defendant is without sufficient knowledge and information to form a belief as to the truth of the remaining allegations contained in this paragraph.

224.     To the extent this paragraph contains allegations pertaining to the Defendant, he denies those allegations contained in this paragraph. The Defendant is without sufficient knowledge and information to form a belief as to the truth of the remaining allegations contained in this paragraph.

225.     To the extent this paragraph contains allegations pertaining to the Defendant, he denies those allegations contained in this paragraph. The Defendant is without sufficient

knowledge and information to form a belief as to the truth of the remaining allegations contained in this paragraph.

226.    To the extent this paragraph contains allegations pertaining to the Defendant, he denies those allegations contained in this paragraph. The Defendant is without sufficient knowledge and information to form a belief as to the truth of the remaining allegations contained in this paragraph.

227.    To the extent this paragraph contains allegations pertaining to the Defendant, he denies those allegations contained in this paragraph. The Defendant is without sufficient knowledge and information to form a belief as to the truth of the remaining allegations contained in this paragraph.

228.    The Defendant is without sufficient knowledge and information to form a belief as to the truth of the allegations contained in this paragraph.

229.    To the extent this paragraph contains allegations pertaining to the Defendant, he denies those allegations contained in this paragraph. The Defendant is without sufficient knowledge and information to form a belief as to the truth of the remaining allegations contained in this paragraph.

**WHEREFORE,** the Defendant demands that judgment be entered in his favor with interest, fees and costs awarded to him.

### COUNT III
### 42 U.S.C. § 1983 – Conspiracy to Deprive Constitutional Rights

230.    The Defendant repeats and realleges his answers to Paragraphs 1 through 229 above.

231.    To the extent this paragraph contains allegations pertaining to the Defendant, he denies those allegations contained in this paragraph. The Defendant is without sufficient

knowledge and information to form a belief as to the truth of the remaining allegations contained in this paragraph.

232.     To the extent this paragraph contains allegations pertaining to the Defendant, he denies those allegations contained in this paragraph. The Defendant is without sufficient knowledge and information to form a belief as to the truth of the remaining allegations contained in this paragraph.

233.     To the extent this paragraph contains allegations pertaining to the Defendant, he denies those allegations contained in this paragraph. The Defendant is without sufficient knowledge and information to form a belief as to the truth of the remaining allegations contained in this paragraph.

234.     To the extent this paragraph contains allegations pertaining to the Defendant, he denies those allegations contained in this paragraph. The Defendant is without sufficient knowledge and information to form a belief as to the truth of the remaining allegations contained in this paragraph.

235.     To the extent this paragraph contains allegations pertaining to the Defendant, he denies those allegations contained in this paragraph. The Defendant is without sufficient knowledge and information to form a belief as to the truth of the remaining allegations contained in this paragraph.

236.     To the extent this paragraph contains allegations pertaining to the Defendant, he denies those allegations contained in this paragraph. The Defendant is without sufficient knowledge and information to form a belief as to the truth of the remaining allegations contained in this paragraph.

**WHEREFORE,** the Defendant demands that judgment be entered in his favor with interest, fees and costs awarded to him.

## COUNT IV
### 42 U.S.C. § 1983 – Failure to Intervene

237.     The Defendant repeats and realleges his answers to Paragraphs 1 through 236 above.

238.     To the extent this paragraph contains allegations pertaining to the Defendant, he denies those allegations contained in this paragraph. The Defendant is without sufficient knowledge and information to form a belief as to the truth of the remaining allegations contained in this paragraph.

239.     To the extent this paragraph contains allegations pertaining to the Defendant, he denies those allegations contained in this paragraph. The Defendant is without sufficient knowledge and information to form a belief as to the truth of the remaining allegations contained in this paragraph.

240.     To the extent this paragraph contains allegations pertaining to the Defendant, he denies those allegations contained in this paragraph. The Defendant is without sufficient knowledge and information to form a belief as to the truth of the remaining allegations contained in this paragraph.

241.     To the extent this paragraph contains allegations pertaining to the Defendant, he denies those allegations contained in this paragraph. The Defendant is without sufficient knowledge and information to form a belief as to the truth of the remaining allegations contained in this paragraph.

242.     To the extent this paragraph contains allegations pertaining to the Defendant, he denies those allegations contained in this paragraph. The Defendant is without sufficient

knowledge and information to form a belief as to the truth of the remaining allegations contained in this paragraph.

**WHEREFORE,** the Defendant demands that judgment be entered in his favor with interest, fees and costs awarded to him.

## COUNT V
### Intentional Infliction of Emotional Distress

243.     This count has been dismissed.  Therefore, no response to the allegations contained within this paragraph is required.

244.     This count has been dismissed.  Therefore, no response to the allegations contained within this paragraph is required.

245.     This count has been dismissed.  Therefore, no response to the allegations contained within this paragraph is required

246.     This count has been dismissed.  Therefore, no response to the allegations contained within this paragraph is required.

247.     This count has been dismissed.  Therefore, no response to the allegations contained within this paragraph is required.

248.     This count has been dismissed.  Therefore, no response to the allegations contained within this paragraph is required.

249.     This count has been dismissed.  Therefore, no response to the allegations contained within this paragraph is required.

**WHEREFORE,** the Defendant demands that judgment be entered in his favor with interest, fees and costs awarded to him.

## **AFFIRMATIVE DEFENSES**

### **First Affirmative Defense**

Each of the claims included within Plaintiff's Complaint must be dismissed for failure to state a claim upon which relief may be granted.

### **Second Affirmative Defense**

The Plaintiff's claims must be dismissed because he has failed to comply with the applicable statutes of limitations.

### **Third Affirmative Defense**

The Defendant is entitled to qualified immunity and is therefore immune from suit in this matter.

### **Fourth Affirmative Defense**

The Plaintiff's claims are barred by lack of standing.

### **Fifth Affirmative Defense**

Plaintiff's claims against the Defendant are barred under the principles of res judicata, issue preclusion, claim preclusion and estoppel.

### **Sixth Affirmative Defense**

Plaintiff has failed to mitigate his damages.

## **JURY DEMAND**

The Defendant, James Leahy demands a trial by jury on all counts so triable.

Respectfully submitted,

Defendant,
James Leahy,
By his attorney,

/s/ Evan C. Ouellette
Evan C. Ouellette, BBO #655934
BRODY, HARDOON, PERKINS & KESTEN, LLP
699 Boylston Street
Boston, MA 02116
(617) 880-7100
eouellette@bhpklaw.com

Dated: March 1, 2022


## CERTIFICATE OF SERVICE

I hereby certify that this document was filed through the ECF system and will therefore be sent electronically to the registered participants as identified on the Notice of Electric Filing (NEF) and paper copies will be sent to those participants indicated as non-registered participants.

/s/ Evan C. Ouellette
Evan C. Ouellette, BBO #655934

Dated:  March 1, 2022