UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO.: 1:20-cv-11456

FREDERICK WEICHEL,
      Plaintiff,

v.

TOWN OF BRAINTREE, BRAINTREE
POLICE CHIEF JOHN VINCENT POLIO,
BRAINTREE POLICE OFFICERS JAMES
LEAHY, ROBERT WILSON, THEODORE
BUKER, and UNKNOWN BRAINTREE
POLICE OFFICERS, ESTATE OF BOSTON
POLICE OFFICER EDWARD WALSH.
BOSTON POLICE OFFICER WALTER
DERBY, MASSACHUSETTS, and STATE
POLICE OFFICERS JOHN R. SPRAGUE and
EDWARD WHELAN,

      Defendants.

## DEFENDANT TOWN OF BRAINTREE'S ANSWER TO PLAINTIFF'S AMENDED COMPLAINT AND JURY DEMAND AND COUNTERCLAIM AGAINST PLAINTIFF FREDERICK WEICHEL FOR DECLARATORY JUDGMENT

The Defendant, Town of Braintree (hereinafter "Defendant"), hereby responds to each

numbered paragraph of the Plaintiff's Amended Complaint and Jury Demand as follows:

### INTRODUCTION

1. To the extent this paragraph contains allegations pertaining to the Defendant, it denies

those allegations contained in this paragraph. The Defendant is without sufficient

knowledge and information to form a belief as to the truth of the remaining allegations

contained in this paragraph.

2. To the extent this paragraph contains allegations pertaining to the Defendant, it denies

those allegations contained in this paragraph. The Defendant is without sufficient

knowledge and information to form a belief as to the truth of the remaining allegations contained in this paragraph.

3. To the extent this paragraph contains allegations pertaining to the Defendant, it denies those allegations contained in this paragraph. The Defendant is without sufficient knowledge and information to form a belief as to the truth of the remaining allegations contained in this paragraph.

4. To the extent this paragraph contains allegations pertaining to the Defendant, it denies those allegations contained in this paragraph. The Defendant is without sufficient knowledge and information to form a belief as to the truth of the remaining allegations contained in this paragraph.

5. To the extent this paragraph contains allegations pertaining to the Defendant, it denies those allegations contained in this paragraph. The Defendant is without sufficient knowledge and information to form a belief as to the truth of the remaining allegations contained in this paragraph.

6. To the extent this paragraph contains allegations pertaining to the Defendant, it denies those allegations contained in this paragraph. The Defendant is without sufficient knowledge and information to form a belief as to the truth of the remaining allegations contained in this paragraph.

7. To the extent this paragraph contains allegations pertaining to the Defendant, it denies those allegations contained in this paragraph. The Defendant is without sufficient knowledge and information to form a belief as to the truth of the remaining allegations contained in this paragraph.

8. To the extent this paragraph contains allegations pertaining to the Defendant, it denies those allegations contained in this paragraph. The Defendant is without sufficient knowledge and information to form a belief as to the truth of the remaining allegations contained in this paragraph.

9. To the extent this paragraph contains allegations pertaining to the Defendant, it denies those allegations contained in this paragraph. The Defendant is without sufficient knowledge and information to form a belief as to the truth of the remaining allegations contained in this paragraph.

10. To the extent this paragraph contains allegations pertaining to the Defendant, it denies those allegations contained in this paragraph. The Defendant is without sufficient knowledge and information to form a belief as to the truth of the remaining allegations contained in this paragraph.

11. To the extent this paragraph contains allegations pertaining to the Defendant, it denies those allegations contained in this paragraph. The Defendant is without sufficient knowledge and information to form a belief as to the truth of the remaining allegations contained in this paragraph.

12. To the extent this paragraph contains allegations pertaining to the Defendant, it denies those allegations contained in this paragraph. The Defendant is without sufficient knowledge and information to form a belief as to the truth of the remaining allegations contained in this paragraph.

13. To the extent this paragraph contains allegations pertaining to the Defendant, it denies those allegations contained in this paragraph. The Defendant is without sufficient

knowledge and information to form a belief as to the truth of the remaining allegations contained in this paragraph.

14. To the extent this paragraph contains allegations pertaining to the Defendant, it denies those allegations contained in this paragraph. The Defendant is without sufficient knowledge and information to form a belief as to the truth of the remaining allegations contained in this paragraph.

15. To the extent this paragraph contains allegations pertaining to the Defendant, it denies those allegations contained in this paragraph. The Defendant is without sufficient knowledge and information to form a belief as to the truth of the remaining allegations contained in this paragraph.

16. To the extent this paragraph contains allegations pertaining to the Defendant, it denies those allegations contained in this paragraph. The Defendant is without sufficient knowledge and information to form a belief as to the truth of the remaining allegations contained in this paragraph.

17. To the extent this paragraph contains allegations pertaining to the Defendant, it denies those allegations contained in this paragraph. The Defendant is without sufficient knowledge and information to form a belief as to the truth of the remaining allegations contained in this paragraph.

18. To the extent this paragraph contains allegations pertaining to the Defendant, it denies those allegations contained in this paragraph. The Defendant is without sufficient knowledge and information to form a belief as to the truth of the remaining allegations contained in this paragraph.

19. To the extent this paragraph contains allegations pertaining to the Defendant, it denies those allegations contained in this paragraph. The Defendant is without sufficient knowledge and information to form a belief as to the truth of the remaining allegations contained in this paragraph.

20. To the extent this paragraph contains allegations pertaining to the Defendant, it denies those allegations contained in this paragraph. The Defendant is without sufficient knowledge and information to form a belief as to the truth of the remaining allegations contained in this paragraph.

21. To the extent this paragraph contains allegations pertaining to the Defendant, it denies those allegations contained in this paragraph. The Defendant is without sufficient knowledge and information to form a belief as to the truth of the remaining allegations contained in this paragraph.

22. To the extent this paragraph contains allegations pertaining to the Defendant, it denies those allegations contained in this paragraph. The Defendant is without sufficient knowledge and information to form a belief as to the truth of the remaining allegations contained in this paragraph.

23. To the extent this paragraph contains allegations pertaining to the Defendant, it denies those allegations contained in this paragraph. The Defendant is without sufficient knowledge and information to form a belief as to the truth of the remaining allegations contained in this paragraph.

24. To the extent this paragraph contains allegations pertaining to the Defendant, it denies those allegations contained in this paragraph. The Defendant is without sufficient

knowledge and information to form a belief as to the truth of the remaining allegations contained in this paragraph.

