UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO.: 1:20-cv-11456

FREDERICK WEICHEL,
     Plaintiff,

v.

TOWN OF BRAINTREE, BRAINTREE
POLICE CHIEF JOHN VINCENT POLIO,
BRAINTREE POLICE OFFICERS JAMES
LEAHY, ROBERT WILSON, THEODORE
BUKER, and UNKNOWN BRAINTREE
POLICE OFFICERS, ESTATE OF BOSTON
POLICE OFFICER EDWARD WALSH.
BOSTON POLICE OFFICER WALTER
DERBY, MASSACHUSETTS, and STATE
POLICE OFFICERS JOHN R. SPRAGUE and
EDWARD WHELAN,

     Defendants.

## DEFENDANT TOWN OF BRAINTREE'S ASSENTED TO MOTION TO TAKE DEPOSITIONS OF WITNESSES PURSUANT TO FED. R. CIV. P. 30(a)(2)(b)

NOW COMES the Defendant, Town of Braintree, in the above-captioned matter and hereby moves this Honorable Court for an order allowing it to take the depositions of three incarcerated witnesses pursuant to Federal Rules of Civil Procedure 30(a)(2)(b) before the close of discovery.

As grounds, the Defendant states that Patrick O'Shea, Floyd Hamilton and James Ridge are all currently incarcerated in MCI-Norfolk in Norfolk, MA and it is anticipated that they will remain at MCI-Norfolk for the foreseeable future.  The parties would like to take the depositions of O'Shea, Hamilton and Ridge prior to the expiration of the discovery deadline on December 21, 2022 and will work together to schedule the depositions, pending the Court's approval.

1

O'Shea, Hamilton and Ridge purport to be individuals who were incarcerated with both Plaintiff and Rocco Balliro and Plaintiff has identified them as individuals who possess information relevant to his claims.  Depositions of these witnesses are necessary to the defense of the matter and the defendant Town of Braintree will be prejudiced without the ability to inquire of these witnesses.  Counsel for all parties in this matter assent to this motion

WHEREFORE, the Defendant respectfully requests that this Honorable Court enter an order allowing it to take the depositions of Patrick O'Shea, Floyd Hamilton and James Ridge at MCI-Norfolk in Norfolk, MA prior to the close of discovery in this matter. A proposed order is attached as **Exhibit A.**

Respectfully submitted,

The Defendant,
TOWN OF BRAINTREE
By its attorney,

/s/ Evan C. Ouellette
Evan C. Ouellette, BBO# 655934
Brody, Hardoon, Perkins & Kesten, LLP
699 Boylston Street
Boston, MA 02116
(617) 880-7100
eouellette@bhpklaw.com

DATED: May 23, 2022

**CERTIFICATE OF SERVICE**

I hereby certify that this document was filed through the ECF system and will therefore be sent electronically to the registered participants as identified on the Notice of Electric Filing (NEF) and paper copies will be sent to those participants indicated as non-registered participants.

/s/Evan C. Ouellette
Evan C. Ouellette, BBO# 655934

Dated: May 23, 2022