UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

Civil Action No.: 1:20-cv-11456

| |
|---|
| FREDERICK WEICHEL, <br><br>  Plaintiff, <br><br> v. <br><br> TOWN OF BRAINTREE, BRAINTREE POLICE CHIEF JOHN VINCENT POLIO, BRAINTREE POLICE OFFICERS JAMES LEAHY, ESTATE OF ROBERT WILSON, ESTATE OF THEODORE BUKER, and UNKNOWN BRAINTREE POLICE OFFICERS, ESTATES OF BOSTON POLICE OFFICERS EDWARD WALSH and WALTER DERBY, CITY OF BOSTON, MASSACHUSETTS, and STATE POLICE OFFICERS JOHN R. SPRAGUE and EDWARD WHELAN, <br><br>  Defendants. |

## SUGGESTION OF DEATH

In accordance with Rule 25(a)(1), the Defendant, Town of Braintree, hereby suggests the death of James Leahy during the pendency of this action, with his death occurring on August 28, 2022.

[signature on following page]

Respectfully submitted,
The Defendant,
The Town of Braintree,
By its attorneys,

*/s/ Jaclyn R. Munson*
Leonard H. Kesten, BBO# 542042
Thomas R. Donohue, BBO# 643483
Jaclyn R. Munson, BBO #703747
BRODY, HARDOON, PERKINS & KESTEN, LLP
699 Boylston Street, 12th Floor
Boston, MA 02116
(617) 880-7100
lkesten@bhpklaw.com
tdonohue@bhpklaw.com
jmunson@bhpklaw.com

DATED: January 5, 2023

## **CERTIFICATE OF SERVICE**

I hereby certify that this document was filed through the ECF system and will therefore be sent electronically to the registered participants as identified on the Notice of Electric Filing (NEF) and paper copies will be sent this day to those participants indicated as non-registered participants.

*/s/ Jaclyn R. Munson*
Jaclyn R. Munson

DATED: January 5, 2023