UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

Civil Action No.: 1:20-cv-11456-IT

FREDERICK WEICHEL,

    Plaintiff,

v.

TOWN OF BRAINTREE, BRAINTREE POLICE CHIEF JOHN VINCENT POLIO, BRAINTREE POLICE OFFICERS JAMES LEAHY, ESTATE OF ROBERT WILSON, ESTATE OF THEODORE BUKER, and UNKNOWN BRAINTREE POLICE OFFICERS, ESTATES OF BOSTON POLICE OFFICERS EDWARD WALSH and WALTER DERBY, CITY OF BOSTON, MASSACHUSETTS, and STATE POLICE OFFICERS JOHN R. SPRAGUE and EDWARD WHELAN,

    Defendants.

## AFFIDAVIT OF COUNSEL REGARDING COMPLIANCE WITH COURT'S ORDER OF MAY 9, 2023

I, Thomas R. Donohue, depose and state the following:

1. I am counsel for the Defendant Town of Braintree.

2. Attorneys at my firm previously represented the Defendant James Leahy, Sr., until the time of his death.

3. Pursuant to the Court's Order of May 9, 2023 (Document 187), I certify by this affidavit that I have complied with the Court's order by the following:

    a. On May 12, 2023, my office mailed a copy of the Court's Order (Document 177) and Amended Complaint (Document 93) to Mr. Leahy,

        Jr. to the address my firm has for him. This was done via Certified Mail, #7010 0290 0001 3921 4207.

    b.    On May 12, 2023, my office also emailed to Mr. Leahy, Jr. a copy of the Court's Order and Amended Complaint.

    c.    Finally, on May 12, 2023, I left a voicemail message for Mr. Leahy, Jr. asking him to contact me.

4.    Accordingly, I believe that I have fully complied with the Court's instructions contained in the Order of May 9, 2023 regarding notice to Mr. Leahy, Jr.

SIGNED under the pains and penalties of perjury, this 12th day of May, 2023.

        /s/ *Thomas R. Donohue*
        Thomas R. Donohue, BBO# 643483

## CERTIFICATE OF SERVICE

      I hereby certify that this document was filed through the ECF system and will therefore be sent electronically to the registered participants as identified on the Notice of Electric Filing (NEF) and paper copies will be sent to those participants indicated as non-registered participants.

                                          /s/ *Thomas R. Donohue*
                                          Thomas R. Donohue, BBO# 643483

DATED: May 12, 2023