UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| FREDERICK WEICHEL,<br><br>    Plaintiff,<br><br>    v.<br><br>TOWN OF BRAINTREE, *et al.*,<br><br>    Defendants. | Case No. 20-CV-11456-IT |

## ASSENTED-TO MOTION FOR A PRIVACY ACT ORDER

Non-party the United States of America respectfully moves this Honorable Court to enter the proposed Privacy Act Order, attached as Exhibit 1 hereto, as an order of the Court. The parties to this action have consented to the proposed Privacy Act Order.

In support thereof, the government states as follows:

1. Plaintiff issued a third-party subpoena to the Federal Bureau of Investigation ("FBI") pursuant to Federal Rule of Civil Procedure 45.

2. The United States considers the materials responsive to the subpoena to be subject to the Privacy Act, 5 U.S.C. § 552a. The Privacy Act prohibits the federal government, including the FBI, from releasing records subject to the Act, except under certain circumstances, including a court order. 5 U.S.C. § 552a(b)(11).

3. To balance compliance with the plaintiff's subpoena and the prohibitions of the Privacy Act, the plaintiff and the United States have negotiated the attached Privacy Act Order, which would permit the government to produce the materials subject to the Privacy Act, allow the parties to use the materials produced by the United States, but otherwise bar widespread disclosure of these Privacy Act-covered materials. Thus, the proposed order would protect

confidential information, including that which may be covered by the Privacy Act of 1974, 5 U.S.C. § 552a.

4. The plaintiff and the defendants assent to the entry of the proposed order.

WHEREFORE, non-party the United States of America requests that this Court enter the attached proposed Privacy Act Order as an Order of the Court.

Date: September 13, 2023                                Respectfully submitted,

                                               UNITED STATES OF AMERICA

                                               By its attorney,

                                               JOSHUA S. LEVY
                                               Acting United States Attorney

                                               */s/ Andrew A. Caffrey, III*
                                               Andrew A. Caffrey, III
                                               Assistant U.S. Attorney
                                               United States Attorney's Office
                                               1 Courthouse Way, Suite 9200
                                               Boston, Massachusetts  02210
                                               (617) 748-3100
                                               Andrew.Caffrey@usdoj.gov

## LOCAL RULE 7.1(a)(2) CERTIFICATION

I hereby certify that I conferred with counsel for plaintiff and defendants regarding the relief sought in this Motion, and the parties each gave their consent.

                                               */s/ Andrew A. Caffrey, III*
                                               Andrew A. Caffrey, III
                                               Assistant U.S. Attorney

## CERTIFICATE OF SERVICE

      I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF).

                                                  */s/ Andrew A. Caffrey, III*
                                                  Andrew A. Caffrey, III
Dated: September 13, 2023         Assistant U.S. Attorney