IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| FREDERICK WEICHEL, | ) | Case No. 20-CV-11456-IT |
| | ) | |
| Plaintiff, | ) | Hon. Indira Talwani, |
| | ) | District Judge |
| v. | ) | |
| | ) | Hon. M. Page Kelley, |
| TOWN OF BRAINTREE, *et al.*, | ) | Magistrate Judge |
| | ) | |
| Defendants. | ) | **JURY TRIAL DEMANDED** |

**STIPULATION OF DISMISSAL OF CLAIMS AGAINST
DEFENDANTS SPRAGUE AND WHELAN**

Pursuant to Federal Rule of Civil Procedure 41(A)(2), Plaintiff and Defendants Sprague and Whelan stipulate to dismiss the claims against Defendants Sprague and Whelan with prejudice.

As reason thereof, Plaintiff and Defendants Sprague and Whelan report that they have agreed to a settlement of all claims against Defendants Sprague and Whelan.

WHEREFORE, the undersigned parties respectfully request that this Court dismiss the claims against Defendants Sprague and Whelan.

RESPECTFULLY SUBMITTED,

Plaintiff**,**
**FREDERICK WEICHEL**

BY**:**  /s/ *Mark Loevy-Reyes*
*One of Plaintiff's Attorneys*
Jon Loevy (admitted *pro hac vice*)
Debra Loevy, Bar No. 569212

Mark Loevy-Reyes, Bar No. 707974
LOEVY & LOEVY
311 N. Aberdeen St., 3rd Floor
Chicago, Illinois 60607
(312) 243-5900
mark@loevy.com

Defendants,
**JOHN R SPRAGUE** and
**EDWARD WHELAN**
By their Attorneys

ANDREA JOY CAMPBELL
ATTORNEY GENERAL

/s/ *Kate Isley*
Kate Isley, BBO # 666371
Assistant Attorney General
Government Bureau/Trial Division
One Ashburton Place, Room 1813
Boston, MA 02108
(617) 727-2200, Ext. 2776

## CERTIFICATE OF SERVICE

I, Kate R. Isley, hereby certify that on October 3, 2023, I filed the foregoing STIPULATION OF DISMISSAL OF CLAIMS AGAINST DEFENDANTS SPRAGUE AND WHELAN using the Court's CM/ECF system, which effected service on all counsel of record.

/s/ *Kate Isley*
Kate R. Isley