25. To the extent this paragraph contains allegations pertaining to the Defendant, it denies those allegations contained in this paragraph. The Defendant is without sufficient knowledge and information to form a belief as to the truth of the remaining allegations contained in this paragraph.

26. The Defendant is without sufficient knowledge and information to form a belief as to the truth of the allegations contained in this paragraph.

27. The Defendant is without sufficient knowledge and information to form a belief as to the truth of the allegations contained in this paragraph.

28. To the extent this paragraph contains allegations pertaining to the Defendant, it denies those allegations contained in this paragraph. The Defendant is without sufficient knowledge and information to form a belief as to the truth of the remaining allegations contained in this paragraph.

## JURISDICTION AND VENUE

29. The Defendant is without sufficient knowledge and information to form a belief as to the truth of the allegations contained in this paragraph.

30. The Defendant is without sufficient knowledge and information to form a belief as to the truth of the allegations contained in this paragraph.

31. The Defendant is without sufficient knowledge and information to form a belief as to the truth of the allegations contained in this paragraph.

## THE PARTIES

32. To the extent this paragraph contains allegations pertaining to the Defendant, it denies those allegations contained in this paragraph. The Defendant is without sufficient knowledge and information to form a belief as to the truth of the remaining allegations contained in this paragraph.

33. The Defendant admits the allegations contained in this paragraph to the extent they allege that that Defendants James Leahy, Robert Wilson, Theodore Buker and John Vincent Polio were all Braintree police officers.  The Defendant denies the allegations contained in the last sentence of this paragraph.  The Defendant is without sufficient knowledge and information to form a belief as to the truth of the remaining allegations contained in this paragraph.

34. The Defendant admits the allegations contained in the first sentence of this paragraph. The Defendant denies the allegations contained in the last sentence of this paragraph. The Defendant is without sufficient knowledge and information to form a belief as to the truth of the remaining allegations contained in this paragraph.

35. To the extent this paragraph contains allegations pertaining to the Defendant, it denies those allegations contained in this paragraph. The Defendant is without sufficient knowledge and information to form a belief as to the truth of the remaining allegations contained in this paragraph.

36. The Defendant is without sufficient knowledge and information to form a belief as to the truth of the allegations contained in this paragraph.

37. The Defendant is without sufficient knowledge and information to form a belief as to the truth of the allegations contained in this paragraph.

## FACTS

### The LaMonica Murder

38. The Defendant is without sufficient knowledge and information to form a belief as to the truth of the allegations contained in this paragraph.

39. The Defendant is without sufficient knowledge and information to form a belief as to the truth of the allegations contained in this paragraph.

40. To the extent this paragraph contains allegations pertaining to the Defendant, it denies those allegations contained in this paragraph. The Defendant is without sufficient knowledge and information to form a belief as to the truth of the remaining allegations contained in this paragraph.

41. To the extent this paragraph contains allegations pertaining to the Defendant, it denies those allegations contained in this paragraph. The Defendant is without sufficient knowledge and information to form a belief as to the truth of the remaining allegations contained in this paragraph.

42. To the extent this paragraph contains allegations pertaining to the Defendant, it denies those allegations contained in this paragraph. The Defendant is without sufficient knowledge and information to form a belief as to the truth of the remaining allegations contained in this paragraph.

43. The Defendant is without sufficient knowledge and information to form a belief as to the truth of the allegations contained in this paragraph.

44. The Defendant is without sufficient knowledge and information to form a belief as to the truth of the allegations contained in this paragraph.

45. The Defendant is without sufficient knowledge and information to form a belief as to the truth of the allegations contained in this paragraph.

46. The Defendant is without sufficient knowledge and information to form a belief as to the truth of the allegations contained in this paragraph.

**Three Eyewitnesses Gave Physical Descriptions of a Man They Saw at a Distance – None of these Matched Plaintiff**

47. To the extent this paragraph contains allegations pertaining to the Defendant, it denies those allegations contained in this paragraph. The Defendant is without sufficient knowledge and information to form a belief as to the truth of the remaining allegations contained in this paragraph.

48. To the extent this paragraph contains allegations pertaining to the Defendant, it denies those allegations contained in this paragraph. The Defendant is without sufficient knowledge and information to form a belief as to the truth of the remaining allegations contained in this paragraph.

49. The Defendant is without sufficient knowledge and information to form a belief as to the truth of the allegations contained in this paragraph.

50. The Defendant is without sufficient knowledge and information to form a belief as to the truth of the allegations contained in this paragraph.

51. The Defendant is without sufficient knowledge and information to form a belief as to the truth of the allegations contained in this paragraph.

52. The Defendant is without sufficient knowledge and information to form a belief as to the truth of the allegations contained in this paragraph.

53. The Defendant is without sufficient knowledge and information to form a belief as to the truth of the allegations contained in this paragraph.

54. The Defendant is without sufficient knowledge and information to form a belief as to the truth of the allegations contained in this paragraph.

55. The Defendant is without sufficient knowledge and information to form a belief as to the truth of the allegations contained in this paragraph.

56. The Defendant is without sufficient knowledge and information to form a belief as to the truth of the allegations contained in this paragraph.

57. The Defendant is without sufficient knowledge and information to form a belief as to the truth of the allegations contained in this paragraph.

58. The Defendant is without sufficient knowledge and information to form a belief as to the truth of the allegations contained in this paragraph.

59. The Defendant is without sufficient knowledge and information to form a belief as to the truth of the allegations contained in this paragraph.

60. The Defendant is without sufficient knowledge and information to form a belief as to the truth of the allegations contained in this paragraph.

61. The Defendant is without sufficient knowledge and information to form a belief as to the truth of the allegations contained in this paragraph.

62. The Defendant is without sufficient knowledge and information to form a belief as to the truth of the allegations contained in this paragraph.

63. To the extent this paragraph contains allegations pertaining to the Defendant, it denies those allegations contained in this paragraph. The Defendant is without sufficient knowledge and information to form a belief as to the truth of the remaining allegations contained in this paragraph.

64. The Defendant is without sufficient knowledge and information to form a belief as to the truth of the allegations contained in this paragraph.

65. The Defendant is without sufficient knowledge and information to form a belief as to the truth of the allegations contained in this paragraph.

66. The Defendant is without sufficient knowledge and information to form a belief as to the truth of the allegations contained in this paragraph.

67. To the extent this paragraph contains allegations pertaining to the Defendant, it denies those allegations contained in this paragraph. The Defendant is without sufficient knowledge and information to form a belief as to the truth of the remaining allegations contained in this paragraph.

**Eleven People Identify Balliro as the Man in the Composite**

68. The Defendant is without sufficient knowledge and information to form a belief as to the truth of the allegations contained in this paragraph.

69. The Defendant is without sufficient knowledge and information to form a belief as to the truth of the allegations contained in this paragraph.

70. The Defendant is without sufficient knowledge and information to form a belief as to the truth of the allegations contained in this paragraph.

71. The Defendant is without sufficient knowledge and information to form a belief as to the truth of the allegations contained in this paragraph.

72. The Defendant is without sufficient knowledge and information to form a belief as to the truth of the allegations contained in this paragraph.

73. The Defendant is without sufficient knowledge and information to form a belief as to the truth of the allegations contained in this paragraph.

74. The Defendant is without sufficient knowledge and information to form a belief as to the truth of the allegations contained in this paragraph.

75. The Defendant is without sufficient knowledge and information to form a belief as to the truth of the allegations contained in this paragraph.

76. To the extent this paragraph contains allegations pertaining to the Defendant, it denies those allegations contained in this paragraph. The Defendant is without sufficient knowledge and information to form a belief as to the truth of the remaining allegations contained in this paragraph.

77. The Defendant is without sufficient knowledge and information to form a belief as to the truth of the allegations contained in this paragraph.

78. The Defendant is without sufficient knowledge and information to form a belief as to the truth of the allegations contained in this paragraph.

79. The Defendant is without sufficient knowledge and information to form a belief as to the truth of the allegations contained in this paragraph.

80. The Defendant is without sufficient knowledge and information to form a belief as to the truth of the allegations contained in this paragraph.

81. To the extent this paragraph contains allegations pertaining to the Defendant, it denies those allegations contained in this paragraph. The Defendant is without sufficient knowledge and information to form a belief as to the truth of the remaining allegations contained in this paragraph.

82. The Defendant is without sufficient knowledge and information to form a belief as to the truth of the allegations contained in this paragraph.

**Defendants Conducted Suggestive Identification Procedures and Fabricated the Results**

83. The Defendant is without sufficient knowledge and information to form a belief as to the truth of the allegations contained in this paragraph.

84. The Defendant is without sufficient knowledge and information to form a belief as to the truth of the allegations contained in this paragraph.

85. The Defendant is without sufficient knowledge and information to form a belief as to the truth of the allegations contained in this paragraph.

86. The Defendant is without sufficient knowledge and information to form a belief as to the truth of the allegations contained in this paragraph.

87. The Defendant is without sufficient knowledge and information to form a belief as to the truth of the allegations contained in this paragraph.

88. To the extent this paragraph contains allegations pertaining to the Defendant, it denies those allegations contained in this paragraph. The Defendant is without sufficient knowledge and information to form a belief as to the truth of the remaining allegations contained in this paragraph.

89. To the extent this paragraph contains allegations pertaining to the Defendant, it denies those allegations contained in this paragraph. The Defendant is without sufficient knowledge and information to form a belief as to the truth of the remaining allegations contained in this paragraph.

90. To the extent this paragraph contains allegations pertaining to the Defendant, it denies those allegations contained in this paragraph. The Defendant is without sufficient knowledge and information to form a belief as to the truth of the remaining allegations contained in this paragraph.

91. To the extent this paragraph contains allegations pertaining to the Defendant, it denies those allegations contained in this paragraph. The Defendant is without sufficient knowledge and information to form a belief as to the truth of the remaining allegations contained in this paragraph.

92. To the extent this paragraph contains allegations pertaining to the Defendant, it denies those allegations contained in this paragraph. The Defendant is without sufficient knowledge and information to form a belief as to the truth of the remaining allegations contained in this paragraph.

93. To the extent this paragraph contains allegations pertaining to the Defendant, it denies those allegations contained in this paragraph. The Defendant is without sufficient knowledge and information to form a belief as to the truth of the remaining allegations contained in this paragraph.

94. To the extent this paragraph contains allegations pertaining to the Defendant, it denies those allegations contained in this paragraph. The Defendant is without sufficient knowledge and information to form a belief as to the truth of the remaining allegations contained in this paragraph.

95. To the extent this paragraph contains allegations pertaining to the Defendant, it denies those allegations contained in this paragraph. The Defendant is without sufficient knowledge and information to form a belief as to the truth of the remaining allegations contained in this paragraph.

96. To the extent this paragraph contains allegations pertaining to the Defendant, it denies those allegations contained in this paragraph. The Defendant is without sufficient

knowledge and information to form a belief as to the truth of the remaining allegations contained in this paragraph.

97. The Defendant is without sufficient knowledge and information to form a belief as to the truth of the allegations contained in this paragraph.

98. The Defendant is without sufficient knowledge and information to form a belief as to the truth of the allegations contained in this paragraph.

99. To the extent this paragraph contains allegations pertaining to the Defendant, it denies those allegations contained in this paragraph. The Defendant is without sufficient knowledge and information to form a belief as to the truth of the remaining allegations contained in this paragraph.

100.    The Defendant is without sufficient knowledge and information to form a belief as to the truth of the allegations contained in this paragraph.

101.    To the extent this paragraph contains allegations pertaining to the Defendant, it denies those allegations contained in this paragraph. The Defendant is without sufficient knowledge and information to form a belief as to the truth of the remaining allegations contained in this paragraph.

102.    To the extent this paragraph contains allegations pertaining to the Defendant, it denies those allegations contained in this paragraph. The Defendant is without sufficient knowledge and information to form a belief as to the truth of the remaining allegations contained in this paragraph.

103.    To the extent this paragraph contains allegations pertaining to the Defendant, it denies those allegations contained in this paragraph. The Defendant is without sufficient

knowledge and information to form a belief as to the truth of the remaining allegations contained in this paragraph.

104.     To the extent this paragraph contains allegations pertaining to the Defendant, it denies those allegations contained in this paragraph. The Defendant is without sufficient knowledge and information to form a belief as to the truth of the remaining allegations contained in this paragraph.

105.     To the extent this paragraph contains allegations pertaining to the Defendant, it denies those allegations contained in this paragraph. The Defendant is without sufficient knowledge and information to form a belief as to the truth of the remaining allegations contained in this paragraph.

106.     To the extent this paragraph contains allegations pertaining to the Defendant, it denies those allegations contained in this paragraph. The Defendant is without sufficient knowledge and information to form a belief as to the truth of the remaining allegations contained in this paragraph.

107.     To the extent this paragraph contains allegations pertaining to the Defendant, it denies those allegations contained in this paragraph. The Defendant is without sufficient knowledge and information to form a belief as to the truth of the remaining allegations contained in this paragraph.

108.     To the extent this paragraph contains allegations pertaining to the Defendant, it denies those allegations contained in this paragraph. The Defendant is without sufficient knowledge and information to form a belief as to the truth of the remaining allegations contained in this paragraph.

109.     The Defendant is without sufficient knowledge and information to form a belief as to the truth of the allegations contained in this paragraph.

110.     The Defendant is without sufficient knowledge and information to form a belief as to the truth of the allegations contained in this paragraph.

111.     To the extent this paragraph contains allegations pertaining to the Defendant, it denies those allegations contained in this paragraph. The Defendant is without sufficient knowledge and information to form a belief as to the truth of the remaining allegations contained in this paragraph.

112.     To the extent this paragraph contains allegations pertaining to the Defendant, it denies those allegations contained in this paragraph. The Defendant is without sufficient knowledge and information to form a belief as to the truth of the remaining allegations contained in this paragraph.

113.     To the extent this paragraph contains allegations pertaining to the Defendant, it denies those allegations contained in this paragraph. The Defendant is without sufficient knowledge and information to form a belief as to the truth of the remaining allegations contained in this paragraph.

114.     To the extent this paragraph contains allegations pertaining to the Defendant, it denies those allegations contained in this paragraph. The Defendant is without sufficient knowledge and information to form a belief as to the truth of the remaining allegations contained in this paragraph.

**Defendants Fabricated and Suppresses Additional Evidence**

115.     To the extent this paragraph contains allegations pertaining to the Defendant, it denies those allegations contained in this paragraph. The Defendant is without sufficient

knowledge and information to form a belief as to the truth of the remaining allegations contained in this paragraph.

116.    To the extent this paragraph contains allegations pertaining to the Defendant, it denies those allegations contained in this paragraph. The Defendant is without sufficient knowledge and information to form a belief as to the truth of the remaining allegations contained in this paragraph.

117.    To the extent this paragraph contains allegations pertaining to the Defendant, it denies those allegations contained in this paragraph. The Defendant is without sufficient knowledge and information to form a belief as to the truth of the remaining allegations contained in this paragraph.

118.    To the extent this paragraph contains allegations pertaining to the Defendant, it denies those allegations contained in this paragraph. The Defendant is without sufficient knowledge and information to form a belief as to the truth of the remaining allegations contained in this paragraph.

119.    To the extent this paragraph contains allegations pertaining to the Defendant, it denies those allegations contained in this paragraph. The Defendant is without sufficient knowledge and information to form a belief as to the truth of the remaining allegations contained in this paragraph.

120.    To the extent this paragraph contains allegations pertaining to the Defendant, it denies those allegations contained in this paragraph. The Defendant is without sufficient knowledge and information to form a belief as to the truth of the remaining allegations contained in this paragraph.

121.     To the extent this paragraph contains allegations pertaining to the Defendant, it denies those allegations contained in this paragraph. The Defendant is without sufficient knowledge and information to form a belief as to the truth of the remaining allegations contained in this paragraph.

122.     To the extent this paragraph contains allegations pertaining to the Defendant, it denies those allegations contained in this paragraph. The Defendant is without sufficient knowledge and information to form a belief as to the truth of the remaining allegations contained in this paragraph.

123.     To the extent this paragraph contains allegations pertaining to the Defendant, it denies those allegations contained in this paragraph. The Defendant is without sufficient knowledge and information to form a belief as to the truth of the remaining allegations contained in this paragraph.

124.     To the extent this paragraph contains allegations pertaining to the Defendant, it denies those allegations contained in this paragraph. The Defendant is without sufficient knowledge and information to form a belief as to the truth of the remaining allegations contained in this paragraph.

125.     To the extent this paragraph contains allegations pertaining to the Defendant, it denies those allegations contained in this paragraph. The Defendant is without sufficient knowledge and information to form a belief as to the truth of the remaining allegations contained in this paragraph.

126.     To the extent this paragraph contains allegations pertaining to the Defendant, it denies those allegations contained in this paragraph. The Defendant is without sufficient

knowledge and information to form a belief as to the truth of the remaining allegations contained in this paragraph.

127.     To the extent this paragraph contains allegations pertaining to the Defendant, it denies those allegations contained in this paragraph. The Defendant is without sufficient knowledge and information to form a belief as to the truth of the remaining allegations contained in this paragraph.

128.     To the extent this paragraph contains allegations pertaining to the Defendant, it denies those allegations contained in this paragraph. The Defendant is without sufficient knowledge and information to form a belief as to the truth of the remaining allegations contained in this paragraph.

129.     To the extent this paragraph contains allegations pertaining to the Defendant, it denies those allegations contained in this paragraph. The Defendant is without sufficient knowledge and information to form a belief as to the truth of the remaining allegations contained in this paragraph.

130.     To the extent this paragraph contains allegations pertaining to the Defendant, it denies those allegations contained in this paragraph. The Defendant is without sufficient knowledge and information to form a belief as to the truth of the remaining allegations contained in this paragraph.

131.     To the extent this paragraph contains allegations pertaining to the Defendant, it denies those allegations contained in this paragraph. The Defendant is without sufficient knowledge and information to form a belief as to the truth of the remaining allegations contained in this paragraph.

132.     To the extent this paragraph contains allegations pertaining to the Defendant, it denies those allegations contained in this paragraph. The Defendant is without sufficient knowledge and information to form a belief as to the truth of the remaining allegations contained in this paragraph.

**For Over Three Decades, Defendants Hid
Exculpatory Evidence from Plaintiff**

133.     To the extent this paragraph contains allegations pertaining to the Defendant, it denies those allegations contained in this paragraph. The Defendant is without sufficient knowledge and information to form a belief as to the truth of the remaining allegations contained in this paragraph.

134.     The Defendant is without sufficient knowledge and information to form a belief as to the truth of the allegations contained in this paragraph.

135.     To the extent this paragraph contains allegations pertaining to the Defendant, it denies those allegations contained in this paragraph. The Defendant is without sufficient knowledge and information to form a belief as to the truth of the remaining allegations contained in this paragraph.

136.     The Defendant denies the allegations contained in this paragraph.

137.     The Defendant denies the allegations contained in this paragraph.

138.     To the extent this paragraph contains allegations pertaining to the Defendant, it denies those allegations contained in this paragraph. The Defendant is without sufficient knowledge and information to form a belief as to the truth of the remaining allegations contained in this paragraph.

139.     To the extent this paragraph contains allegations pertaining to the Defendant, it denies those allegations contained in this paragraph. The Defendant is without sufficient

knowledge and information to form a belief as to the truth of the remaining allegations contained in this paragraph.

140.    To the extent this paragraph contains allegations pertaining to the Defendant, it denies those allegations contained in this paragraph. The Defendant is without sufficient knowledge and information to form a belief as to the truth of the remaining allegations contained in this paragraph.

**In 2010, a Public Records Request
Results in the First Disclosure of the Balliro Evidence**

141.    To the extent this paragraph contains allegations pertaining to the Defendant, it denies those allegations contained in this paragraph. The Defendant is without sufficient knowledge and information to form a belief as to the truth of the remaining allegations contained in this paragraph.

142.    To the extent this paragraph contains allegations pertaining to the Defendant, it denies those allegations contained in this paragraph. The Defendant is without sufficient knowledge and information to form a belief as to the truth of the remaining allegations contained in this paragraph.

143.    The Defendant is without sufficient knowledge and information to form a belief as to the truth of the allegations contained in this paragraph.

144.    To the extent this paragraph contains allegations pertaining to the Defendant, it denies those allegations contained in this paragraph. The Defendant is without sufficient knowledge and information to form a belief as to the truth of the remaining allegations contained in this paragraph.

145.    To the extent this paragraph contains allegations pertaining to the Defendant, it denies those allegations contained in this paragraph. The Defendant is without sufficient

knowledge and information to form a belief as to the truth of the remaining allegations contained in this paragraph.

146.     To the extent this paragraph contains allegations pertaining to the Defendant, it denies those allegations contained in this paragraph. The Defendant is without sufficient knowledge and information to form a belief as to the truth of the remaining allegations contained in this paragraph.

147.     The Defendant is without sufficient knowledge and information to form a belief as to the truth of the allegations contained in this paragraph.

148.     The Defendant is without sufficient knowledge and information to form a belief as to the truth of the allegations contained in this paragraph.

149.     The Defendant is without sufficient knowledge and information to form a belief as to the truth of the allegations contained in this paragraph.

150.     The Defendant is without sufficient knowledge and information to form a belief as to the truth of the allegations contained in this paragraph.

151.     The Defendant is without sufficient knowledge and information to form a belief as to the truth of the allegations contained in this paragraph.

**There Has Never Been any Credible Evidence
Tying Plaintiff to the Murder**

152.     The Defendant is without sufficient knowledge and information to form a belief as to the truth of the allegations contained in this paragraph.

153.     The Defendant is without sufficient knowledge and information to form a belief as to the truth of the allegations contained in this paragraph.

154.     To the extent this paragraph contains allegations pertaining to the Defendant, it denies those allegations contained in this paragraph. The Defendant is without sufficient

knowledge and information to form a belief as to the truth of the remaining allegations contained in this paragraph.

155.     To the extent this paragraph contains allegations pertaining to the Defendant, it denies those allegations contained in this paragraph. The Defendant is without sufficient knowledge and information to form a belief as to the truth of the remaining allegations contained in this paragraph.

**Plaintiff's Arrest, Wrongful Conviction and Imprisonment**

156.     To the extent this paragraph contains allegations pertaining to the Defendant, it denies those allegations contained in this paragraph. The Defendant is without sufficient knowledge and information to form a belief as to the truth of the remaining allegations contained in this paragraph.

157.     To the extent this paragraph contains allegations pertaining to the Defendant, it denies those allegations contained in this paragraph. The Defendant is without sufficient knowledge and information to form a belief as to the truth of the remaining allegations contained in this paragraph.

158.     To the extent this paragraph contains allegations pertaining to the Defendant, it denies those allegations contained in this paragraph. The Defendant is without sufficient knowledge and information to form a belief as to the truth of the remaining allegations contained in this paragraph.

159.     The Defendant is without sufficient knowledge and information to form a belief as to the truth of the allegations contained in this paragraph.

160.     The Defendant is without sufficient knowledge and information to form a belief as to the truth of the allegations contained in this paragraph.

161.     To the extent this paragraph contains allegations pertaining to the Defendant, it denies those allegations contained in this paragraph. The Defendant is without sufficient knowledge and information to form a belief as to the truth of the remaining allegations contained in this paragraph.

162.     To the extent this paragraph contains allegations pertaining to the Defendant, it denies those allegations contained in this paragraph. The Defendant is without sufficient knowledge and information to form a belief as to the truth of the remaining allegations contained in this paragraph.

163.     To the extent this paragraph contains allegations pertaining to the Defendant, it denies those allegations contained in this paragraph. The Defendant is without sufficient knowledge and information to form a belief as to the truth of the remaining allegations contained in this paragraph.

164.     To the extent this paragraph contains allegations pertaining to the Defendant, it denies those allegations contained in this paragraph. The Defendant is without sufficient knowledge and information to form a belief as to the truth of the remaining allegations contained in this paragraph.

165.     The Defendant is without sufficient knowledge and information to form a belief as to the truth of the allegations contained in this paragraph.

166.     The Defendant is without sufficient knowledge and information to form a belief as to the truth of the allegations contained in this paragraph.

167.     To the extent this paragraph contains allegations pertaining to the Defendant, it denies those allegations contained in this paragraph. The Defendant is without sufficient

knowledge and information to form a belief as to the truth of the remaining allegations contained in this paragraph.

168.     To the extent this paragraph contains allegations pertaining to the Defendant, it denies those allegations contained in this paragraph. The Defendant is without sufficient knowledge and information to form a belief as to the truth of the remaining allegations contained in this paragraph.

**Plaintiff's Damages**

169.     The Defendant is without sufficient knowledge and information to form a belief as to the truth of the allegations contained in this paragraph.

170.     To the extent this paragraph contains allegations pertaining to the Defendant, it denies those allegations contained in this paragraph. The Defendant is without sufficient knowledge and information to form a belief as to the truth of the remaining allegations contained in this paragraph.

171.     The Defendant is without sufficient knowledge and information to form a belief as to the truth of the allegations contained in this paragraph.

172.     The Defendant is without sufficient knowledge and information to form a belief as to the truth of the allegations contained in this paragraph.

173.     To the extent this paragraph contains allegations pertaining to the Defendant, it denies those allegations contained in this paragraph. The Defendant is without sufficient knowledge and information to form a belief as to the truth of the remaining allegations contained in this paragraph.

174.     To the extent this paragraph contains allegations pertaining to the Defendant, it denies those allegations contained in this paragraph. The Defendant is without sufficient

knowledge and information to form a belief as to the truth of the remaining allegations contained in this paragraph.

175.    To the extent this paragraph contains allegations pertaining to the Defendant, it denies those allegations contained in this paragraph. The Defendant is without sufficient knowledge and information to form a belief as to the truth of the remaining allegations contained in this paragraph.

176.    To the extent this paragraph contains allegations pertaining to the Defendant, it denies those allegations contained in this paragraph. The Defendant is without sufficient knowledge and information to form a belief as to the truth of the remaining allegations contained in this paragraph.

177.    The Defendant is without sufficient knowledge and information to form a belief as to the truth of the allegations contained in this paragraph.

178.    To the extent this paragraph contains allegations pertaining to the Defendant, it denies those allegations contained in this paragraph. The Defendant is without sufficient knowledge and information to form a belief as to the truth of the remaining allegations contained in this paragraph.

179.    To the extent this paragraph contains allegations pertaining to the Defendant, it denies those allegations contained in this paragraph. The Defendant is without sufficient knowledge and information to form a belief as to the truth of the remaining allegations contained in this paragraph.

**Plaintiff's Exoneration**

180.    The Defendant is without sufficient knowledge and information to form a belief as to the truth of the allegations contained in this paragraph.

181.    The Defendant is without sufficient knowledge and information to form a belief as to the truth of the allegations contained in this paragraph.

182.    The Defendant is without sufficient knowledge and information to form a belief as to the truth of the allegations contained in this paragraph.

183.    To the extent this paragraph contains allegations pertaining to the Defendant, it denies those allegations contained in this paragraph. The Defendant is without sufficient knowledge and information to form a belief as to the truth of the remaining allegations contained in this paragraph.

**COUNT I**
**42 U.S.C. § 1983 – Due Process**

184.    The Defendant repeats and realleges his answers to Paragraphs 1 through 183 above.

185.    To the extent this paragraph contains allegations pertaining to the Defendant, it denies those allegations contained in this paragraph. The Defendant is without sufficient knowledge and information to form a belief as to the truth of the remaining allegations contained in this paragraph.

186.    To the extent this paragraph contains allegations pertaining to the Defendant, it denies those allegations contained in this paragraph. The Defendant is without sufficient knowledge and information to form a belief as to the truth of the remaining allegations contained in this paragraph.

187.    To the extent this paragraph contains allegations pertaining to the Defendant, it denies those allegations contained in this paragraph. The Defendant is without sufficient knowledge and information to form a belief as to the truth of the remaining allegations contained in this paragraph.

188.     To the extent this paragraph contains allegations pertaining to the Defendant, it denies those allegations contained in this paragraph. The Defendant is without sufficient knowledge and information to form a belief as to the truth of the remaining allegations contained in this paragraph.

189.     To the extent this paragraph contains allegations pertaining to the Defendant, it denies those allegations contained in this paragraph. The Defendant is without sufficient knowledge and information to form a belief as to the truth of the remaining allegations contained in this paragraph.

190.     To the extent this paragraph contains allegations pertaining to the Defendant, it denies those allegations contained in this paragraph. The Defendant is without sufficient knowledge and information to form a belief as to the truth of the remaining allegations contained in this paragraph.

191.     To the extent this paragraph contains allegations pertaining to the Defendant, it denies those allegations contained in this paragraph. The Defendant is without sufficient knowledge and information to form a belief as to the truth of the remaining allegations contained in this paragraph.

192.     To the extent this paragraph contains allegations pertaining to the Defendant, it denies those allegations contained in this paragraph. The Defendant is without sufficient knowledge and information to form a belief as to the truth of the remaining allegations contained in this paragraph.

193.     To the extent this paragraph contains allegations pertaining to the Defendant, it denies those allegations contained in this paragraph. The Defendant is without sufficient

knowledge and information to form a belief as to the truth of the remaining allegations contained in this paragraph.

194.     To the extent this paragraph contains allegations pertaining to the Defendant, it denies those allegations contained in this paragraph. The Defendant is without sufficient knowledge and information to form a belief as to the truth of the remaining allegations contained in this paragraph.

195.     The Defendant denies the allegations contained in this paragraph.

196.     The Defendant denies the allegations contained in this paragraph.

197.     The Defendant denies the allegations contained in this paragraph.

198.     The Defendant is without sufficient knowledge and information to form a belief as to the truth of the allegations contained in this paragraph.

199.     The Defendant is without sufficient knowledge and information to form a belief as to the truth of the allegations contained in this paragraph.

200.     The Defendant denies the allegations contained in this paragraph.

201.     The Defendant denies the allegations contained in this paragraph.

202.     The Defendant denies the allegations contained in this paragraph.

203.     The Defendant denies the allegations contained in this paragraph.

204.     The Defendant admits the allegations contained in this paragraph to the extent they allege that John Vincent Polio was the chief of the Braintree Police Department in 1980.  The Defendant is without sufficient knowledge and information to form a belief as to the truth of the remaining allegations contained in this paragraph.

205.     The Defendant is without sufficient knowledge and information to form a belief as to the truth of the allegations contained in this paragraph.

206.     The Defendant is without sufficient knowledge and information to form a belief as to the truth of the allegations contained in this paragraph.

207.     The Defendant is without sufficient knowledge and information to form a belief as to the truth of the allegations contained in this paragraph.

208.     The Defendant denies the allegations contained in this paragraph.

209.     The Defendant denies the allegations contained in this paragraph.

210.     The Defendant denies the allegations contained in this paragraph.

211.     The Defendant denies the allegations contained in this paragraph.

212.     To the extent this paragraph contains allegations pertaining to the Defendant, it denies those allegations contained in this paragraph. The Defendant is without sufficient knowledge and information to form a belief as to the truth of the remaining allegations contained in this paragraph.

213.     The Defendant denies the allegations contained in this paragraph.

214.     The Defendant denies the allegations contained in this paragraph.

215.     To the extent this paragraph contains allegations pertaining to the Defendant, it denies those allegations contained in this paragraph. The Defendant is without sufficient knowledge and information to

216.     The Defendant is without sufficient knowledge and information to form a belief as to the truth of the allegations contained in this paragraph.

217.     The Defendant denies the allegations contained in this paragraph.

218.     The Defendant denies the allegations contained in this paragraph.

219.     The Defendant denies the allegations contained in this paragraph.

**WHEREFORE,** the Defendant demands that judgment be entered in his favor with interest, fees and costs awarded to him.

## COUNT II
### 42 U.S.C. § 1983 – Federal Malicious Prosecution

220.     The Defendant repeats and realleges his answers to Paragraphs 1 through 219 above.

221.     To the extent this paragraph contains allegations pertaining to the Defendant, it denies those allegations contained in this paragraph. The Defendant is without sufficient knowledge and information to form a belief as to the truth of the remaining allegations contained in this paragraph.

222.     To the extent this paragraph contains allegations pertaining to the Defendant, it denies those allegations contained in this paragraph. The Defendant is without sufficient knowledge and information to form a belief as to the truth of the remaining allegations contained in this paragraph.

223.     To the extent this paragraph contains allegations pertaining to the Defendant, it denies those allegations contained in this paragraph. The Defendant is without sufficient knowledge and information to form a belief as to the truth of the remaining allegations contained in this paragraph.

224.     To the extent this paragraph contains allegations pertaining to the Defendant, it denies those allegations contained in this paragraph. The Defendant is without sufficient knowledge and information to form a belief as to the truth of the remaining allegations contained in this paragraph.

225.     To the extent this paragraph contains allegations pertaining to the Defendant, it denies those allegations contained in this paragraph. The Defendant is without sufficient

knowledge and information to form a belief as to the truth of the remaining allegations contained in this paragraph.

226.     To the extent this paragraph contains allegations pertaining to the Defendant, it denies those allegations contained in this paragraph. The Defendant is without sufficient knowledge and information to form a belief as to the truth of the remaining allegations contained in this paragraph.

227.     To the extent this paragraph contains allegations pertaining to the Defendant, it denies those allegations contained in this paragraph. The Defendant is without sufficient knowledge and information to form a belief as to the truth of the remaining allegations contained in this paragraph.

228.     The Defendant is without sufficient knowledge and information to form a belief as to the truth of the allegations contained in this paragraph.

229.     To the extent this paragraph contains allegations pertaining to the Defendant, it denies those allegations contained in this paragraph. The Defendant is without sufficient knowledge and information to form a belief as to the truth of the remaining allegations contained in this paragraph.

**WHEREFORE,** the Defendant demands that judgment be entered in his favor with interest, fees and costs awarded to him.

### COUNT III
### 42 U.S.C. § 1983 – Conspiracy to Deprive Constitutional Rights

230.     The Defendant repeats and realleges his answers to Paragraphs 1 through 229 above.

231.     To the extent this paragraph contains allegations pertaining to the Defendant, it denies those allegations contained in this paragraph. The Defendant is without sufficient

knowledge and information to form a belief as to the truth of the remaining allegations contained in this paragraph.

232.	To the extent this paragraph contains allegations pertaining to the Defendant, it denies those allegations contained in this paragraph. The Defendant is without sufficient knowledge and information to form a belief as to the truth of the remaining allegations contained in this paragraph.

233.	To the extent this paragraph contains allegations pertaining to the Defendant, it denies those allegations contained in this paragraph. The Defendant is without sufficient knowledge and information to form a belief as to the truth of the remaining allegations contained in this paragraph.

234.	To the extent this paragraph contains allegations pertaining to the Defendant, it denies those allegations contained in this paragraph. The Defendant is without sufficient knowledge and information to form a belief as to the truth of the remaining allegations contained in this paragraph.

235.	To the extent this paragraph contains allegations pertaining to the Defendant, it denies those allegations contained in this paragraph. The Defendant is without sufficient knowledge and information to form a belief as to the truth of the remaining allegations contained in this paragraph.

236.	To the extent this paragraph contains allegations pertaining to the Defendant, it denies those allegations contained in this paragraph. The Defendant is without sufficient knowledge and information to form a belief as to the truth of the remaining allegations contained in this paragraph.

**WHEREFORE,** the Defendant demands that judgment be entered in his favor with interest, fees and costs awarded to him.

### COUNT IV
### 42 U.S.C. § 1983 – Failure to Intervene

237.     The Defendant repeats and realleges his answers to Paragraphs 1 through 236 above.

238.     To the extent this paragraph contains allegations pertaining to the Defendant, it denies those allegations contained in this paragraph. The Defendant is without sufficient knowledge and information to form a belief as to the truth of the remaining allegations contained in this paragraph.

239.     To the extent this paragraph contains allegations pertaining to the Defendant, it denies those allegations contained in this paragraph. The Defendant is without sufficient knowledge and information to form a belief as to the truth of the remaining allegations contained in this paragraph.

240.     To the extent this paragraph contains allegations pertaining to the Defendant, it denies those allegations contained in this paragraph. The Defendant is without sufficient knowledge and information to form a belief as to the truth of the remaining allegations contained in this paragraph.

241.     To the extent this paragraph contains allegations pertaining to the Defendant, it denies those allegations contained in this paragraph. The Defendant is without sufficient knowledge and information to form a belief as to the truth of the remaining allegations contained in this paragraph.

242.     To the extent this paragraph contains allegations pertaining to the Defendant, it denies those allegations contained in this paragraph. The Defendant is without sufficient

knowledge and information to form a belief as to the truth of the remaining allegations contained in this paragraph.

**WHEREFORE,** the Defendant demands that judgment be entered in his favor with interest, fees and costs awarded to him.

## COUNT V
### Intentional Infliction of Emotional Distress

243.    To the extent this paragraph contains allegations pertaining to the Defendant, he denies those allegations contained in this paragraph. The Defendant is without sufficient knowledge and information to form a belief as to the truth of the remaining allegations contained in this paragraph.

244.    To the extent this paragraph contains allegations pertaining to the Defendant, he denies those allegations contained in this paragraph. The Defendant is without sufficient knowledge and information to form a belief as to the truth of the remaining allegations contained in this paragraph.

245.    To the extent this paragraph contains allegations pertaining to the Defendant, he denies those allegations contained in this paragraph. The Defendant is without sufficient knowledge and information to form a belief as to the truth of the remaining allegations contained in this paragraph.

246.    To the extent this paragraph contains allegations pertaining to the Defendant, he denies those allegations contained in this paragraph. The Defendant is without sufficient knowledge and information to form a belief as to the truth of the remaining allegations contained in this paragraph.

247.    To the extent this paragraph contains allegations pertaining to the Defendant, he denies those allegations contained in this paragraph. The Defendant is without sufficient

knowledge and information to form a belief as to the truth of the remaining allegations contained in this paragraph.

248.     To the extent this paragraph contains allegations pertaining to the Defendant, he denies those allegations contained in this paragraph. The Defendant is without sufficient knowledge and information to form a belief as to the truth of the remaining allegations contained in this paragraph.

249.     To the extent this paragraph contains allegations pertaining to the Defendant, he denies those allegations contained in this paragraph. The Defendant is without sufficient knowledge and information to form a belief as to the truth of the remaining allegations contained in this paragraph.

**WHEREFORE,** the Defendant demands that judgment be entered in his favor with interest, fees and costs awarded to him.


## AFFIRMATIVE DEFENSES

### First Affirmative Defense

Each of the claims included within Plaintiff's Complaint must be dismissed for failure to state a claim upon which relief may be granted.

### Second Affirmative Defense

The Plaintiff's claims must be dismissed because he has failed to comply with the applicable statutes of limitations.

### Third Affirmative Defense

The Defendant is entitled to qualified immunity and is therefore immune from suit in this matter.

### Fourth Affirmative Defense

The Plaintiff's claims are barred by lack of standing.

### Fifth Affirmative Defense

Plaintiff's claims against the Defendant are barred under the principles of res judicata, issue preclusion, claim preclusion and estoppel.

### Sixth Affirmative Defense

Plaintiff has failed to mitigate his damages.


### JURY DEMAND

The Defendant, Town of Braintree, demands a trial by jury on all counts so triable.

\* \* \*

### DEFENDANT TOWN OF BRAINTREE'S COUNTERCLAIM AGAINST PLAINTIFF FREDERICK WEICHEL SEEKING DECLARATORY JUDGMENT

### COUNT I
### Declaratory Judgment

1. The Plaintiff has named as defendants in this action, John Vincent Polio, Robert Wilson, and Theodore Buker (collectively, "Deceased Braintree Defendants").

2. Each of these individually named defendants is deceased.

3. Theodore Buker passed away in or about September 1993.  Robert Wilson passed away in or about October 2006. Vincent Polio passed away in or about December 2010.

4. Each of the Deceased Braintree Defendants was formerly employed by the Town of Braintree as a member of the Town of Braintree Police Department.

5. Pursuant to M.G.L. c. 190B, § 3-803(a), a plaintiff may not bring an action against a deceased's estate or its personal representative "unless such action is commenced within one year after the date of the death of the deceased."

6. Plaintiff filed the instant action on or about August 3, 2020, long after date of the death of each of the Deceased Braintree Defendants.

7. Pursuant to G.L. c. 190B, § 3-803(d)(2) a plaintiff may pursue claims for personal injury or death:

> "if commenced more than 1 year after the date of death of the decedent, brought against the personal representative; provided further, that the action is commenced not later than 3 years after the cause of action accrues; and provided further, that *a judgment recovered in that action shall only be satisfied from the proceeds of a policy of liability bond or liability insurance, if any, and not from the general assets of the estate*; and provided further, that if a personal representative has not been appointed, then an action otherwise allowed pursuant to this chapter may be maintained without such appointment, and *shall be maintained naming the decedent as the defendant; and provided further, that in that event any service of process that may be necessary shall be made upon the entity providing the insurance or bond*."  (Emphasis added).  G.L. c. 190B, § 3-803(d)(2).

8. Plaintiff does not assert claims against the estates of any of the Deceased Braintree Defendants.

9. Rather, Plaintiff is pursuing all claims asserted against the Deceased Braintree Defendants "in-name-only" pursuant to G.L. c. 190B, § 3-803(d)(2).

10. Plaintiff has sought to serve the requisite process required by Fed. R. Civ. P. 4 upon the Deceased Braintree Defendants by making service upon the Town of Braintree through the Town's Clerk.

11. In order for Plaintiff to pursue any of his claims against the Deceased Braintree Defendants "in-name-only" by making service of process upon the Town of Braintree under § 3-803(d)(2), he bears the burden of showing, among other things, that: 1) a

judgment recovered against the Deceased Braintree Defendants shall be satisfied from the proceeds of a policy of liability bond or liability insurance, and 2) the Town of Braintree is the entity providing the bond or insurance.

12. The Town of Braintree is not an entity providing a policy of liability bond to the Deceased Braintree Defendants, the proceeds of which may satisfy any judgment potentially recoverable against them in this action.  An actual controversy exists with respect to this issue.

13. The Town of Braintree is not an insurer and is not an entity providing liability insurance to the Deceased Braintree Defendants, the proceeds of which may satisfy any judgment potentially recoverable against them in this action.  An actual controversy exists with respect to this issue.

14. The Town of Braintree is not otherwise obligated to satisfy any judgment potentially recoverable against the Deceased Braintree Defendants in this action.

15. This Court has standing and jurisdiction to declare the rights and other legal relations of any interested party seeking such declaration pursuant to Federal Declaratory Judgment Act, 28 U.S.C. § 2201 and M.G.L. c. 231A.

16. Here, there exists a dispute which is definite and concrete, touching the legal relations of parties having adverse legal interests.

17. Wherefore, the Defendant Town of Braintree requests that this Honorable Court enter declaratory judgment in its favor that the Town of Braintree is not an entity providing a policy of liability bond or liability insurance to the Deceased Braintree Defendants under G.L. c. 190B, § 3-803(d)(2).

**WHEREFORE,** the Town of Braintree demands that declaratory judgment be entered in its favor with interest, fees and costs awarded to it.

### JURY DEMAND

The Defendant, Town of Braintree, demands a trial by jury on all counts so triable.

Respectfully submitted,
Defendant,
Town of Braintree,
By its attorney,

*/s/ Evan C. Ouellette*
Evan C. Ouellette, BBO #655934
BRODY, HARDOON, PERKINS & KESTEN, LLP
699 Boylston Street
Boston, MA 02116
(617) 880-7100
eouellette@bhpklaw.com

Dated:  March 23, 2022

### CERTIFICATE OF SERVICE

I hereby certify that this document was filed through the ECF system and will therefore be sent electronically to the registered participants as identified on the Notice of Electric Filing (NEF) and paper copies will be sent to those participants indicated as non-registered participants.

*/s/ Evan C. Ouellette*
Evan C. Ouellette, BBO #655934

Dated:  March 23, 2022